UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.: 23-30474 |
| Aetius Restaurant Holdings, LLC, | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

# CHAPTER 11 MONTHLY STATUS REPORT

**REPORTING PERIOD:**

FROM:                                    August 1, 2023

TO:                                          August 31, 2023

I certify under penalty of perjury that the information contained in this Monthly Status Report is true and correct to the best of my knowledge and belief.

| **DEBTOR / TRUSTEE / LIQUIDATING AGENT**: | **DEBTOR 2** (if applicable): |
|---|---|
| Signature: *Mark Cote* | Signature: |
| Printed:      Mark Cote | Printed: |
| Title:          CEO | Date: |
| Date:          October 12, 2023 | |

*Penalty for making a false statement or filing a false report: Fine of up $500,000.00 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

☒ Check here if attaching an income statement in lieu of this cash receipts and disbursements page.

| | Totals | Account (- ) last 4 digits of acct no. | Account (- ) last 4 digits of acct no. | Account (- ) last 4 digits of acct no. | Account (- ) last 4 digits of acct no. |
|---|---|---|---|---|---|
| **Beginning Cash (G/L Balance)**[*] | | | | | |
| Deposits from Cash Sales | | | | | |
| Collection of Accounts Receivable | | | | | |
| Rental Income | | | | | |
| New Borrowing | | | | | |
| Intercompany Transfers | | | | | |
| Other | | | | | |
| **Total Cash Receipts** | | | | | |
| | | | | | |
| **Cash Disbursements** | | | | | |
| Payments to Secured Creditors | | | | | |
| Payments of Prepetition Debt | | | | | |
| Equipment Leases | | | | | |
| Rent | | | | | |
| Inventory Purchases | | | | | |
| Supplies and Materials | | | | | |
| Freight/Shipping Costs | | | | | |
| Repairs/Maintenance | | | | | |
| Utilities | | | | | |
| Postage | | | | | |
| IT Services | | | | | |

[*] Beginning Cash Position is the same figure as the Ending Cash Position from the previous month.
4889-8771-8787, v. 1

# PAYMENTS TO SECURED CREDITORS

☐ The debtor has no secured debt.

☒ No secured debt payments made during reporting period.

☐ All secured debt payments made during reporting period are listed below:

| Creditor | Collateral | Date of Payment | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## PAYMENTS ON PREPETITION DEBT

☒ No payments have been made on prepetition unsecured debt during the reporting period.

☐ All payments made on prepetition unsecured debt during reporting period are listed below:

| Creditor | Docket No. and Date of Order Authorizing Payment | Date of Payment | Amount | Remaining Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Aetius Companies, LLC and Subsidiaries
Consolidated Statement of Operations
From August 1, 2023 to August 31, 2023

|  | Period |
|---|---|
|  | 8/1/23 to 8/31/23 |
| Revenues: |  |
| Restaurant gross revenue, less discounts | $ 1,505,937 |
| Franchise revenue | 201,519 |
| **Total gross revenues** | 1,707,456 |
|  |  |
| Operating expenses: |  |
| Cost of sales | 444,676 |
| Salaries and benefits | 545,360 |
| Marketing expenses | 39,572 |
| Repairs & Maintenance | 11,571 |
| Employee Expenses | 15,068 |
| NCR Admin/Machine/Software Upkeep | 26,261 |
| Misc. Legal and Operations | 221,296 |
| Bank Service / CC Processing Charges | 10,527 |
| Sales Tax Ongoing Expense | 108,643 |
| Debt Service | 35,000 |
| Occupancy costs | 249,296 |
| **Total operating expenses** | 1,707,270 |
|  |  |
| **Net (loss) Income** | $ 186 |
|  |  |
| Beginning Cash Balance | $ 485,779 |
| Net (loss) Income | 186 |
| **Ending Cash Balance** | $ 485,965 |

# BANK ACCOUNTS

Note: All bank statements must be attached for each account, including copies of canceled checks. Please reproduce this page and complete for each account and attach the bank statement to the corresponding page.

Name of Bank: _____ Fifth Third _____

Type of Account: _____ Operating _____
(i.e., operating, payroll, tax, etc.)

Account Number: _____ -5243 _____
(last 4 digits of account number)

Ending Balance (per the attached statement) _____ $0.00

Outstanding Deposits and Other Credits (list below): _____

Outstanding Checks and Other Debits (list below): _____

Ending Reconciled Balance: * _____ $0.00

Highest Daily Balance During Period _____ $2,518.44

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

| Outstanding Deposits / Other Credits | | |
|---|---|---|
| Check No. | Payee: | Amount: |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total: |  |

| Outstanding Checks / Other Debits | | |
|---|---|---|
| Check No. | Payee: | Amount: |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total: |  |



**FIFTH THIRD BANK**
(NORTH CAROLINA)
P.O. BOX 630900 CINCINNATI OH  45263-0900

AETIUS RESTAURANT
HOLDINGS LLC
6100 FAIRVIEW RD STE 1156
CHARLOTTE NC 28210-4260

0

11

Statement Period Date: 8/1/2023 - 8/30/2023
Account Type: COMM'L 53 ANALYZED
Account Number: XXXX5243

Banking Center: Southpark
Banking Center Phone: 704-365-2880
Commercial Client Services: 866-475-0729

| Account Summary - XXXX5243 | | | |
|---|---|---|---|
| 08/01 | Beginning Balance | $0.00 | Number of Days in Period | 30 |
| | Checks | | | |
| 8 | Withdrawals / Debits | $(16,341.35) | | |
| 7 | Deposits / Credits | $16,341.35 | | |
| 08/30 | Ending Balance | $0.00 | | |

## Withdrawals / Debits
**8 items totaling $16,341.35**

| Date | Amount | Description |
|---|---|---|
| 08/01 | 1,500.00 | CURRENCY AND COIN SHIPPED |
| 08/02 | 1,538.01 | ZBA TRANSFER TO XXXX4972 AETIUS COMPANIE |
| 08/07 | 7,700.00 | OUTGOING WIRE TRANS 080723 |
| 08/09 | 84.90 | FIFTH THIRD ACH MPS BILLNG 0I9511 AETIUS RESTAURANT HOLD 080923 |
| 08/10 | 1,500.00 | CURRENCY AND COIN SHIPPED |
| 08/11 | 2,000.00 | CURRENCY AND COIN SHIPPED |
| 08/15 | 1,500.00 | CURRENCY AND COIN SHIPPED |
| 08/30 | 518.44 | UNBILLED SERVICES |

## Deposits / Credits
**7 items totaling $16,341.35**

| Date | Amount | Description |
|---|---|---|
| 08/01 | 1,500.00 | ZBA TRANSFER FROM XXXX4972 AETIUS COMPANIE |
| 08/02 | 38.01 | BITSQUAD1 RRPayments Wild Wing Cafe 080223 |
| 08/02 | 1,500.00 | DEPOSIT |
| 08/07 | 7,791.34 | THE COCA-COLA CO 1023426321 EDI PYMNT2 2000753672 AETIUS COMPANIES LLC TXP***230803**0*****14821865 /INV/14821865 1.8.2023  080723 |
| 08/10 | 1,500.00 | RETURNED CHANGE ORDER |
| 08/10 | 2,512.00 | FUNDS TRANSFER CREDIT REF # XXXX286 CHECK DEPOSIT ADJUSTMENT - 06/30/2022 |
| 08/11 | 1,500.00 | RETURNED CHANGE ORDER |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/01 | 0.00 | 08/09 | 6.44 | 08/15 | 518.44 |
| 08/02 | 0.00 | 08/10 | 2,518.44 | 08/30 | 0.00 |
| 08/07 | 91.34 | 08/11 | 2,018.44 | | |

PLEASE NOTE THAT WE HAVE UPDATED OUR ACCOUNT RULES AND TERMS & CONDITIONS. DISCLOSURES CAN BE VIEWED ONLINE AT: COMMERCIAL ACCOUNT RULES: 53.COM/TM-CA-RULES TREASURY MANAGEMENT TERMS & CONDITIONS: 53.COM/TM-TC

FIFTH THIRD BANK

This page intentionally left blank.

# BANK ACCOUNTS

Note: All bank statements must be attached for each account, including copies of canceled checks. Please reproduce this page and complete for each account and attach the bank statement to the corresponding page.

Name of Bank:        HomeTrust

Type of Account:        Marketing
                                  (i.e., operating, payroll, tax, etc.)

Account Number:        -4469
                                    (last 4 digits of account number)

Ending Balance (per the attached statement)        $0.00

Outstanding Deposits and Other Credits (list below):

Outstanding Checks and Other Debits (list below):

Ending Reconciled Balance: *        $0.00

Highest Daily Balance During Period        $35.00

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

| Outstanding Deposits / Other Credits | | | | Outstanding Checks / Other Debits | | |
|---|---|---|---|---|---|---|
| Check No. | Payee: | Amount: | | Check No. | Payee: | Amount: |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Total: | | | | Total: | |

 **HomeTrust Bank**

P.O. Box 10
Asheville, NC 28802-0010
htb.com

**RETURN SERVICE REQUESTED**

AETIUS RESTAURANT HOLDINGS LLC
CHAPTER 11 DEBTOR IN POSSESSION
6100 FAIRVIEW RD STE 1156
CHARLOTTE NC 28210-4260

*Statement Ending 08/31/2023*

*AETIUS RESTAURANT HOLDINGS*                                    *Page 1 of 2*
*Account:xxxxxxxx4469*

## Managing Your Accounts

| | | |
|---|---|---|
|  Office | | HomeTrust Bank |
| Address | | PO Box 10 Asheville NC 28802-0010 |
| Customer Care | | 800-627-1632 |
| Online Banking | | htb.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| HTB BUSINESS ADVANCE CHECKING | XXXXXXXX4469 | $0.00 |

## HTB BUSINESS ADVANCE CHECKING-XXXXXXXX4469

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2023 | **Beginning Balance** | **$0.00** |
| | 1 Deposit(s) This Period | $35.00 |
| | 2 Withdrawal(s) This Period | $35.00 |
| 08/31/2023 | **Ending Balance** | **$0.00** |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 08/22/2023 | WEB TFR FR XXXXXXXX9751 | $35.00 |
| | *TFR093559003789* | |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 08/15/2023 | MTHLY ANALYSIS CHARGE | $35.00 |
| 08/24/2023 | CLOSING TRANSACTION | $0.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/31/2023 | $0.00 | 08/15/2023 | -$35.00 | 08/22/2023 | $0.00 |

AETIUS RESTAURANT HOLDINGS LLC        xxxxxxxx4469        Statement Ending 08/31/2023        Page 2 of 2

## STATEMENT RECONCILIATION
### USE THIS FORM TO BALANCE YOUR CHECKBOOK WITH YOUR STATEMENT

| OUTSTANDING CHECKS/DEBITS | | | OUTSTANDING CHECKS/DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | $ | |

| MONTH: | |
|---|---|
| BALANCE AS OF THIS STATEMENT | $ |
| | (+) |
| | (+) |
| PLUS DEPOSITS NOT CREDITED | (+) |
| ON THIS STATEMENT | (+) |
| | (+) |
| TOTAL | (=) |
| LESS TOTAL OF OUTSTANDING CHECKS/DEBITS | (–) |
| BALANCE | (=) |

This amount should agree with your checkbook balance after entering in your checkbook all charges, deductions and interest credited shown on this statement.

**IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING CAREFULLY:**

___ Have you entered the amount of each check/debit in your checkbook correctly?
___ Are the deposit amounts entered in your checkbook the same as shown on this statement?
___ Have all charges been deducted from your checkbook?
___ Have you double-checked the addition and subtractions in your checkbook?
___ Have you brought the correct balance forward from one checkbook page to another?
___ Have all checks/debits been deducted from your checkbook?

### INFORMATION CONCERNING YOUR ELECTRONIC FUND TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers.** If you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt, call 800.627.1632, email eSupport@htb.com, or write:

HomeTrust Bank Service Center
Attention: Deposit Operations
P.O. Box 10
Asheville, North Carolina 28802-0010

We must hear from you no later than sixty (60) days after we sent the FIRST notification on which the problem or error appeared.

1. Include your name and account number.
2. Describe the error or the transfer in question and explain as clearly as possible why you believe it is an error or why you need more information.
3. Include the dollar amount of the suspected error.

If you inform us orally, we may require that you send your claim or question in writing within ten (10) business days. We will report to you the results of our investigation within ten (10) business days after we receive your inquiry and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will re-credit your account within ten (10) business days [twenty (20) business days for new accounts, as defined by Regulation CC] for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation. If we request that you put your complaint in writing and we do not receive it within ten (10) business days, we may not re-credit your account. We will report the results to you within three (3) business days after we finish our investigation. If we determine there was no error, we will send you a written explanation. You may request copies of the documents we used in our investigation.

If the alleged error involves a new account, an electronic funds transfer resulting from a point-of-sale transaction, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question.

# BANK ACCOUNTS

Note: All bank statements must be attached for each account, including copies of canceled checks. Please reproduce this page and complete for each account and attach the bank statement to the corresponding page.

| | |
|---|---|
| Name of Bank: | HomeTrust |
| Type of Account: | Marketing |
| | (i.e., operating, payroll, tax, etc.) |
| Account Number: | -9751 |
| | (last 4 digits of account number) |
| Ending Balance (per the attached statement) | $0.00 |
| Outstanding Deposits and Other Credits (list below): | |
| Outstanding Checks and Other Debits (list below): | |
| Ending Reconciled Balance: * | $0.00 |
| Highest Daily Balance During Period | $151,361.43 |

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

| Outstanding Deposits / Other Credits | | |
|---|---|---|
| Check No. | Payee: | Amount: |
| | | |
| | | |
| | | |
| | | |
| | Total: | |

| Outstanding Checks / Other Debits | | |
|---|---|---|
| Check No. | Payee: | Amount: |
| | | |
| | | |
| | | |
| | | |
| | Total: | |



**HomeTrust Bank**

P.O. Box 10
Asheville, NC 28802-0010
htb.com

RETURN SERVICE REQUESTED

AETIUS RESTAURANT HOLDINGS LLC
CHAPTER 11 DEBTOR IN POSSESSION
6100 FAIRVIEW RD STE 1156
CHARLOTTE NC 28210-4260

*Statement Ending 08/31/2023*

*AETIUS RESTAURANT HOLDINGS*                    *Page 1 of 4*
*Account:xxxxxxxx9751*

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Office | HomeTrust Bank |
|  | Address | PO Box 10<br>Asheville NC 28802-0010 |
|  | Customer Care | 800-627-1632 |
| 💻 | Online Banking | htb.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS ANALYSIS CHECKING | XXXXXXXX9751 | $0.00 |

# BUSINESS ANALYSIS CHECKING-XXXXXXXX9751

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2023 | Beginning Balance | $134,939.61 |
| | 16 Deposit(s) This Period | $261,096.18 |
| | 14 Withdrawal(s) This Period | $396,035.79 |
| 08/31/2023 | **Ending Balance** | **$0.00** |

### Other Credits

| Date | Description | | Amount |
|---|---|---|---|
| 08/01/2023 | SWEEP FROM DDA | 9799 | $9,881.85 |
| 08/02/2023 | SWEEP FROM DDA | 9799 | $1,627.46 |
| 08/03/2023 | SWEEP FROM DDA | 9799 | $4,912.51 |
| 08/04/2023 | SWEEP FROM DDA | 9756 | $52,101.24 |
| 08/04/2023 | SWEEP FROM DDA | 9799 | $3,352.70 |
| 08/07/2023 | SWEEP FROM DDA | 9799 | $3,024.20 |
| 08/08/2023 | SWEEP FROM DDA | 9799 | $10,761.32 |
| 08/09/2023 | SWEEP FROM DDA | 9799 | $8,742.06 |
| 08/10/2023 | SWEEP FROM DDA | 9756 | $9,289.08 |
| 08/10/2023 | SWEEP FROM DDA | 9799 | $3,377.93 |
| 08/11/2023 | SWEEP FROM DDA | 9756 | $48,389.41 |
| 08/16/2023 | SWEEP FROM DDA | 9799 | $6,757.16 |
| 08/18/2023 | SWEEP FROM DDA | 9756 | $48,408.15 |
| 08/21/2023 | SWEEP FROM DDA | 9799 | $25.00 |
| 08/25/2023 | WEB TFR FR XXXXXXXX9756<br>TFR105533010548 | | $50,000.00 |
| 08/28/2023 | WEB TFR FR XXXXXXXX9756<br>TFR093010001765 | | $446.11 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 08/04/2023 | OUTGOING WIRE 239482 AETIUS CO<br>MPANIES | $200,000.00 |
| 08/07/2023 | OUTGOING WIRE 239550 AETIUS CO<br>MPANIES | $5,000.00 |
| 08/09/2023 | OUTGOING WIRE 239768 AETIUS CO | $24,000.00 |

Member FDIC | 🏠 Equal Housing Lender

## STATEMENT RECONCILIATION
### USE THIS FORM TO BALANCE YOUR CHECKBOOK WITH YOUR STATEMENT

| OUTSTANDING CHECKS/DEBITS | | | OUTSTANDING CHECKS/DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | $ | |

**MONTH:**

| | |
|---|---|
| BALANCE AS OF THIS STATEMENT | $ |
| PLUS DEPOSITS NOT CREDITED ON THIS STATEMENT | (+) |
| | (+) |
| | (+) |
| | (+) |
| | (+) |
| TOTAL | (=) |
| LESS TOTAL OF OUTSTANDING CHECKS/DEBITS | (-) |
| BALANCE | (=) |

This amount should agree with your checkbook balance after entering in your checkbook all charges, deductions and interest credited shown on this statement.

### IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING CAREFULLY:

___ Have you entered the amount of each check/debit in your checkbook correctly?

___ Are the deposit amounts entered in your checkbook the same as shown on this statement?

___ Have all charges been deducted from your checkbook?

___ Have you double-checked the addition and subtractions in your checkbook?

___ Have you brought the correct balance forward from one checkbook page to another?

___ Have all checks/debits been deducted from your checkbook?

### INFORMATION CONCERNING YOUR ELECTRONIC FUND TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers.** If you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt, call 800.627.1632, email eSupport@htb.com, or write:

HomeTrust Bank Service Center
Attention: Deposit Operations
P.O. Box 10
Asheville, North Carolina 28802-0010

We must hear from you no later than sixty (60) days after we sent the FIRST notification on which the problem or error appeared.

1. Include your name and account number.
2. Describe the error or the transfer in question and explain as clearly as possible why you believe it is an error or why you need more information.
3. Include the dollar amount of the suspected error.

If you inform us orally, we may require that you send your claim or question in writing within ten (10) business days. We will report to you the results of our investigation within ten (10) business days after we receive your inquiry and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will re-credit your account within ten (10) business days [twenty (20) business days for new accounts, as defined by Regulation CC] for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation. If we request that you put your complaint in writing and we do not receive it within ten (10) business days, we may not re-credit your account. We will report the results to you within three (3) business days after we finish our investigation. If we determine there was no error, we will send you a written explanation. You may request copies of the documents we used in our investigation.

If the alleged error involves a new account, an electronic funds transfer resulting from a point-of-sale transaction, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question.

**HomeTrust Bank**

*Statement Ending 08/31/2023*

*AETIUS RESTAURANT HOLDINGS*                    *Page 3 of 4*
*Account:xxxxxxxx9751*

## BUSINESS ANALYSIS CHECKING-XXXXXXXX9751 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| | *MPANIES* | |
| 08/09/2023 | TRANSFER TO DDA ████ 9756 | $7,672.10 |
| 08/11/2023 | TRANSFER TO DDA ████ 9799 | $37.35 |
| 08/14/2023 | OUTGOING WIRE 240403 AETIUS CO | $50,000.00 |
| | *MPANIES* | |
| 08/14/2023 | TRANSFER TO DDA ████ 799 | $1,230.02 |
| 08/15/2023 | MTHLY ANALYSIS CHARGE | $957.00 |
| 08/15/2023 | TRANSFER TO DDA ████ 9799 | $5,654.95 |
| 08/15/2023 | TRANSFER TO DDA ████ 9836 | $50.00 |
| 08/22/2023 | WEB TFR TO XXXXXXXX4469 | $35.00 |
| | *TFR093559003789* | |
| 08/22/2023 | OUTGOING WIRE 240941 AETIUS CO | $48,433.15 |
| | *MPANIES* | |
| 08/23/2023 | TRANSFER TO DDA ████ 9756 | $2,966.22 |
| 08/28/2023 | WEB TFR TO XXXXXXXX9799 | $50,000.00 |
| | *TFR093547001773* | |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/31/2023 | $134,939.61 | 08/09/2023 | -$7,329.15 | 08/21/2023 | $50,988.26 |
| 08/01/2023 | $144,821.46 | 08/10/2023 | $5,337.86 | 08/22/2023 | $2,520.11 |
| 08/02/2023 | $146,448.92 | 08/11/2023 | $53,689.92 | 08/23/2023 | -$446.11 |
| 08/03/2023 | $151,361.43 | 08/14/2023 | $2,459.90 | 08/25/2023 | $49,553.89 |
| 08/04/2023 | $6,815.37 | 08/15/2023 | -$4,202.05 | 08/28/2023 | $0.00 |
| 08/07/2023 | $4,839.57 | 08/16/2023 | $2,555.11 | | |
| 08/08/2023 | $15,600.89 | 08/18/2023 | $50,963.26 | | |

This page left intentionally blank

# BANK ACCOUNTS

Note: All bank statements must be attached for each account, including copies of canceled checks. Please reproduce this page and complete for each account and attach the bank statement to the corresponding page.

| | |
|---|---|
| Name of Bank: | HomeTrust |
| Type of Account: | Franchise |
| | (i.e., operating, payroll, tax, etc.) |
| Account Number: | -9756 |
| | (last 4 digits of account number) |
| Ending Balance (per the attached statement) | $2,229.57 |
| Outstanding Deposits and Other Credits (list below): | |
| Outstanding Checks and Other Debits (list below): | |
| Ending Reconciled Balance: * | $2,229.57 |
| Highest Daily Balance During Period | $5,641.90 |

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

| Outstanding Deposits / Other Credits | | |
|---|---|---|
| Check No. | Payee: | Amount: |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total: | |

| Outstanding Checks / Other Debits | | |
|---|---|---|
| Check No. | Payee: | Amount: |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total: | |



**HomeTrust Bank**

P.O. Box 10
Asheville, NC 28802-0010
htb.com

**RETURN SERVICE REQUESTED**

AETIUS RESTAURANT HOLDINGS LLC
CHAPTER 11 DEBTOR IN POSSESSION
FRANCHISING
6100 FAIRVIEW RD STE 1156
CHARLOTTE NC 28210-4260

*Statement Ending 08/31/2023*

**AETIUS RESTAURANT HOLDINGS**          **Page 1 of 4**
*Account:xxxxxxxx9756*

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Office | HomeTrust Bank |
| ✉ | Address | PO Box 10<br>Asheville NC 28802-0010 |
| 👤 | Customer Care | 800-627-1632 |
| 💻 | Online Banking | htb.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| HTB BUSINESS FOUNDATION CKG | XXXXXXXX9756 | $2,229.57 |

## HTB BUSINESS FOUNDATION CKG-XXXXXXXX9756

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2023 | **Beginning Balance** | **$0.00** |
| | 12 Deposit(s) This Period | $226,330.08 |
| | 15 Withdrawal(s) This Period | $224,100.51 |
| 08/31/2023 | **Ending Balance** | **$2,229.57** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 08/04/2023 | AETIUS RESTAURAN Royalty<br>*XXXXX7336*<br>*Aetius Restauran* | $52,101.24 |
| 08/09/2023 | AETIUS RESTAURAN Royalty<br>*XXXXX7336*<br>*Aetius Restauran* | $1,721.98 |
| 08/11/2023 | AETIUS RESTAURAN Royalty<br>*XXXXX7336*<br>*Aetius Restauran* | $48,389.41 |
| 08/18/2023 | AETIUS RESTAURAN Royalty<br>*XXXXX7336*<br>*Aetius Restauran* | $48,408.15 |
| 08/25/2023 | AETIUS RESTAURAN Royalty<br>*XXXXX7336*<br>*Aetius Restauran* | $49,709.46 |
| 08/25/2023 | AETIUS RESTAURAN Royalty<br>*XXXXX7336*<br>*Aetius Restauran* | $3,001.22 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 08/09/2023 | TRANSFER FROM DDA 9751 | $7,672.10 |
| 08/10/2023 | R29 Corp. customer advise<br>*JC Wings*<br>*Johnson City* | $2,313.77 |

## STATEMENT RECONCILIATION
### USE THIS FORM TO BALANCE YOUR CHECKBOOK WITH YOUR STATEMENT

| OUTSTANDING CHECKS/DEBITS | | | OUTSTANDING CHECKS/DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | $ | |

**MONTH:**

| | |
|---|---|
| BALANCE AS OF THIS STATEMENT | $ |
| PLUS DEPOSITS NOT CREDITED ON THIS STATEMENT | (+) |
| | (+) |
| | (+) |
| | (+) |
| | (+) |
| TOTAL | ( ) |
| LESS TOTAL OF OUTSTANDING CHECKS/DEBITS | ( ) |
| BALANCE | ( ) |

This amount should agree with your checkbook balance after entering in your checkbook all charges, deductions and interest credited shown on this statement

### IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING CAREFULLY:

Have you entered the amount of each check/debit in your checkbook correctly?
Are the deposit amounts entered in your checkbook the same as shown on this statement?
Have all charges been deducted from your checkbook?
Have you double checked the addition and subtractions in your checkbook?
Have you brought the correct balance forward from one checkbook page to another?
Have all checks/debits been deducted from your checkbook?

### INFORMATION CONCERNING YOUR ELECTRONIC FUND TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers.** If you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt, call 800.627.1632, email eSupport@htb.com, or write:

HomeTrust Bank Service Center
Attention: Deposit Operations
P.O. Box 10
Asheville, North Carolina 28802 0010

We must hear from you no later than sixty (60) days after we sent the FIRST notification on which the problem or error appeared.

1. Include your name and account number.
2. Describe the error or the transfer in question and explain as clearly as possible why you believe it is an error or why you need more information.
3. Include the dollar amount of the suspected error.

If you inform us orally, we may require that you send your claim or question in writing within ten (10) business days. We will report to you the results of our investigation within ten (10) business days after we receive your inquiry and will correct any error promptly. If we need more time, however, we may take up to forty five (45) days to investigate your complaint or question. If we decide to do this, we will re credit your account within ten (10) business days [twenty (20) business days for new accounts, as defined by Regulation CC] for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation. If we request that you put your complaint in writing and we do not receive it within ten (10) business days, we may not re credit your account. We will report the results to you within three (3) business days after we finish our investigation. If we determine there was no error, we will send you a written explanation. You may request copies of the documents we used in our investigation.

If the alleged error involves a new account, an electronic funds transfer resulting from a point of sale transaction, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question.

**HomeTrust Bank**

*Statement Ending 08/31/2023*

*AETIUS RESTAURANT HOLDINGS*  *Page 3 of 4*
*Account:xxxxxxxx9756*

## HTB BUSINESS FOUNDATION CKG-XXXXXXXX9756 (continued)

### Other Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 08/10/2023 | R29 Corp. customer advise<br>*Arden*<br>*Arden* | $3,213.76 |
| 08/10/2023 | R29 Corp. customer advise<br>*Powell*<br>*Powell* | $3,866.55 |
| 08/23/2023 | TRANSFER FROM DDA▮▮▮▮9751 | $2,966.22 |
| 08/24/2023 | R16 Account Frozen/Ret Pe<br>*Chesapeake*<br>*Chesapeake* | $2,966.22 |

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/09/2023 | R29 Corp. customer advise<br>*JC Wings*<br>*Johnson City* | $2,313.77 |
| 08/09/2023 | R29 Corp. customer advise<br>*Arden*<br>*Arden* | $3,213.76 |
| 08/09/2023 | R29 Corp. customer advise<br>*Powell*<br>*Powell* | $3,866.55 |
| 08/23/2023 | R16 Account Frozen/Ret Pe<br>*Chesapeake*<br>*Chesapeake* | $2,966.22 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/04/2023 | SWEEP TO DDA▮▮▮▮9751 | $52,101.24 |
| 08/10/2023 | Returned Item Fee<br>*INSUFFICIENT REL FUNDS CHARGE* | $35.00 |
| 08/10/2023 | Returned Item Fee<br>*INSUFFICIENT REL FUNDS CHARGE* | $35.00 |
| 08/10/2023 | Returned Item Fee<br>*INSUFFICIENT REL FUNDS CHARGE* | $35.00 |
| 08/10/2023 | SWEEP TO DDA▮▮▮▮9751 | $9,289.08 |
| 08/11/2023 | SWEEP TO DDA▮▮▮▮9751 | $48,389.41 |
| 08/18/2023 | SWEEP TO DDA▮▮▮▮9751 | $48,408.15 |
| 08/24/2023 | Returned Item Fee<br>*INSUFFICIENT REL FUNDS CHARGE* | $35.00 |
| 08/25/2023 | WEB TFR TO XXXXXXXX9751<br>*TFR105533010548* | $50,000.00 |
| 08/28/2023 | WEB TFR TO XXXXXXXX9751<br>*TFR093010001765* | $446.11 |
| 08/31/2023 | ACH CHARGEBACK DEBIT | $2,966.22 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/31/2023 | $0.00 | 08/25/2023 | $5,641.90 | 08/31/2023 | $2,229.57 |
| 08/24/2023 | $2,931.22 | 08/28/2023 | $5,195.79 | | |

## HTB BUSINESS FOUNDATION CKG-XXXXXXXX9756 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $140.00 | $140.00 |

# BANK ACCOUNTS

Note: All bank statements must be attached for each account, including copies of canceled checks. Please reproduce this page and complete for each account and attach the bank statement to the corresponding page.

Name of Bank:            HomeTrust

Type of Account:          CC Reciepts
                                            (i.e., operating, payroll, tax, etc.)

Account Number:          -9799
                                            (last 4 digits of account number)

Ending Balance (per the attached statement)                $50,050.88

Outstanding Deposits and Other Credits (list below):

Outstanding Checks and Other Debits (list below):

Ending Reconciled Balance: *                              $50,050.88

Highest Daily Balance During Period                    $50,140.68

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

| Outstanding Deposits / Other Credits | | | Outstanding Checks / Other Debits | | |
|---|---|---|---|---|---|
| Check No. | Payee: | Amount: | Check No. | Payee: | Amount: |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Total: | | | Total: | |

4889-8771-8787, v. 1



**HomeTrust Bank**

P.O. Box 10
Asheville, NC 28802-0010
htb.com

**RETURN SERVICE REQUESTED**

AETIUS RESTAURANT HOLDINGS LLC
CHAPTER 11 DEBTOR IN POSSESSION
STORE OPERATING
6100 FAIRVIEW RD STE 1156
CHARLOTTE NC 28210-4260

*Statement Ending 08/31/2023*

| | |
|---|---|
| **AETIUS RESTAURANT HOLDINGS** | **Page 1 of 6** |
| *Account:xxxxxxx9799* | |

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Office | HomeTrust Bank |
| ✉ | Address | PO Box 10 |
| | | Asheville NC 28802-0010 |
|  | Customer Care | 800-627-1632 |
| 💻 | Online Banking | htb.com |

---

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS ANALYSIS CHECKING | XXXXXXXX9799 | $50,050.88 |

## BUSINESS ANALYSIS CHECKING-XXXXXXXX9799

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2023 | **Beginning Balance** | **$0.00** |
| | 22 Deposit(s) This Period | $121,932.57 |
| | 32 Withdrawal(s) This Period | $71,881.69 |
| 08/31/2023 | **Ending Balance** | **$50,050.88** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 08/01/2023 | NCR PS NCR PS | $12,503.56 |
| | *XXXXXXXXXXX1354* | |
| | *WILD WING CAFE - BLUFF* | |
| 08/01/2023 | Worldpay NCRGift | $28.11 |
| | *XXXXX91* | |
| | *LKXXXXX5 Wild Wing Caf* | |
| 08/02/2023 | NCR PS NCR PS | $1,627.46 |
| | *XXXXXXXXXXX1354* | |
| | *WILD WING CAFE - BLUFF* | |
| 08/03/2023 | NCR PS NCR PS | $4,929.00 |
| | *XXXXXXXXXXX1354* | |
| | *WILD WING CAFE - BLUFF* | |
| 08/04/2023 | NCR PS NCR PS | $3,352.70 |
| | *XXXXXXXXXXX1354* | |
| | *WILD WING CAFE - BLUFF* | |
| 08/07/2023 | NCR PS NCR PS | $3,236.55 |
| | *XXXXXXXXXXX1354* | |
| | *WILD WING CAFE - BLUFF* | |
| 08/07/2023 | NCR PS NCR PS | $7,483.43 |
| | *XXXXXXXXXXX1354* | |
| | *WILD WING CAFE - BLUFF* | |
| 08/07/2023 | NCR PS NCR PS | $441.58 |
| | *XXXXXXXXXXX1354* | |
| | *WILD WING CAFE - BLUFF* | |
| 08/07/2023 | Worldpay NCRGift | $35.28 |

## STATEMENT RECONCILIATION
### USE THIS FORM TO BALANCE YOUR CHECKBOOK WITH YOUR STATEMENT

| OUTSTANDING CHECKS/DEBITS | | | OUTSTANDING CHECKS/DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | $ | |

| MONTH: | |
|---|---|
| BALANCE AS OF THIS STATEMENT | $ |
| PLUS DEPOSITS NOT CREDITED ON THIS STATEMENT | (+) |
| | (+) |
| | (+) |
| | (+) |
| | (+) |
| TOTAL | ( ) |
| LESS TOTAL OF OUTSTANDING CHECKS/DEBITS | ( ) |
| BALANCE | ( ) |

This amount should agree with your checkbook balance after entering in your checkbook all charges, deductions and interest credited shown on this statement

### IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING CAREFULLY:

Have you entered the amount of each check/debit in your checkbook correctly?
Are the deposit amounts entered in your checkbook the same as shown on this statement?
Have all charges been deducted from your checkbook?
Have you double checked the addition and subtractions in your checkbook?
Have you brought the correct balance forward from one checkbook page to another?
Have all checks/debits been deducted from your checkbook?

### INFORMATION CONCERNING YOUR ELECTRONIC FUND TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers.** If you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt, call 800.627.1632, email eSupport@htb.com, or write:

HomeTrust Bank Service Center
Attention: Deposit Operations
P.O. Box 10
Asheville, North Carolina 28802 0010

We must hear from you no later than sixty (60) days after we sent the FIRST notification on which the problem or error appeared.

1. Include your name and account number.
2. Describe the error or the transfer in question and explain as clearly as possible why you believe it is an error or why you need more information.
3. Include the dollar amount of the suspected error.

If you inform us orally, we may require that you send your claim or question in writing within ten (10) business days. We will report to you the results of our investigation within ten (10) business days after we receive your inquiry and will correct any error promptly. If we need more time, however, we may take up to forty five (45) days to investigate your complaint or question. If we decide to do this, we will re credit your account within ten (10) business days [twenty (20) business days for new accounts, as defined by Regulation CC] for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation. If we request that you put your complaint in writing and we do not receive it within ten (10) business days, we may not re credit your account. We will report the results to you within three (3) business days after we finish our investigation. If we determine there was no error, we will send you a written explanation. You may request copies of the documents we used in our investigation.

If the alleged error involves a new account, an electronic funds transfer resulting from a point of sale transaction, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question.

**HomeTrust Bank** *Statement Ending 08/31/2023*

## BUSINESS ANALYSIS CHECKING-XXXXXXXX9799 (continued)

### Electronic Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| | *XXXXX39* | |
| | *LKXXXXX5 Wild Wing Caf* | |
| 08/08/2023 | NCR PS NCR PS | $10,967.07 |
| | *XXXXXXXXXXXX1354* | |
| | *WILD WING CAFE - BLUFF* | |
| 08/09/2023 | NCR PS NCR PS | $8,742.06 |
| | *XXXXXXXXXXXX1354* | |
| | *WILD WING CAFE - BLUFF* | |
| 08/10/2023 | NCR PS NCR PS | $3,475.59 |
| | *XXXXXXXXXXXX1354* | |
| | *WILD WING CAFE - BLUFF* | |
| 08/21/2023 | Worldpay NCRGift | $25.00 |
| | *XXXXX06* | |
| | *LKXXXXX5 Wild Wing Caf* | |
| 08/28/2023 | Worldpay NCRGift | $75.00 |
| | *XXXXX87* | |
| | *LKXXXXX5 Wild Wing Caf* | |
| 08/28/2023 | Worldpay NCRGift | $35.68 |
| | *XXXXX41* | |
| | *LKXXXXX5 Wild Wing Caf* | |
| 08/30/2023 | Worldpay NCRGift | $30.00 |
| | *XXXXX38* | |
| | *LKXXXXX5 Wild Wing Caf* | |

### Other Credits

| Date | Description | Amount |
|------|-------------|--------|
| 08/11/2023 | TRANSFER FROM DDA 9751 | $37.35 |
| 08/14/2023 | TRANSFER FROM DDA 9751 | $1,230.02 |
| 08/15/2023 | R29 Corp Cust Adv No Auth | $1,230.02 |
| | *DUNWOODY WINGS LLC* | |
| | *00000006000059799* | |
| 08/15/2023 | TRANSFER FROM DDA 9751 | $5,654.95 |
| 08/16/2023 | HSR MYNCR PORTAL XXXXXX5627 | $6,792.16 |
| | *E GARDNER* | |
| 08/28/2023 | WEB TFR FR XXXXXXXX9751 | $50,000.00 |
| | *TFR093547001773* | |

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/2023 | NCR PS NCR PS | $2,649.82 |
| | *XXXXXXXXXXXX1354* | |
| | *WILD WING CAFE - BLUFF* | |
| 08/03/2023 | Worldpay COMB. DEP. | $16.49 |
| | *XXXXXXXXXXXX0437* | |
| | *WILD WING CAFE ANDERSO* | |
| 08/07/2023 | Worldpay MTHCHGS | $104.85 |
| | *XXXXXXXXXXXX0429* | |
| | *Vista Wings LLC* | |
| 08/07/2023 | Worldpay MTHCHGS | $4,990.55 |
| | *XXXXXXXXXXXX3923* | |
| | *Greenville WWC, LLC* | |
| 08/07/2023 | Worldpay MTHCHGS | $150.85 |
| | *XXXXXXXXXXXX0055* | |
| | *Wilmington Wings LLC* | |

## BUSINESS ANALYSIS CHECKING-XXXXXXXX9799 (continued)

**Electronic Debits (continued)**

| Date | Description | Amount |
|------|-------------|-------:|
| 08/07/2023 | Worldpay MTHCHGS<br>*XXXXXXXXXXX0460*<br>*Wings Over Spartanburg* | $149.85 |
| 08/07/2023 | Worldpay MTHCHGS<br>*XXXXXXXXXXX1588*<br>*Raleigh Wings LLC* | $150.85 |
| 08/07/2023 | Worldpay MTHCHGS<br>*XXXXXXXXXXX9248*<br>*Bluffton Wings LLC* | $144.85 |
| 08/07/2023 | Worldpay MTHCHGS<br>*XXXXXXXXXXX0411*<br>*North Charleston Wings* | $2,068.29 |
| 08/07/2023 | Worldpay MTHCHGS<br>*XXXXXXXXXXX0014*<br>*Savannah WWC LLC* | $125.85 |
| 08/07/2023 | Worldpay MTHCHGS<br>*XXXXXXXXXXX0437*<br>*Anderson Wings LLC* | $125.85 |
| 08/07/2023 | Worldpay MTHCHGS<br>*XXXXXXXXXXX4718*<br>*Wild Wing of Hilton He* | $160.85 |
| 08/08/2023 | VANTIV_INTG_PYMT BILLNG<br>*XXXXXXXXX9385*<br>*Wild Wing of Hilton He* | $100.85 |
| 08/08/2023 | VANTIV_INTG_PYMT BILLNG<br>*XXXXXXXXX6051*<br>*Dunwoody Wings LLC* | $104.90 |
| 08/10/2023 | Worldpay COMB. EXC.<br>*XXXXXXXXXXX1588*<br>*WILD WING CAFE  RALEIG* | $97.66 |
| 08/11/2023 | Worldpay COMB. EXC.<br>*XXXXXXXXXXX1588*<br>*WILD WING CAFE  RALEIG* | $37.35 |
| 08/14/2023 | GEORGIA ITS TAX GA TX PYMT<br>*XXXXXX6320*<br>*DUNWOODY WINGS LLC* | $1,230.02 |
| 08/15/2023 | HSR MYNCR PORTAL XXXXXX5627<br>*E GARDNER* | $6,792.16 |
| 08/31/2023 | NCR PS NCR PS<br>*XXXXXXXXXXX3423*<br>*WILD WING CAFE - BLUFF* | $44.90 |
| 08/31/2023 | NCR PS NCR PS<br>*XXXXXXXXXXX1611*<br>*WILD WING CAFE* | $44.90 |

**Other Debits**

| Date | Description | Amount |
|------|-------------|-------:|
| 08/01/2023 | SWEEP TO DDA ███ 9751 | $9,881.85 |
| 08/02/2023 | SWEEP TO DDA ███ 9751 | $1,627.46 |
| 08/03/2023 | SWEEP TO DDA ███ 9751 | $4,912.51 |
| 08/04/2023 | SWEEP TO DDA ███ 9751 | $3,352.70 |
| 08/07/2023 | SWEEP TO DDA ███ 9751 | $3,024.20 |
| 08/08/2023 | SWEEP TO DDA ███ 9751 | $10,761.32 |
| 08/09/2023 | SWEEP TO DDA ███ 9751 | $8,742.06 |
| 08/10/2023 | SWEEP TO DDA ███ 9751 | $3,377.93 |
| 08/15/2023 | MTHLY ANALYSIS CHARGE | $92.81 |
| 08/16/2023 | Returned Item Fee<br>*INSUFFICIENT REL FUNDS CHARGE* | $35.00 |
| 08/16/2023 | SWEEP TO DDA ███ 9751 | $6,757.16 |

HomeTrust Bank

*Statement Ending 08/31/2023*

*AETIUS RESTAURANT HOLDINGS*                    *Page 5 of 6*
*Account:xxxxxxxx9799*

## BUSINESS ANALYSIS CHECKING-XXXXXXXX9799 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 08/21/2023 | SWEEP TO DDA ▮▮▮9751 | $25.00 |

### Daily Balances

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 07/31/2023 | $0.00 | 08/30/2023 | $50,140.68 |
| 08/28/2023 | $50,110.68 | 08/31/2023 | $50,050.88 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| **Total Overdraft Fees** | $0.00 | $315.00 |
| **Total Returned Item Fees** | $35.00 | $35.00 |

AETIUS RESTAURANT HOLDINGS LLC        xxxxxxxx9799        Statement Ending 08/31/2023        Page 6 of 6

This page left intentionally blank

**PAYMENTS FOR THE BENEFIT OF INSIDERS[1]**

| Insiders | Relationship to Debtor | Nature of Payment | Gross Amount Paid |
|---|---|---|---|
| Mark Cote | CEO | Expense Reimbursement | $616.64 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total: | $616.14 |

[1] "Insider" is a defined term in the Bankruptcy Code. 11 U.S.C. § 101(31).

## ACCOUNTS RECEIVABLE

☐ In lieu of the following chart, the debtor has attached an aging A/R report as of the end of the Reporting Period.

|  | Prepetition AR | Postpetition AR |
|---|---|---|
| Accounts Receivable as of Beginning of Period: | | $104,741.78 |
| Collection on Accounts Receivable: | | $46,721.78 |
| Sales on Credit: | | |
| Accounts Receivable as of End of Period: | | $58,020.00 |

| Accounts Receivable* | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 days | $58,020.00 | $58,020.00 | |
| 31-60 days | | | |
| 61-90 days | | | |
| 91-120 days | | | |
| 120 days and over | | | |
| TOTAL | $58,020.00 | $58,020.00 | |

Intercompany Receivables as of the End of Period.

| | Obligor | Amount |
|---|---|---|
| Due from | | |
| Due from | | |
| Due from | | |

## POSTPETITION LIABILITIES

All postpetition liabilities existing at the end of this reporting period must be listed below or on an aging payables report attached.  Add additional rows as necessary.

☒ The Debtor has attached an aging payables report for the postpetition period as of the end of the Reporting Period.

| Name of Creditor | Due Date | Amount Due | Notes |
|------------------|----------|------------|-------|
|                  |          |            |       |
|                  |          |            |       |
|                  |          |            |       |
|                  |          |            |       |
|                  |          |            |       |
|          Total:  |          |            |       |

## Vendor Aging (1)

Age by Apply Date   Start Date 07/20/2023   End Date 8/31/2023

| Doc Type | Document No. | Doc Date | Disc Date | Due Date | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|
| | Andrea Campoli | | | | | | | |
| | | Andrea Campoli | | | | | | |
| Vendor Total: | | $6,500.00 | Aged Totals: | | $6,500.00 | $0.00 | $0.00 | $0.00 |
| | ADP SCREENING & SELECTION SERVICES | | | | | | | |
| | | ADP SCREENING & SELECTION SERVICES | | | | | | |
| Vendor Total: | | $4,536.89 | Aged Totals: | | $0.00 | $4,536.89 | $0.00 | $0.00 |
| | A-Head for Profits, LLC | | | | | | | |
| | | A-Head for Profits, LLC | | | | | | |
| Vendor Total: | | $4,594.00 | Aged Totals: | | $0.00 | $4,594.00 | $0.00 | $0.00 |
| | Airgas National Carbonation | | | | | | | |
| | | Airgas National Carbonation | | | | | | |
| Vendor Total: | | $988.72 | Aged Totals: | | $3,247.75 | ($2,259.03) | $0.00 | $0.00 |
| | Aramark | | | | | | | |
| | | Aramark | | | | | | |
| Vendor Total: | | $113.69 | Aged Totals: | | $0.00 | $113.69 | $0.00 | $0.00 |
| | ASC LLC | | | | | | | |
| | | ASC LLC | | | | | | |
| Vendor Total: | | $1,293.91 | Aged Totals: | | $648.38 | $645.53 | $0.00 | $0.00 |
| | BCN Telecom Inc | | | | | | | |
| | | BCN Telecom Inc | | | | | | |
| Vendor Total: | | $10,750.95 | Aged Totals: | | $5,248.54 | $5,502.41 | $0.00 | $0.00 |
| | Blystone & Donaldson LLC | | | | | | | |
| | | Blystone & Donaldson LLC | | | | | | |
| Vendor Total: | | $1,500.00 | Aged Totals: | | $1,500.00 | $0.00 | $0.00 | $0.00 |
| | Beaufort County Sheriff's Office | | | | | | | |
| | | Beaufort County Sheriff's Office | | | | | | |
| Vendor Total: | | $194.00 | Aged Totals: | | $194.00 | $0.00 | $0.00 | $0.00 |
| | Beaufort County Treasurer | | | | | | | |
| | | Beaufort County Treasurer | | | | | | |
| Vendor Total: | | $1,313.29 | Aged Totals: | | $1,313.29 | $0.00 | $0.00 | $0.00 |
| | BJWSA | | | | | | | |

# Vendor Aging (1)

Age by Apply Date   Start Date 07/20/2023   End Date 8/31/2023

BJWSA

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $1,245.40 Aged Totals: | $740.00 | $505.40 | $0.00 | $0.00 |

Blossman Gas & Appliance

Blossman Gas & Appliance

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $32.10 Aged Totals: | $0.00 | $32.10 | $0.00 | $0.00 |

Carolina Heating Service Inc

Carolina Heating Service Inc

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $4,933.00 Aged Totals: | $4,933.00 | $0.00 | $0.00 | $0.00 |

Charleston County Revenue Collections

Charleston County Revenue Collections

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $1,984.90 Aged Totals: | $1,386.22 | $598.68 | $0.00 | $0.00 |

1188 Centre HPR

1188 Centre HPR

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $3,040.00 Aged Totals: | $1,520.00 | $1,520.00 | $0.00 | $0.00 |

CITY OF RALEIGH

CITY OF RALEIGH

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $1,191.51 Aged Totals: | $0.00 | $1,191.51 | $0.00 | $0.00 |

City Wide Exterminating

City Wide Exterminating

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $115.00 Aged Totals: | $0.00 | $115.00 | $0.00 | $0.00 |

Columbia Meats Inc

Columbia Meats Inc

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $12,376.60 Aged Totals: | $16,949.40 | ($4,572.80) | $0.00 | $0.00 |

Cozzini Bros., Inc.

Cozzini Bros., Inc.

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $230.00 Aged Totals: | $0.00 | $115.00 | $115.00 | $0.00 |

Craig Miller - exp reimb

Craig Miller - exp reimb

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $1,289.54 Aged Totals: | $1,289.54 | $0.00 | $0.00 | $0.00 |

City of Greenville

City of Greenville

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $3,651.57 Aged Totals: | $3,651.57 | $0.00 | $0.00 | $0.00 |

## Vendor Aging

Age by Apply Date   Start Date 07/20/2023   End Date 8/31/2023

Charleston Water Systems

Charleston Water Systems

| Vendor Total: | $3,940.43 Aged Totals: | $1,892.20 | $2,048.23 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Direct TV

Direct TV

| Vendor Total: | $8,867.11 Aged Totals: | $6,314.40 | $2,552.71 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Dominion Energy

Dominion Energy

| Vendor Total: | $1,554.14 Aged Totals: | $456.70 | $1,097.44 | $0.00 | $0.00 |
|---|---|---|---|---|---|

DOVE ELECTRICAL SERVICES INC.

DOVE ELECTRICAL SERVICES INC.

| Vendor Total: | $312.80 Aged Totals: | $0.00 | $312.80 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Deonte Smalls

Deonte Smalls

| Vendor Total: | $630.26 Aged Totals: | $630.26 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Duke Energy

Duke Energy

| Vendor Total: | $12,927.07 Aged Totals: | $8,966.74 | $3,960.33 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Ecolab, Inc.

Ecolab, Inc.

| Vendor Total: | $6,734.56 Aged Totals: | $3,367.28 | $3,367.28 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Equitable Life Ins Co of America

Equitable Life Ins Co of America

| Vendor Total: | $2,555.72 Aged Totals: | $2,555.72 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

FIRST STOP HEALTH LLC

FIRST STOP HEALTH LLC

| Vendor Total: | $74.00 Aged Totals: | $754.80 | ($680.80) | $0.00 | $0.00 |
|---|---|---|---|---|---|

Fintech

Fintech

| Vendor Total: | $790.79 Aged Totals: | $359.45 | $431.34 | $0.00 | $0.00 |
|---|---|---|---|---|---|

City of Gastonia

City of Gastonia

# Vendor Aging (1)

Age by Apply Date   Start Date 07/20/2023   End Date 8/31/2023

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $4,002.14 | Aged Totals: | $0.00 | $4,002.14 | $0.00 | $0.00 |

GFL Enviromental Corp

GFL Enviromental Corp

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $5,638.78 | Aged Totals: | $1,747.02 | $3,891.76 | $0.00 | $0.00 |

Greenville Meats Inc

Greenville Meats Inc

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $33,576.60 | Aged Totals: | $27,943.80 | $5,632.80 | $0.00 | $0.00 |

Greenville Water Systems

Greenville Water Systems

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $498.98 | Aged Totals: | $0.00 | $498.98 | $0.00 | $0.00 |

Hamilton Stephens Steele & Martin PLLC

Hamilton Stephens Steele & Martin PLLC

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $27,973.00 | Aged Totals: | $10,000.00 | $17,973.00 | $0.00 | $0.00 |

Howard Auen - (Exp Reimb.)

Howard Auen - (Exp Reimb.)

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $575.88 | Aged Totals: | $575.88 | $0.00 | $0.00 | $0.00 |

Home Trust Bank

Home Trust Bank

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $3,524.75 | Aged Totals: | $0.00 | $3,524.75 | $0.00 | $0.00 |

TRIS LLC dba INVGR Hospitality

TRIS LLC dba INVGR Hospitality

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $19,202.10 | Aged Totals: | $16,500.00 | $2,702.10 | $0.00 | $0.00 |

John Hancock

John Hancock

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $4,268.09 | Aged Totals: | $0.00 | $4,268.09 | $0.00 | $0.00 |

Fionix Consulting LLC

Fionix Consulting LLC

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $3,500.00 | Aged Totals: | $3,500.00 | $0.00 | $0.00 | $0.00 |

Jotform Inc.

Jotform Inc.

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $288.00 | Aged Totals: | $0.00 | $288.00 | $0.00 | $0.00 |

MadPark Designs

# Vendor Aging (1)

Age by Apply Date   Start Date 07/20/2023   End Date 8/31/2023

MadPark Designs

| Vendor Total: | $951.31 Aged Totals: | $951.31 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Magnolia Park Greenville LLC

Magnolia Park Greenville LLC

| Vendor Total: | $7,318.46 Aged Totals: | $7,315.46 | $3.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Monte Jump - exp reimb

Monte Jump - exp reimb

| Vendor Total: | $2,571.86 Aged Totals: | $1,793.10 | $778.76 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Olo Inc.

Olo Inc.

| Vendor Total: | $4,100.00 Aged Totals: | $2,050.00 | $2,050.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Piedmont Natural Gas

Piedmont Natural Gas

| Vendor Total: | $4,463.04 Aged Totals: | $2,142.51 | $2,320.53 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Phil Knight

Phil Knight

| Vendor Total: | $281.65 Aged Totals: | $281.65 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Pro Disposal, LLC

Pro Disposal, LLC

| Vendor Total: | $1,890.00 Aged Totals: | $945.00 | $945.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Punchh Inc

Punchh Inc

| Vendor Total: | $13,937.01 Aged Totals: | $8,416.32 | $5,520.69 | $0.00 | $0.00 |
|---|---|---|---|---|---|

NCR Corporation

NCR Corporation

| Vendor Total: | $11,487.87 Aged Totals: | $0.00 | $11,487.87 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Sandy Springs Water District, Inc.

Sandy Springs Water District, Inc.

| Vendor Total: | $1,303.38 Aged Totals: | $0.00 | $1,303.38 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Sard & Leff, LLC

Sard & Leff, LLC

| Vendor Total: | $432.00 Aged Totals: | $432.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

# Vendor Aging

Age by Apply Date   Start Date 07/20/2023   End Date 8/31/2023

Sargent Pest Solutions

| | Sargent Pest Solutions | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $350.00 | Aged Totals: | $175.00 | $175.00 | $0.00 | $0.00 |

Securitas Technology Corporation

| | Securitas Technology Corporation | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $256.37 | Aged Totals: | $0.00 | $256.37 | $0.00 | $0.00 |

SOMPO International

| | SOMPO International | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $418.00 | Aged Totals: | $418.00 | $0.00 | $0.00 | $0.00 |

Stuart Breed

| | Stuart Breed | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $200.00 | Aged Totals: | $200.00 | $0.00 | $0.00 | $0.00 |

Summit Consulting LLC

| | Summit Consulting LLC | | | | |
|---|---|---|---|---|---|
| Vendor Total: | ($133.63) | Aged Totals: | $0.00 | ($133.63) | $0.00 | $0.00 |

Sysco Charlotte

| | Sysco Charlotte | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $8,701.29 | Aged Totals: | $8,701.29 | $0.00 | $0.00 | $0.00 |

SYSCO Columbia LLC

| | SYSCO Columbia LLC | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $12,731.94 | Aged Totals: | $8,475.33 | $4,256.61 | $0.00 | $0.00 |

Trash Gurl

| | Trash Gurl | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $1,165.60 | Aged Totals: | $582.80 | $582.80 | $0.00 | $0.00 |

UPS

| | UPS | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $2,018.29 | Aged Totals: | $1,256.79 | $71.51 | $0.00 | $689.99 |

Vital Records Control

| | Vital Records Control | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $1,158.91 | Aged Totals: | $1,158.91 | $0.00 | $0.00 | $0.00 |

Wake County Revenue Department

# Vendor Aging (1)

Age by Apply Date   Start Date 07/20/2023   End Date 8/31/2023

Wake County Revenue Department

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $911.74 | Aged Totals: | $911.74 | $0.00 | $0.00 | $0.00 |

Bigart Ecosystems LLC (Wisetail)

Bigart Ecosystems LLC (Wisetail)

| | | | | | |
|---|---|---|---|---|---|
| Vendor Total: | $3,440.00 | Aged Totals: | $1,720.00 | $1,720.00 | $0.00 | $0.00 |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| Report Total: | | Aged Totals: | $182,613.15 | $99,847.22 | $0.00 | $0.00 |

**Footnote:**

(1) The AP Aging had to be ran for period ended August 27, 2023 due to the migration to new accounting system.

## AFFIRMATIONS

1.  ☒ Yes
    ☐ No
    ☐ N/A

    Have all tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force? The policies are listed below with their policy expiration dates.

| Type of Policy | Policy Expiration Date |
|---|---|
| See Attached Chart (for Applicable Debtors) | |
| | |
| | |

2.  ☒ Yes
    ☐ No
    ☐ N/A

    Have all insurance policies and renewals, if applicable, have been submitted to the Bankruptcy Administrator?

3.  ☒ Yes
    ☐ No
    ☐ N/A

    Have all federal or state income tax returns have been filed timely?  Copies of postpetition tax returns must be submitted to the Bankruptcy Administrator's Office.

4.  ☒ Yes
    ☐ No
    ☐ N/A

    Have all postpetition taxes (i.e., withholding, sales, etc.) or required postpetition estimated tax deposits been paid or deposited into a designated tax account?

    If you answered "no," list the types of taxes that are now due and owing if not listed on the postpetition liabilities page.

| Type of Tax | Amount Due as of Reporting Period End |
|---|---|
| | |
| | |
| | |

5.  ☐ Yes
    ☒ No
    ☐ N/A

    Have new Debtor-In-Possession ("DIP") bank accounts been opened and been reconciled. If you answered "no," list the date and docket no. of any order permitting Debtor to maintain prepetition accounts.

    Docket No.: 20  Date: 7/27/23

6.  ☒ Yes
    ☐ No

    Have new DIP financial books and records been opened, and are they maintained regularly and current?

7.  ☐ Yes
    ☐ No
    ☒ N/A

    Have all postpetition financing agreements been approved by the Bankruptcy Court?

8.  ☐ Yes
    ☐ No
    ☒ N/A

    Have all payments made outside the ordinary course of business been approved by the Bankruptcy Court?

[end of report]

### AETIUS COMPANIES, LLC[1]

**ADDENDUM TO AFFIRMATION No. 1
ON MONTHLY OPERATING REPORT**

| PROVIDER | TYPE OF POLICY | EXPIRATION DATE | DEBTORS INCLUDED ON POLICY |
|---|---|---|---|
| Gray Surplus Lines Insurance Company # GSL101326 | Umbrella Binder effective 5/7/23 | 5/7/24 | Named Insured:<br>Aetius Companies, LLC |
| Bridgefield Casualty Insurance Company #1400795242 | Workers Compensation effective 1/24/23 | 1/24/24 | Insureds:<br>1. Aetius Companies, LLC dba Wild Wing Café<br>2. Jacksonville WWC, LLC<br>3. Savannah WWC, LLC<br>4. Wild Wings of McDonough, LLC<br>5. North Charleston Wings, LLC<br>6. Anderson Wings, LLC<br>7. Greenville WWC, LLC<br>8. Vista Wings, LLC<br>9. Wings Over Spartanburg, LLC<br>10. Bluffton Wings, LLC<br>11. Rock Hill Wings, LLC<br>12. Aetius Companies, LLC<br>13. SW Charlotte, LLC<br>14. Gastonia WWC, LLC<br>15. Raleigh Wings, LLC<br>16. Wilmington Wings, LLC<br>17. Wild Wings of Charlotte, LLC |
| Liberty Surplus Insurance Corporation #5N283439002 | Terrorism Policy effective 5/7/23 | 5/7/24 | Named Insured:<br>Wild Wing Café |
| Harford Mutual Insurance Company #MP107668810 | Property policy effective 7/24/23 | 7/24/24 | Named Insureds:<br>1. Aetius Companies, LLC<br>2. North Charleston Wings, LLC<br>3. Bluffton Wings, LLC |

[1] The last 4 digits of Debtor's TIN is 6613.  Subsidiaries and the last 4 digits of each TIN are: Aetius Franchising, LLC (6732); Aetius Intermediate Company, LLC (0640); Aetius Restaurant Group, LLC (7251); Aetius Restaurant Holdings, LLC (7336); Anderson Wings, LLC (5203); Bluffton Wings, LLC (2809); Gastonia Wings, LLC (0167); Greenville WWC, LLC (2103); Jacksonville WWC, LLC (0550); North Charleston Wings, LLC (1178); Raleigh Wings, LLC (1397); Rock Hill Wings, LLC (1249); Savannah WWC, LLC (4043); SW Charlotte,  LLC (8864); Vista  Wings, LLC (4390); Wild Wings of Charlotte, LLC (4044); Wild Wings of McDonough, LLC (7738); Wilmington Wings, LLC (3930); and Wings Over Spartanburg, LLC (5276).

4895-1194-1501, v. 1

| PROVIDER | TYPE OF POLICY | EXPIRATION DATE | DEBTORS INCLUDED ON POLICY |
|---|---|---|---|
| | | | 4.  Anderson Wings, LLC<br>5.  Gastonia Wings, LLC<br>6.  Greenville WWC LLC<br>7.  Raleigh Wings, LLC<br>8.  Rock Hill Wings, LLC<br>9.  Aetius Restaurant Holdings, LLC |
| Tokio Marine HHC #H723-801132 | Restaurant Recovery policy effective 5/7/23 | 5/7/24 | <u>Insured Name</u>: Aetius Companies, LLC<br><u>Trade Name</u>: Wild Wing Café<br><u>Insureds</u>:<br>1.  North Charleston Wings, LLC<br>2.  Bluffton Wings, LLC<br>3.  Vista Wings, LLC<br>4.  Anderson Wings, LLC<br>5.  Gastonia Wings, LLC<br>6.  Greenville WWC, LLC<br>7.  Raleigh Wings, LLC<br>8.  Wild Wings of Charlotte, LLC<br>9.  Rock Hill Wings, LLC |
| Sompo/Endurance American Specialty Insurance Company # PGL30000378402 | GL-Liquor-Hired Non Owned policy effective 8/23/23 | 8/23/24 | <u>Named Insureds</u>:<br>1.  Aetius Companies, LLC<br>2.  Wild Wing Café dba Wild Wing Café<br>3.  Aetius Restaurant Holdings, LLC<br>4.  Anderson Wings, LLC<br>5.  Bluffton Wings, LLC<br>6.  Aetius Companies, LLC<br>7.  Gastonia Wings LLC<br>8.  Greenville WWC LLC<br>9.  Jacksonville WWC, LLC<br>10. North Charleston Wings, LLC<br>11. Raleigh Wings, LLC<br>12. Savannah WWC, LLC<br>13. Vista Wings, LLC<br>14. Wild Wings of Charlotte, LLC<br>15. Wild Wings of McDonough, LLC<br>16. Wings Over Spartanburg, LLC<br>17. Rock Hill Wings LLC |

2

| PROVIDER | TYPE OF POLICY | EXPIRATION DATE | DEBTORS INCLUDED ON POLICY |
|---|---|---|---|
| Travelers Corp. #BME1-7W19608-PHX-23 | Equip Brkdn policy effective 5/7/23 | 5/7/24 | Named Insureds: <br> 1. Aetius Companies, LLC dba Wing Wing Café <br> 2. Aetius Restaurant Holdings, LLC <br> 3. North Charleston Wings, LLC <br> 4. Vista Wings, LLC <br> 5. Wilmington Wings, LLC <br> 6. SW Charlotte, LLC <br> 7. Wings Over Spartanburg, LLC <br> 8. Bluffton Wings, LLC <br> 9. Anderson Wings, LLC <br> 10. Savannah Wings, LLC <br> 11. Jacksonville Wings, LLC <br> 12. Gastonia Wings, LLC <br> 13. Greenville WWC, LLC <br> 14. Raleigh Wings, LLC <br> 15. Wild Wings of Charlotte, LLC <br> 16. Wild Wings of McDonough, LLC <br> 17. Rock Hill Wings, LLC |

3