**Local Form 19**                                                        **September 2021**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                          )
                                                )   Case No.: 23-30474
**Aetius Restaurant Holdings, LLC**             )   Chapter 11
                                                )
                                                )
                              Debtor(s)          )
_____ )

## COVER SHEET FOR AMENDED SCHEDULES AND STATEMENTS

Briefly describe the amendments to the Debtor's schedules and statements below, including the names of the schedules and/or statements being amended and any creditors added or removed.

<u>Note</u>: A filing fee may be required.

1.  <u>Schedule A/B</u>:
    a.  Fifth Third Checking Account #5557 was removed.
    b.  Truist Bank Payroll Account #6804 was removed.
    c.  Truist Bank Marketing Account #6766 was removed.

2.  <u>Schedule E/F</u>:
    a.  William Parish Plumbing was added as a creditor.
    b.  U.S. Small Business Administration was added as a creditor.
    c.  Nateara Glover was added as a creditor.
    d.  The address for BMI - Broadcast Music Inc was updated.
    e.  Address for Integration Network LLC was updated.
    f.  Address for Internal Revenue Service was updated and moved from Schedule F to Schedule E.
    g.  Address for Jacob Bornman was updated.
    h.  Address for Meridian Waste was updated.
    i.  Address for Micah Bacon was updated.
    j.  Address for Michael T. Amburgey – ExpReimb was updated.
    k.  Address for MomentFeed UB Inc. was updated.
    l.  Address Multi Unit Analytics, LLC was updated.
    m.  Address for Summit Consulting LLC was updated.
    n.  Address for United Healthcare was updated.
    o.  Address for Solid Entertainment Group LLC was updated.
    p.  Address for Greater Columbia Chamber of Commerce was updated.
    q.  Address for Alarm, Fire & Security LLC was updated.
    r.  Address for Greater Charlotte Refrigeration was updated.
    s.  Address for Southern Realty Development Corporation was updated.
    t.  Address for Ken Hutchins was updated.
    u.  Typographical error fixed on Richland County Taxes.

4854-8098-4970, v. 1

3.    <u>Statement of Financial Affairs</u>: The response to Question 7 was updated with the Nateara Glover lawsuit.

Date: <u>October 30, 2023</u>

 /s/ Robert A. Cox, Jr.
**Attorney for Debtor(s)**
Robert A. Cox, Jr. (Bar No. 21998)
Matthew A. Winer (Bar No. 56222)
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile:  (704) 344-1483
rcox@lawhssm.com
mwiner@lawhssm.com
*Attorneys for Debtors and*
*Debtors-in-Possession*

Pro Se Joint Debtor (if applicable)

4854-8098-4970, v. 1

**Fill in this information to identify the case:**

Debtor name    **Aetius Restaurant Holdings, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-30474**

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 30, 2023**    X **/s/ Mark Cote**
Signature of individual signing on behalf of debtor

**Mark Cote**
Printed name

**CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Aetius Restaurant Holdings, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-30474**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................   $   **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................   $   **658,306.17**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................   $   **658,306.17**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................   $   **12,500,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $   **1,516,783.90**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$   **7,661,932.03**

4.   **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b                                                                                 $   **21,678,715.93**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Aetius Restaurant Holdings, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-30474**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Third Bank** | **Operating Account** | **5243** | **$0.00** |
| 3.2. | **HomeTrust Bank** | **ACH** | **9836** | **$0.00** |
| 3.3. | **HomeTrust Bank** | **AP** | **9855** | **Unknown** |
| 3.4. | **HomeTrust Bank** | **Franchise** | **9756** | **$0.00** |
| 3.5. | **HomeTrust Bank** | **Gift Cards** | **9831** | **$0.00** |
| 3.6. | **HomeTrust Bank** | **Main Checking** | **9751** | **$12,193.00** |

Debtor    **Aetius Restaurant Holdings, LLC**                                    Case number *(If known)*  **23-30474**
_____
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | HomeTrust Bank | Marketing | 4469 | $0.00 |
| 3.8. | HomeTrust Bank | Non-Pooling | 9817 | Unknown |
| 3.9. | HomeTrust Bank | Payroll | 9812 | Unknown |
| 3.10. | HomeTrust Bank | Credit Card Receipts | 9799 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                          | $12,193.00 |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **87,745.00**    -    **0.00**  = ....          **$87,745.00**
                                              face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                          | $87,745.00 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number *(If known)* **23-30474** |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture (see attached)** | **$0.00** | | **$75,063.17** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$75,063.17** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Equipment (see attached)** | **$0.00** | | **$483,305.00** |

Debtor    **Aetius Restaurant Holdings, LLC**                    Case number *(If known)*  **23-30474**
          <span style="font-size:small">Name</span>

51.  **Total of Part 8.**                                                    | $483,305.00
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Aetius Restaurant Holdings, LLC**                                    Case number *(If known)* **23-30474**
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,193.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $87,745.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $75,063.17 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $483,305.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $658,306.17 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $658,306.17 |

# Wild Wing Café Support Center Office Inventory
# 6100 Fairview Ave Suite 1156
# Charlotte, NC 28217

| Description | Quantity | New Purchase Cost | Total | Current 50% Value |
|---|---|---|---|---|
| Office Desk | 7 | $ 1,781.63 | $ 12,471.41 | $ 1,897.25 |
| Office Desk Book Case | 5 | $ 758.90 | $ 3,794.50 | $ 1,897.25 |
| Desk Chairs | 7 | $ 175.23 | $ 1,226.61 | $ 613.31 |
| Office Chairs | 10 | $ 125.44 | $ 1,254.40 | $ 627.20 |
| Office side Tables | 2 | $ 255.63 | $ 511.26 | $ 255.63 |
| Book Cases | 2 | $ 751.00 | $ 1,502.00 | $ 751.00 |
| Wood File Cabinets | 3 | $ 351.16 | $ 1,053.48 | $ 526.74 |
| Metal File Cabinets | 1 | $ 655.23 | $ 655.23 | $ 327.62 |
| Computers | 8 | $ 815.66 | $ 6,525.28 | $ 3,262.64 |
| Computers | 1 | $ 1,212.45 | $ 1,212.45 | $ 606.23 |
| Desk Monitors | 7 | $ 117.22 | $ 820.54 | $ 410.27 |
| Office desk Printers | 3 | $ 175.89 | $ 527.67 | $ 263.84 |
| Office TV's | 2 | $ 350.00 | $ 700.00 | $ 350.00 |
| Xerox Office Color Printer | 1 | $ 35,117.00 | $ 35,117.00 | $ 17,558.50 |
| Xerox B&W printer | 1 | $ 2,519.33 | $ 2,519.33 | $ 1,259.67 |
| Break room Table & Chairs | 1 | $ 450.81 | $ 450.81 | $ 225.41 |
| Conference room Table | 1 | $ 2,533.61 | $ 2,533.61 | $ 1,266.81 |
| Conference room Chairs | 8 | $ 245.10 | $ 1,960.80 | $ 980.40 |
| Conference Credenza | 1 | $ 875.22 | $ 875.22 | $ 437.61 |
| Conference room TV | 1 | $ 1,218.33 | $ 1,218.33 | $ 609.17 |
| | | | | |
| | | | | |
| | | | $ 57,671.75 | $ 28,835.88 |

| | Est. Current Value (50%) |
|---|---|
| Wild Wings Café Support Center | 46,277 |
| Wild Wing of Aiken, LLC | 138,165 |
| SW Charlotte, LLC | 72,776 |
| Wild Wing of Hilton Head, LLC | 36,816 |
| Savannah WWC, LLC | 82,767 |
| Wilmington Wings, LLC | 73,082 |
| Rock Hill Wings LLC | 79,699 |
| **Restaurant Equipment** | **529,583** |

Address:

| | |
|---|---|
| Extra Space Storage Units #446, 449, 549 & 2077 | Charlotte, NC 28217 |
| 470 Fabian Drive | Aiken, SC 29803 |
| Public Storage 9400 S Tryon St Unit E50 & F65 | Charlotte, NC 28273 |
| Extra Space Storage 10140 S Tryon St Unit # 501 | Charlotte, NC 28273 |
| Public Storage 9400 S Tryon St Unit L 48 | Charlotte, NC 28273 |
| Public Storage 6441 Westgate Rd Unit # 723, # 725, # 731 | Raleigh, NC 27617 |
| Public Storage 9400 S Tryon St Unit I54 | Charlotte, NC 28273 |
| Extra Space Storage 10140 S Tryon St Units #115, 613 | Charlotte, NC 28217 |

**Wild Wing Café Sikes Support Center Office Inventory**
**Extra Space Storage Unit # 446, Unit # 449, Unit # 549 & Unit # 2077**
**Charlotte, NC 28217**

| Description | Quantity | New Purchase Cost | Total | Current 50% Value |
|---|---|---|---|---|
| | | | | |
| Office Desk | 4 | $ 1,781.63 | $ 7,126.52 | $ 3,563.26 |
| Office Desk Book Case | 4 | $ 758.90 | $ 3,035.60 | $ 1,517.80 |
| Desk Chairs | 12 | $ 139.00 | $ 1,668.00 | $ 834.00 |
| Office Chairs | 18 | $ 125.44 | $ 2,257.92 | $ 1,128.96 |
| Mahogany DR Chair | 59 | $ 79.99 | $ 4,719.41 | $ 2,359.71 |
| Mahogany Barstool | 36 | $ 119.99 | $ 4,319.64 | $ 2,159.82 |
| Office side Tables | 2 | $ 255.63 | $ 511.26 | $ 255.63 |
| Book Cases | 1 | $ 751.00 | $ 751.00 | $ 375.50 |
| Wood File Cabinets | 2 | $ 351.16 | $ 702.32 | $ 351.16 |
| Metal File Cabinets | 9 | $ 655.23 | $ 5,897.07 | $ 2,948.54 |
| Computers | 2 | $ 815.66 | $ 1,631.32 | $ 815.66 |
| Computers | 1 | $ 1,212.45 | $ 1,212.45 | $ 606.23 |
| Desk Monitors | 8 | $ 117.22 | $ 937.76 | $ 468.88 |
| Office desk Printers | 5 | $ 175.89 | $ 879.45 | $ 439.73 |
| Office TV's | 1 | $ 350.00 | $ 350.00 | $ 175.00 |
| Office TV's 72 " | 1 | $ 750.00 | $ 750.00 | $ 375.00 |
| Break room Table & Chairs | 1 | $ 450.81 | $ 450.81 | $ 225.41 |
| Conference Credenza | 2 | $ 875.22 | $ 1,750.44 | $ 875.22 |
| Cubicals | 12 | $ 1,218.33 | 14,619.96 | 7,309.98 |
| Desk for Cubicals | 12 | $ 371.95 | $ 4,463.40 | $ 2,231.70 |
| Trash Cans | 4 | $ 4.99 | $ 19.96 | $ 9.98 |
| Dining Room Table 36" | 11 | $ 427.88 | $ 4,706.68 | $ 2,353.34 |
| Dining Room Table 48" | 10 | $ 535.00 | $ 5,350.00 | $ 2,675.00 |
| Dining Room Round Table | 2 | $ 535.00 | $ 1,070.00 | $ 535.00 |
| Pizza oven | 1 | $ 4,200.00 | $ 4,200.00 | $ 2,100.00 |
| 2 door File Cabinet | 1 | $ 350.00 | $ 350.00 | $ 175.00 |
| Ayrsley Safe | 1 | $ 1,200.00 | $ 1,200.00 | $ 600.00 |
| Piano | 1 | $ 200.00 | $ 200.00 | $ 100.00 |
| Paper cutter | 1 | $ 285.33 | $ 285.33 | $ 142.67 |
| Metro Shelves | 2 | $ 441.18 | $ 882.36 | $ 441.18 |
| Mahogany Desk 84" | 1 | $ 3,416.22 | $ 3,416.22 | $ 1,708.11 |
| Mahogany Bookcase | 1 | $ 1,721.37 | $ 1,721.37 | $ 860.68 |
| Stage Equipment | 1 | $ 27,350.00 | $ 27,350.00 | $ 13,675.00 |
| True Mug Chiller | 1 | $ 1,756.33 | $ 1,756.33 | $ 878.17 |
| Gas Fryers | 2 | $ 2,775.18 | $ 5,550.36 | $ 2,775.18 |
| | | | | |
| | | | | |
| | | | $ 92,454.59 | $ 46,227.29 |

# Aiken Wild Wing Café Equipment Inventory
# 470 Fabian Dr.
# Aiken, SC 29803

| Description | Quantity | New Purchase Cost | Total | Current 50% Value |
|---|---|---|---|---|
| **DINING ROOM** | | | | |
| DINING ROOM TABLES 4 TOP | 6 | $ 427.88 | $ 2,567.28 | $ 1,283.64 |
| DINING ROOM TABLES 6 TOP | 6 | $ 845.16 | $ 5,070.96 | $ 2,535.48 |
| DINING ROOM TABLE ROUND | 2 | $ 635.19 | $ 1,270.38 | $ 635.19 |
| DINING ROOM BOOTHS 4 TOP | | $ 864.98 | $ - | $ - |
| DINING ROOM BOOTHS 6 TOP | | $ 667.89 | $ - | $ - |
| DINING ROOM CORNER BOOTHS | | $ 2,759.18 | $ - | $ - |
| MAHOGANY DINING ROOM CHAIRS | 70 | $ 79.99 | $ 5,599.30 | $ 2,799.65 |
| BLACK METAL DINING ROOM CHAIRS | | $ 49.99 | $ - | $ - |
| MAHOGGANY WOOD BARSTOOLS | 14 | $ 119.99 | $ 1,679.86 | $ 839.93 |
| MAHOGGANY SHORT BAR CHAIRS | 10 | $ 253.16 | $ 2,531.60 | $ 1,265.80 |
| BLACK METAL BARSTOOLS | | $ 89.18 | $ - | $ - |
| HIGH TOP TABLES | | $ 481.33 | $ - | $ - |
| CUSTOM WING BAR | | $ 9,723.15 | $ - | $ - |
| | | | | |
| PATIO TABLES | | $ 481.66 | $ - | $ - |
| PATIO CHAIRS | | $ 217.00 | $ - | $ - |
| ANIRONDACK CHAIRS | | $ 402.77 | $ - | $ - |
| FIRE PITS | | $ 335.00 | $ - | $ - |
| TALL MUSHROOM FIRE PITS | | $ 335.00 | $ - | $ - |
| | | | | |
| STAGE SOUND EQUIPMENT | 1 | $ 27,350.00 | $ 27,350.00 | $ 13,675.00 |
| STEREO EQUIPMENT | 1 | $ 6,500.00 | $ 6,500.00 | $ 3,250.00 |
| TV'S | 22 | $ 417.22 | $ 9,178.84 | $ 4,589.42 |
| | | | | |
| **BAR EQUIPMENT** | | | | |
| BAR WALK-IN COOLER | | $ 12,475.00 | $ - | $ - |
| TOP LOAD 2 DOOR | 2 | $ 1,669.00 | $ 3,338.00 | $ 1,669.00 |
| TOP LOAD 3 DOOR | 2 | $ 1,999.00 | $ 3,998.00 | $ 1,999.00 |
| FRONT LOAD 2 DOOR | 2 | $ 1,789.00 | $ 3,578.00 | $ 1,789.00 |
| FRONT LOAD 3 DOOR | | $ 2,349.00 | $ - | $ - |
| KEGERATOR COOLER | 2 | $ 6,723.15 | $ 13,446.30 | $ 6,723.15 |
| MUG CHILLER SINGLE | 2 | $ 1,289.00 | $ 2,578.00 | $ 1,289.00 |
| MUG CHILLER DOUBLE | | $ 3,471.00 | $ - | $ - |
| S/S BOTTLE WELL RACKS | 2 | $ 435.00 | $ 870.00 | $ 435.00 |
| S/S ICE BINS | 2 | $ 494.10 | $ 988.20 | $ 494.10 |
| S/S GLASS RACK HOLDERS | 2 | $ 494.00 | $ 988.00 | $ 494.00 |
| | | | | |
| **KITCHEN** | | | | |
| EPOXY WIRE SHELVING W/ POSTS IN KITCHEN | 12 | $ 365.00 | $ 4,380.00 | $ 2,190.00 |
| PREP WORK TABLE 30 X 96 INCH | 1 | $ 1,730.00 | $ 1,730.00 | $ 865.00 |
| PREP WORK TABLE 30 X 84 INCH | 1 | $ 1,487.00 | $ 1,487.00 | $ 743.50 |
| PREP WORK TABLE 30 X 72 INCH | 1 | $ 1,137.15 | $ 1,137.15 | $ 568.58 |
| PREP WORK TABLE 30 X 48 INCH | 2 | $ 988.65 | $ 1,977.30 | $ 988.65 |
| PREP WORK TABLE 30 X 36 INCH | 1 | $ 932.40 | $ 932.40 | $ 466.20 |
| S/S 3-COMPARTMENT SINK W/ DRAINBOARDS | 1 | $ 3,966.00 | $ 3,966.00 | $ 1,983.00 |
| S/S WALL SHELF 48" x 16" | | $ 285.00 | $ - | $ - |
| S/S WALL SHELF, 18" X 48" | | $ 315.00 | $ - | $ - |
| S/S WALL SHELF, 12" X 72" | 2 | $ 423.00 | $ 846.00 | $ 423.00 |
| S/S WALL SHELF, 12" X 60" | 1 | $ 373.16 | $ 373.16 | $ 186.58 |
| POT RACK | 1 | $ 563.00 | $ 563.00 | $ 281.50 |
| BREAD / BUN RACKS | | $ 175.33 | $ - | $ - |
| | | | | |
| WALK-IN COOLER BOX W/ LIGHTS | 1 | $ 50,471.00 | $ 50,471.00 | $ 25,235.50 |
| WALK-IN FREEZER BOX W/ LIGHTS | | | $ - | $ - |
| EPOXY WIRE SHELVING W/ POSTS IN COOLER | 10 | $ 365.00 | $ 3,650.00 | $ 1,825.00 |
| DUNNAGE RACK | 6 | $ 85.00 | $ 510.00 | $ 255.00 |
| | | | | |
| UPRIGHT COOLERS SINGLE DOOR | 3 | $ 2,499.00 | $ 7,497.00 | $ 3,748.50 |
| UPRIGHT COOLER DBL DOOR | | $ 3,699.00 | $ - | $ - |
| UPRIGHT FREEZER SINGLE DOOR | 1 | $ 2,687.15 | $ 2,687.15 | $ 1,343.58 |
| | | | | |
| 28" REFRIGERATED LINE COOLER | | $ 2,032.00 | $ - | $ - |
| 36" REFRIGERATED LINE COOLER | | $ 2,040.99 | $ - | $ - |
| 48" REFRIGERATED PREP TABLE | 2 | $ 2,192.00 | $ 4,384.00 | $ 2,192.00 |
| 60" REFRIGERATED PREP TABLE | 1 | $ 2,615.17 | $ 2,615.17 | $ 1,307.59 |

| Item | Qty | Price | | |
|------|-----|-------|---|---|
| 36" LINE FREEZER | | $ 2,233.41 | $ - | $ - |
| 48" LINE FREEZER | 1 | $ 2,551.16 | $ 2,551.16 | $ 1,275.58 |
| | | | | |
| 4 BURNER STOVE / OVEN | 1 | $ 1,449.18 | $ 1,449.18 | $ 724.59 |
| 4 BURNER STOVE | | $ 1,169.00 | $ - | $ - |
| 4 BURNER EQUIPMENT STAND | | $ 325.00 | $ - | $ - |
| ALTO SHAM OVEN | | $ 15,557.31 | $ - | |
| CONVEYOR OVEN | 1 | $ 35,450.00 | $ 35,450.00 | $ 17,725.00 |
| GRILL CONVEYOR OVEN | | $ 8,500.00 | $ - | $ - |
| CHEESEMELTER | 1 | $ 2,350.66 | $ 2,350.66 | $ 1,175.33 |
| S/S MICROWAVE SHELF, 24" W | 1 | $ 447.22 | $ 447.22 | $ 223.61 |
| MICROWAVE | 1 | $ 135.17 | $ 135.17 | $ 67.59 |
| | | | | |
| FLAT TOP GRILL | 1 | $ 2,149.33 | $ 2,149.33 | $ 1,074.67 |
| FLAT TOP GRILL 72" | | $ 3,155.23 | $ - | $ - |
| 36" CHARBROILER | | $ 1,135.66 | $ - | $ - |
| 72" REFRIGERATED EQUIPMENT STAND | | $ 7,561.00 | $ - | $ - |
| 72" NON REFRIGERATED EQUIPMENT STAND | 1 | $ 2,361.55 | $ 2,361.55 | $ 1,180.78 |
| GAS FRYERS | 4 | $ 2,775.18 | $ 11,100.72 | $ 5,550.36 |
| TIMER | 2 | $ 135.17 | $ 270.34 | $ 135.17 |
| SHORTENING CADDY | 1 | $ 857.45 | $ 857.45 | $ 428.73 |
| | | | | |
| HEATED HOLDING CABINET VERTICAL | | $ 2,699.33 | $ - | $ - |
| HEATED HOLDING / COOLER COMBO | | $ 7,615.22 | $ - | $ - |
| 4 WELL HEATED STEAM TABLE | 1 | $ 1,909.55 | $ 1,909.55 | $ 954.78 |
| DRAWER WARMER | 1 | $ 1,317.22 | $ 1,317.22 | $ 658.61 |
| FOOD PAN WARMER | | $ 209.00 | $ - | $ - |
| | | | | |
| SAUCE TABLE | 1 | $ 4,035.61 | $ 4,035.61 | $ 2,017.81 |
| COUNTER TOP FRENCH FRY WARMER | 1 | $ 1,337.00 | $ 1,337.00 | $ 668.50 |
| FRENCH FRY WARMER | 1 | $ 583.00 | $ 583.00 | $ 291.50 |
| | | | | |
| COOKLINE EXHAUST HOOD | 1 | $ 28,247.99 | $ 28,247.99 | $ 14,124.00 |
| FIRE SYSTEM | 1 | $ 6,542.11 | $ 6,542.11 | $ 3,271.06 |
| EXHAUST HOOD FAN | 1 | $ 8,765.00 | $ 8,765.00 | $ 4,382.50 |
| | | | | |
| ICE BIN | | $ 4,400.00 | $ - | $ - |
| ICE MACHINE | | $ 7,800.00 | $ - | $ - |
| WATER FILTRATION | | $ 840.00 | $ - | $ - |
| | | $ 17,566.00 | $ - | $ - |
| SMALLWARES | 1 | $ 300.00 | $ 300.00 | $ 150.00 |
| MISC. ARTWORK | 1 | $ 500.00 | $ 500.00 | $ 250.00 |
| | | | | |
| OFFICE COMPUTER / PRINTE / MONITOR | 1 | $ 550.00 | $ 550.00 | $ 275.00 |
| OFFICE FURNITURE | 1 | $ 650.00 | $ 650.00 | $ 325.00 |
| FILE CABINET | 1 | $ 75.00 | $ 75.00 | $ 37.50 |
| SAFE | 1 | $ 375.00 | $ 375.00 | $ 187.50 |
| | | | | |
| | | | $ 276,329.93 | $ 138,164.97 |

# Ayrsley Wild Wing Café Equipment Inventory
# Public Storage Unit # E 50 & F 65
# Charlotte NC, 28273

| Description | Quantity | New Purchase Cost | Total | Current 50% Value |
|---|---|---|---|---|
| **DINING ROOM** | | | | |
| DINING ROOM TABLES 4 TOP | 7 | $ 427,88 | $ 2,995,16 | $ 1,497,58 |
| DINING ROOM TABLES 6 TOP | | $ 845,16 | $ - | $ - |
| DINING ROOM TABLE ROUND | | $ 635,19 | $ - | $ - |
| DINING ROOM BOOTHS 4 TOP | | $ 864,98 | $ - | $ - |
| DINING ROOM BOOTHS 6 TOP | | $ 667,89 | $ - | $ - |
| DINING ROOM CORNER BOOTHS | | $ 2,759,18 | $ - | $ - |
| MAHOGANY DINING ROOM CHAIRS | 31 | $ 79,99 | $ 2,479,69 | $ 1,239,85 |
| BLACK METAL DINING ROOM CHAIRS | 12 | $ 49,99 | $ 599,88 | $ 299,94 |
| MAHOGGANY WOOD BARSTOOLS | 13 | $ 119,99 | $ 1,559,87 | $ 779,94 |
| BLACK METAL BARSTOOLS | 4 | $ 89,18 | $ 356,72 | $ 178,36 |
| HIGH TOP TABLES | | $ 481,33 | $ - | $ - |
| CUSTOM WING BAR | | $ 9,723,15 | $ - | $ - |
| | | | | |
| PATIO TABLES | | $ 481,66 | $ - | $ - |
| PATIO CHAIRS | | $ 217,00 | $ - | $ - |
| ANIRONDACK CHAIRS | | $ 402,77 | $ - | $ - |
| FIRE PITS | 3 | $ 335,00 | $ 1,005,00 | $ 502,50 |
| TALL MUSHROOM FIRE PITS | 3 | $ 335,00 | $ 1,005,00 | $ 502,50 |
| | | | | |
| STAGE SOUND EQUIPMENT | 1 | $ 27,350,00 | $ 27,350,00 | $ 13,675,00 |
| STEREO EQUIPMENT | 1 | $ 6,500,00 | $ 6,500,00 | $ 3,250,00 |
| TV'S | 17 | $ 417,22 | $ 7,092,74 | $ 3,546,37 |
| | | | | |
| **BAR EQUIPMENT** | | | | |
| BAR WALK-IN COOLER | | $ 12,475,00 | $ - | $ - |
| TOP LOAD 2 DOOR | 1 | $ 1,669,00 | $ 1,669,00 | $ 834,50 |
| TOP LOAD 3 DOOR | 1 | $ 1,999,00 | $ 1,999,00 | $ 999,50 |
| FRONT LOAD 2 DOOR | 2 | $ 1,789,00 | $ 3,578,00 | $ 1,789,00 |
| FRONT LOAD 3 DOOR | | $ 2,349,00 | $ - | $ - |
| MUG CHILLER SINGLE | 1 | $ 1,289,00 | $ 1,289,00 | $ 644,50 |
| MUG CHILLER DOUBLE | 1 | $ 3,471,00 | $ 3,471,00 | $ 1,735,50 |
| S/S BOTTLE WELL RACKS | | $ 435,00 | $ - | $ - |
| S/S ICE BINS | 1 | $ 494,10 | $ 494,10 | $ 247,05 |
| S/S GLASS RACK HOLDERS | 1 | $ 494,00 | $ 494,00 | $ 247,00 |
| | | | | |
| **KITCHEN** | | | | |
| EPOXY WIRE SHELVING W/ POSTS IN KITCHEN | 4 | $ 365,00 | $ 1,460,00 | $ 730,00 |
| PREP WORK TABLE 30 X 96 INCH | 1 | $ 1,730,00 | $ 1,730,00 | $ 865,00 |
| PREP WORK TABLE 30 X 84 INCH | 1 | $ 1,487,00 | $ 1,487,00 | $ 743,50 |
| PREP WORK TABLE 30 X 72 INCH | 2 | $ 1,137,15 | $ 2,274,30 | $ 1,137,15 |
| PREP WORK TABLE 30 X 48 INCH | 2 | $ 988,65 | $ 1,977,30 | $ 988,65 |
| PREP WORK TABLE 30 X 36 INCH | 1 | $ 932,40 | $ 932,40 | $ 466,20 |
| S/S 3-COMPARTMENT SINK W/ DRAINBOARDS | | $ 3,966,00 | $ - | $ - |
| S/S WALL SHELF 48" x 16" | | $ 285,00 | $ - | $ - |
| S/S WALL SHELF, 18" X 48" | | $ 315,00 | $ - | $ - |
| S/S WALL SHELF, 12" X 72" | | $ 423,00 | $ - | $ - |
| S/S WALL SHELF, 12" X 60" | | $ 373,16 | $ - | $ - |
| POT RACK | | $ 563,00 | $ - | $ - |
| BREAD / BUN RACKS | | $ 175,33 | $ - | $ - |
| | | | | |
| WALK-IN COOLER BOX W/ LIGHTS | | $ 50,471,00 | $ - | $ - |
| WALK-IN FREEZER BOX W/ LIGHTS | | $ - | $ - | $ - |
| EPOXY WIRE SHELVING W/ POSTS IN COOLER | | $ 365,00 | $ - | $ - |
| DUNNAGE RACK | 8 | $ 85,00 | $ 680,00 | $ 340,00 |
| | | | | |
| UPRIGHT COOLERS SINGLE DOOR | | $ 2,499,00 | $ - | $ - |
| UPRIGHT COOLER DBL DOOR | | $ 3,699,00 | $ - | $ - |
| UPRIGHT FREEZER SINGLE DOOR | | $ 2,687,15 | $ - | $ - |
| | | | | |
| 28" REFRIGERATED LINE COOLER | | $ 2,032,00 | $ - | $ - |
| 36" REFRIGERATED LINE COOLER | | $ 2,040,99 | $ - | $ - |
| 48" REFRIGERATED PREP TABLE | 1 | $ 2,192,00 | $ 2,192,00 | $ 1,096,00 |
| 60" REFRIGERATED PREP TABLE | | $ 2,615,17 | $ - | $ - |
| 36" LINE FREEZER | | $ 2,233,41 | $ - | $ - |
| 48" LINE FREEZER | 1 | $ 2,551,16 | $ 2,551,16 | $ 1,275,58 |

| Item | Qty | Price | | |
|---|---|---|---|---|
| 4 BURNER STOVE / OVEN | 1 | $ 1,449.18 | $ 1,449.18 | $ 724.59 |
| 4 BURNER STOVE | | $ 1,169.00 | $ - | $ - |
| 4 BURNER EQUIPMENT STAND | | $ 325.00 | $ - | $ - |
| ALTO SHAM OVEN | 1 | $ 15,557.31 | $ 15,557.31 | $ 7,778.66 |
| CONVEYOR OVEN | 1 | $ 35,450.00 | $ 35,450.00 | $ 17,725.00 |
| GRILL CONVEYOR OVEN | 1 | $ 8,500.00 | $ 8,500.00 | $ 4,250.00 |
| CHEESEMELTER | | $ 2,350.66 | $ - | $ - |
| S/S MICROWAVE SHELF, 24" W | | $ 447.22 | $ - | $ - |
| MICROWAVE | | $ 135.17 | $ - | $ - |
| | | | | |
| FLAT TOP GRILL | | $ 2,149.33 | $ - | $ - |
| FLAT TOP GRILL 72" | | $ 3,155.23 | $ - | $ - |
| 36" CHARBROILER | | $ 1,135.66 | $ - | $ - |
| 72" REFRIGERATED EQUIPMENT STAND | 1 | $ 7,561.00 | $ 7,561.00 | $ 3,780.50 |
| 72" NON REFRIGERATED EQUIPMENT STAND | | $ 2,361.55 | $ - | $ - |
| GAS FRYERS | | $ 2,775.18 | $ - | $ - |
| TIMER | | $ 135.17 | $ - | $ - |
| SHORTENING CADDY | 1 | $ 857.45 | $ 857.45 | $ 428.73 |
| | | | | |
| HEATED HOLDING CABINET VERTICAL | | $ 2,699.33 | $ - | $ - |
| HEATED HOLDING / COOLER COMBO | | $ 7,615.22 | $ - | $ - |
| 4 WELL HEATED STEAM TABLE | | $ 1,909.55 | $ - | $ - |
| DRAWER WARMER | | $ 1,317.22 | $ - | $ - |
| FOOD PAN WARMER | | $ 209.00 | $ - | $ - |
| | | | | |
| SAUCE TABLE | 1 | $ 4,035.61 | $ 4,035.61 | $ 2,017.81 |
| COUNTER TOP FRENCH FRY WARMER | 1 | $ 1,337.00 | $ 1,337.00 | $ 668.50 |
| FRENCH FRY WARMER | 1 | $ 583.00 | $ 583.00 | $ 291.50 |
| | | | | |
| COOKLINE EXHAUST HOOD | | $ 28,247.99 | $ - | $ - |
| FIRE SYSTEM | | $ 6,542.11 | $ - | $ - |
| EXHAUST HOOD FAN | | $ 8,765.00 | $ - | $ - |
| | | | | |
| ICE BIN | | $ 4,400.00 | $ - | $ - |
| ICE MACHINE | | $ 7,800.00 | $ - | $ - |
| WATER FILTRATION | | $ 840.00 | $ - | $ - |
| | | $ 17,566.00 | $ - | $ - |
| SMALLWARES | 1 | $ 300.00 | $ 300.00 | $ 150.00 |
| MISC. ARTWORK | | | | |
| | | | | |
| OFFICE COMPUTER / PRINTE / MONITOR | 1 | $ 550.00 | $ 550.00 | $ 275.00 |
| OFFICE FURNITURE | | $ 650.00 | $ - | $ - |
| FILE CABINET | 2 | $ 75.00 | $ 150.00 | $ 75.00 |
| | | | | |
| | | | $ 145,551.55 | $ 72,775.78 |

# Hilton Head Wild Wing Café Equipment Inventory
# Extra Space Storage Unit # 501 10140 S Tryon
# Charlotte NC, 28273

| | | Quantity | New Purchase Cost | Total | Current 50% Value |
|---|---|---|---|---|---|
| | **DINING ROOM** | | | | |
| | DINING ROOM TABLES 2 TOP & Base | | $ 310.00 | $ - | $ - |
| | DINING ROOM TABLES 4 TOP & BASE | | $ 427.88 | $ - | $ - |
| | DINING ROOM TABLES 6 TOP & BASE | | $ 845.16 | $ - | $ - |
| | DINING ROOM TABLE ROUND & BASE | | $ 635.19 | $ - | $ - |
| | DINING ROOM BOOTHS 4 TOP | | $ 864.98 | $ - | $ - |
| | DINING ROOM BOOTHS 6 TOP | | $ 667.89 | $ - | $ - |
| | DINING ROOM CORNER BOOTHS | | $ 2,759.18 | $ - | $ - |
| | MAHOGGANY DINING ROOM CHAIRS | | $ 79.99 | $ - | $ - |
| | BLACK METAL DINING ROOM CHAIRS | | $ 49.99 | $ - | $ - |
| | MAHOGGANY WOOD BARSTOOLS | | $ 119.99 | $ - | $ - |
| | BLACK METAL BARSTOOLS | | $ 89.18 | $ - | $ - |
| | HIGH TOP TABLES | | $ 481.33 | $ - | $ - |
| | CUSTOM WING BAR | | $ 9,723.15 | $ - | $ - |
| | | | | | |
| | PATIO TABLES | | $ 481.66 | $ - | $ - |
| | PATIO CHAIRS | | $ 217.00 | $ - | $ - |
| | ANIRONDACK CHAIRS | 36 | $ 402.77 | $ 14,499.72 | 7,249.86 |
| | FIRE PITS | 3 | $ 335.00 | $ 1,005.00 | 502.50 |
| | | | | | |
| | STAGE SOUND EQUIPMENT | 1 | $ 27,350.00 | $ 27,350.00 | 13,675.00 |
| | STEREO EQUIPMENT | 1 | $ 6,500.00 | $ 6,500.00 | 3,250.00 |
| | TV'S | 14 | $ 417.22 | $ 5,841.08 | 2,920.54 |
| | | | | | |
| | **BAR EQUIPMENT** | | | | |
| | BAR WALK-IN COOLER | | $ 12,475.00 | $ - | $ - |
| | TOP LOAD 2 DOOR | | $ 1,669.00 | $ - | $ - |
| | TOP LOAD 3 DOOR | | $ 1,999.00 | $ - | $ - |
| | FRONT LOAD 2 DOOR | | $ 1,789.00 | $ - | $ - |
| | FRONT LOAD 3 DOOR | | $ 2,349.00 | $ - | $ - |
| | MUG CHILLER SINGLE | | $ 1,289.00 | $ - | $ - |
| | MUG CHILLER DOUBLE | 1 | $ 3,471.00 | $ 3,471.00 | 1,735.50 |
| | S/S BOTTLE WELL RACKS | 1 | $ 435.00 | $ 435.00 | 217.50 |
| | S/S ICE BINS | | $ 494.10 | $ - | $ - |
| | S/S GLASS RACK HOLDERS | | $ 494.00 | $ - | $ - |
| | | | | | |
| | **KITCHEN** | | | | |
| | EPOXY WIRE SHELVING W/ POSTS IN KITCHEN | 2 | $ 365.00 | $ 730.00 | 365.00 |
| | PREP WORK TABLE 30 X 96 INCH | | $ 1,730.00 | $ - | $ - |
| | PREP WORK TABLE 30 X 84 INCH | | $ 1,487.00 | $ - | $ - |
| | PREP WORK TABLE 30 X 72 INCH | | $ 1,137.15 | $ - | $ - |
| | PREP WORK TABLE 30 X 48 INCH | 2 | $ 988.65 | $ 1,977.30 | 988.65 |
| | PREP WORK TABLE 30 X 36 INCH | 1 | $ 435.60 | $ 435.60 | 217.80 |
| | PREP WORK TABLE 24 X 24 INCH | 1 | $ 375.13 | $ 375.13 | 187.57 |
| | S/S 3-COMPARTMENT SINK W/ DRAINBOARDS | | $ 3,966.00 | $ - | $ - |
| | S/S WALL SHELF 48" x 16" | | $ 285.00 | $ - | $ - |
| | S/S WALL SHELF, 18" X 48" | | $ 315.00 | $ - | $ - |
| | S/S WALL SHELF, 12" X 72" | | $ 423.00 | $ - | $ - |
| | S/S WALL SHELF, 12" X 60" | | $ 373.16 | $ - | $ - |
| | POT RACK | | $ 563.00 | $ - | $ - |
| | BREAD / BUN RACKS | | $ 175.33 | $ - | $ - |
| | | | | | |
| | WALK-IN COOLER BOX W/ LIGHTS | | $ 50,471.00 | $ - | $ - |
| | WALK-IN FREEZER BOX W/ LIGHTS | | | $ - | $ - |
| | EPOXY WIRE SHELVING W/ POSTS IN COOLER | | $ 365.00 | $ - | $ - |
| | DUNNAGE RACK | | $ 85.00 | $ - | $ - |
| | | | | | |
| | UPRIGHT COOLERS SINGLE DOOR | 1 | $ 2,499.00 | $ 2,499.00 | 1,249.50 |
| | UPRIGHT COOLER DBL DOOR | | $ 3,699.00 | $ - | $ - |
| | UPRIGHT FREEZER SINGLE DOOR | | $ 2,687.15 | $ - | $ - |
| | SMALL CHEST FREEZER | | $ 200.00 | $ - | $ - |
| | | | | | |
| | 28" REFRIGERATED LINE COOLER | | $ 2,032.00 | $ - | $ - |
| | 36" REFRIGERATED LINE COOLER | | $ 2,040.99 | $ - | $ - |

| Item | Qty | Price | | | |
|---|---|---|---|---|---|
| 48" REFRIGERATED PREP TABLE | 1 | $ | 2,192.00 | $ | 2,192.00 | $ | 1,096.00 |
| 60" REFRIGERATED PREP TABLE | | $ | 2,615.17 | $ | - | $ | - |
| 36" LINE FREEZER | | $ | 2,233.41 | $ | - | $ | - |
| 48" LINE FREEZER | | $ | 2,551.16 | $ | - | $ | - |
| RED BULL COOLERS | | $ | 125.00 | $ | - | $ | - |
| | | | | | | | |
| 4 BURNER STOVE / OVEN | | $ | 1,449.18 | $ | - | $ | - |
| 4 BURNER STOVE | | $ | 1,169.00 | $ | - | $ | - |
| 4 BURNER EQUIPMENT STAND | | $ | 325.00 | $ | - | $ | - |
| BLODGETT OVEN | | $ | 15,557.31 | $ | - | $ | - |
| CONVEYOR OVEN | | $ | 35,450.00 | $ | - | $ | - |
| CHEESEMELTER | | $ | 2,350.66 | $ | - | $ | - |
| S/S MICROWAVE SHELF, 24" W | | $ | 447.22 | $ | - | $ | - |
| MICROWAVE | | $ | 135.17 | $ | - | $ | - |
| | | | | | | | |
| FLAT TOP GRILL | | $ | 2,149.33 | $ | - | $ | - |
| FLAT TOP GRILL 72" | | $ | 3,155.23 | $ | - | $ | - |
| COOLER UNDER GRILL 72 inch | | $ | 7,561.00 | $ | - | $ | - |
| 36" CHARBROILER | | $ | 1,135.66 | $ | - | $ | - |
| 72" REFRIGERATED EQUIPMENT STAND | | $ | 2,699.33 | $ | - | $ | - |
| 72" NON REFRIGERATED EQUIPMENT STAND | | $ | 2,361.55 | $ | - | $ | - |
| GAS FRYERS | | $ | 2,775.18 | $ | - | $ | - |
| TIMER | 1 | $ | 135.17 | $ | 135.17 | $ | 67.59 |
| SHORTENING CADDY | | $ | 857.45 | $ | - | $ | - |
| | | | | | | | |
| HEATED HOLDING CABINET VERTICAL | | $ | 2,699.33 | $ | - | $ | - |
| HEATED HOLDING / COOLER COMBO | | $ | 7,615.22 | $ | - | $ | - |
| 4 WELL HEATED STEAM TABLE | | $ | 1,909.55 | $ | - | $ | - |
| DRAWER WARMER | | $ | 1,317.22 | $ | - | $ | - |
| FOOD PAN WARMER | | $ | 209.00 | $ | - | $ | - |
| 2ND WINDOW HEATER | | $ | 3,500.00 | $ | - | $ | - |
| | | | | | | | |
| SAUCE TABLE | | $ | 4,035.61 | $ | - | $ | - |
| COUNTER TOP FRENCH FRY WARMER | | $ | 1,337.00 | $ | - | $ | - |
| FRENCH FRY WARMER | | $ | 583.00 | $ | - | $ | - |
| | | | | | | | |
| COOKLINE EXHAUST HOOD | | $ | 28,247.99 | $ | - | $ | - |
| FIRE SYSTEM | | $ | 6,542.11 | $ | - | $ | - |
| EXHAUST HOOD FAN | | $ | 8,765.00 | $ | - | $ | - |
| | | | | | | | |
| ICE BIN | | $ | 4,400.00 | $ | - | $ | - |
| ICE MACHINE | | $ | 11,995.00 | $ | - | $ | - |
| WATER FILTRATION | | $ | 840.00 | $ | - | $ | - |
| | | | | | | | |
| SMALLWARES | 1 | $ | 17,566.44 | $ | 17,566.44 | $ | 8,783.22 |
| | | | | | | | |
| SAFE | 1 | $ | 500.00 | $ | 500.00 | $ | 250.00 |
| ARTWORK | 0.25 | $ | 12,000.00 | $ | 3,000.00 | $ | 1,500.00 |
| OFFICE COMPUTER / PRINTE / MONITOR | 1 | $ | 550.00 | $ | 550.00 | $ | 275.00 |
| OFFICE FURNITURE | | $ | 650.00 | $ | - | $ | - |
| FILE CABINET | 1 | $ | 75.00 | $ | 75.00 | $ | 37.50 |
| | | | | | | | |
| | | | | $ | 73,632.72 | $ | 36,816.36 |

## Savannah Wild Wing Café Equipment Inventory
## Public Storage Unit L 48
## Charlotte NC, 28273

| Description | Quantity | New Purchase Cost | Total | Current 50% Value |
|---|---|---|---|---|
| **DINING ROOM** | | | | |
| DINING ROOM TABLES 2 TOP & Base | 8 | $ 310.00 | $ 2,480.00 | $ 1,240.00 |
| DINING ROOM TABLES 4 TOP & BASE | | $ 427.88 | $ - | $ - |
| DINING ROOM TABLES 6 TOP & BASE | 11 | $ 845.16 | $ 9,296.76 | $ 4,648.38 |
| DINING ROOM TABLE ROUND & BASE | 6 | $ 635.19 | $ 3,811.14 | $ 1,905.57 |
| DINING ROOM BOOTHS 4 TOP | 6 | $ 864.98 | $ 5,189.88 | $ 2,594.94 |
| DINING ROOM BOOTHS 6 TOP | 3 | $ 667.89 | $ 2,003.67 | $ 1,001.84 |
| DINING ROOM CORNER BOOTHS | | $ 2,759.18 | $ - | $ - |
| MAHOGGANY DINING ROOM CHAIRS | 33 | $ 79.99 | $ 2,639.67 | $ 1,319.84 |
| BLACK METAL DINING ROOM CHAIRS | | $ 49.99 | $ - | $ - |
| MAHOGGANY WOOD BARSTOOLS | 27 | $ 119.99 | $ 3,239.73 | $ 1,619.87 |
| BLACK METAL BARSTOOLS | | $ 89.18 | $ - | $ - |
| HIGH TOP TABLES | | $ 481.33 | $ - | $ - |
| CUSTOM WING BAR | | $ 9,723.15 | $ - | $ - |
| | | | | |
| PATIO TABLES | 10 | $ 481.66 | $ 4,816.60 | $ 2,408.30 |
| PATIO CHAIRS | 66 | $ 217.00 | $ 14,322.00 | $ 7,161.00 |
| ANIRONDACK CHAIRS | | $ 402.77 | $ - | $ - |
| FIRE PITS | | $ 335.00 | $ - | $ - |
| UMBRELLAS | 10 | $ 410.00 | $ 4,100.00 | $ 2,050.00 |
| ROPE & STANTIONS | 24 | $ 56.33 | $ 1,351.92 | $ 675.96 |
| UMBRELLAS | 10 | $ 410.00 | $ 4,100.00 | $ 2,050.00 |
| UMBRELLAS | 10 | $ 410.00 | $ 4,100.00 | $ 2,050.00 |
| | | | | $ - |
| STAGE SOUND EQUIPMENT | 1 | $ 27,350.00 | $ 27,350.00 | $ 13,675.00 |
| STEREO EQUIPMENT | 1 | $ 6,500.00 | $ 6,500.00 | $ 3,250.00 |
| TV'S | 10 | $ 417.22 | $ 4,172.20 | $ 2,086.10 |
| | | | | |
| **BAR EQUIPMENT** | | | | |
| BAR WALK-IN COOLER | | $ 12,475.00 | $ - | $ - |
| TOP LOAD 2 DOOR | | $ 1,669.00 | $ - | $ - |
| TOP LOAD 3 DOOR | 1 | $ 1,999.00 | $ 1,999.00 | $ 999.50 |
| FRONT LOAD 2 DOOR | 1 | $ 1,789.00 | $ 1,789.00 | $ 894.50 |
| FRONT LOAD 3 DOOR | | $ 2,349.00 | $ - | $ - |
| MUG CHILLER SINGLE | | $ 1,289.00 | $ - | $ - |
| MUG CHILLER DOUBLE | 1 | $ 3,471.00 | $ 3,471.00 | $ 1,735.50 |
| S/S BOTTLE WELL RACKS | 1 | $ 435.00 | $ 435.00 | $ 217.50 |
| S/S ICE BINS | 1 | $ 494.10 | $ 494.10 | $ 247.05 |
| S/S GLASS RACK HOLDERS | 1 | $ 494.00 | $ 494.00 | $ 247.00 |
| | | | | |
| **KITCHEN** | | | | |
| EPOXY WIRE SHELVING W/ POSTS IN KITCHEN | 10 | $ 365.00 | $ 3,650.00 | $ 1,825.00 |
| PREP WORK TABLE 30 X 96 INCH | | $ 1,730.00 | $ - | $ - |
| PREP WORK TABLE 30 X 84 INCH | 1 | $ 1,487.00 | $ 1,487.00 | $ 743.50 |
| PREP WORK TABLE 30 X 72 INCH | 1 | $ 1,137.15 | $ 1,137.15 | $ 568.58 |
| PREP WORK TABLE 30 X 48 INCH | 1 | $ 988.65 | $ 988.65 | $ 494.33 |
| PREP WORK TABLE 30 X 36 INCH | 1 | $ 435.60 | $ 435.60 | $ 217.80 |
| PREP WORK TABLE 24 X 24 INCH | 1 | $ 375.13 | $ 375.13 | $ 187.57 |
| S/S 3-COMPARTMENT SINK W/ DRAINBOARDS | | $ 3,966.00 | $ - | $ - |
| S/S WALL SHELF 48" x 16" | 1 | $ 285.00 | $ 285.00 | $ 142.50 |
| S/S WALL SHELF, 18" X 48" | 1 | $ 315.00 | $ 315.00 | $ 157.50 |
| S/S WALL SHELF, 12" X 72" | | $ 423.00 | $ - | $ - |
| S/S WALL SHELF, 12" X 60" | | $ 373.16 | $ - | $ - |
| POT RACK | | $ 563.00 | $ - | $ - |
| BREAD / BUN RACKS | 2 | $ 175.33 | $ 350.66 | $ 175.33 |
| | | | | |
| WALK-IN COOLER BOX W/ LIGHTS | | $ 50,471.00 | $ - | $ - |
| WALK-IN FREEZER BOX W/ LIGHTS | | | $ - | $ - |
| EPOXY WIRE SHELVING W/ POSTS IN COOLER | | $ 365.00 | $ - | $ - |
| DUNNAGE RACK | | $ 85.00 | $ - | $ - |
| | | | | |
| UPRIGHT COOLERS SINGLE DOOR | 2 | $ 2,499.00 | $ 4,998.00 | $ 2,499.00 |
| UPRIGHT COOLER DBL DOOR | 1 | $ 3,699.00 | $ 3,699.00 | $ 1,849.50 |
| UPRIGHT FREEZER SINGLE DOOR | 1 | $ 2,687.15 | $ 2,687.15 | $ 1,343.58 |
| SMALL CHEST FREEZER | 1 | $ 200.00 | $ 200.00 | $ 100.00 |

| Item | Qty | | | |
|---|---|---|---|---|
| 28" REFRIGERATED LINE COOLER | | $ 2,032.00 | $ - | $ - |
| 36" REFRIGERATED LINE COOLER | 1 | $ 2,040.99 | $ 2,040.99 | $ 1,020.50 |
| 48" REFRIGERATED PREP TABLE | 1 | $ 2,192.00 | $ 2,192.00 | $ 1,096.00 |
| 60" REFRIGERATED PREP TABLE | 1 | $ 2,615.17 | $ 2,615.17 | $ 1,307.59 |
| 36" LINE FREEZER | | $ 2,233.41 | $ - | $ - |
| 48" LINE FREEZER | | $ 2,551.16 | $ - | $ - |
| RED BULL COOLERS | 2 | $ 125.00 | $ 250.00 | $ 125.00 |
| | | | | $ - |
| 4 BURNER STOVE / OVEN | | $ 1,449.18 | $ - | $ - |
| 4 BURNER STOVE | | $ 1,169.00 | $ - | $ - |
| 4 BURNER EQUIPMENT STAND | | $ 325.00 | $ - | $ - |
| BLODGETT OVEN | | $ 15,557.31 | $ - | $ - |
| CONVEYOR OVEN | | $ 35,450.00 | $ - | $ - |
| CHEESEMELTER | | $ 2,350.66 | $ - | $ - |
| S/S MICROWAVE SHELF, 24" W | 1 | $ 447.22 | $ 447.22 | $ 223.61 |
| MICROWAVE | 1 | $ 135.17 | $ 135.17 | $ 67.59 |
| | | | | |
| FLAT TOP GRILL | 1 | $ 2,149.33 | $ 2,149.33 | $ 1,074.67 |
| FLAT TOP GRILL 72" | | $ 3,155.23 | $ - | $ - |
| 36" CHARBROILER | | $ 1,135.66 | $ - | $ - |
| 72" REFRIGERATED EQUIPMENT STAND | | $ 7,561.00 | $ - | $ - |
| 72" NON REFRIGERATED EQUIPMENT STAND | | $ 2,361.55 | $ - | $ - |
| GAS FRYERS | 3 | $ 2,775.18 | $ 8,325.54 | $ 4,162.77 |
| TIMER | 2 | $ 135.17 | $ 270.34 | $ 135.17 |
| SHORTENING CADDY | 1 | $ 857.45 | $ 857.45 | $ 428.73 |
| | | | | |
| HEATED HOLDING CABINET VERTICAL | 1 | $ 2,699.33 | $ 2,699.33 | $ 1,349.67 |
| HEATED HOLDING / COOLER COMBO | | $ 7,615.22 | $ - | $ - |
| 4 WELL HEATED STEAM TABLE | 1 | $ 1,909.55 | $ 1,909.55 | $ 954.78 |
| DRAWER WARMER | 1 | $ 1,317.22 | $ 1,317.22 | $ 658.61 |
| FOOD PAN WARMER | 1 | $ 209.00 | $ 209.00 | $ 104.50 |
| 2ND WINDOW HEATER | 1 | $ 3,500.00 | $ 3,500.00 | $ 1,750.00 |
| | | | | |
| SAUCE TABLE | 1 | $ 4,035.61 | $ 4,035.61 | $ 2,017.81 |
| COUNTER TOP FRENCH FRY WARMER | 1 | $ 1,337.00 | $ 1,337.00 | $ 668.50 |
| FRENCH FRY WARMER | 1 | $ 583.00 | $ 583.00 | $ 291.50 |
| | | | | |
| COOKLINE EXHAUST HOOD | | $ 28,247.99 | $ - | $ - |
| FIRE SYSTEM | | $ 6,542.11 | $ - | $ - |
| EXHAUST HOOD FAN | | $ 8,765.00 | $ - | $ - |
| | | | $ - | $ - |
| ICE BIN | | $ 4,400.00 | $ - | $ - |
| ICE MACHINE | | $ 11,995.00 | $ - | $ - |
| WATER FILTRATION | | $ 840.00 | $ - | $ - |
| | | | | |
| SMALLWARES | 3 | $ 17,566.44 | 52,699.32 | 26,349.66 |
| | | | | |
| ARTWORK | 3 | $ 1,200.00 | $ 3,600.00 | $ 1,800.00 |
| BAND MARQUEE | 1 | $ 5,400.00 | $ 5,400.00 | $ 2,700.00 |
| EXTENSION LADDERS | 2 | $ 300.00 | $ 600.00 | $ 300.00 |
| PIANO | 1 | $ 200.00 | $ 200.00 | $ 100.00 |
| POWER WASHERS | 2 | $ 199.00 | $ 398.00 | $ 199.00 |
| MISCELLANEOUS TOOLS | 1 | $ 300.00 | $ 300.00 | $ 150.00 |
| | | | | |
| OFFICE COMPUTER / PRINTE / MONITOR | | $ 550.00 | $ - | $ - |
| OFFICE FURNITURE | | $ 650.00 | $ - | $ - |
| FILE CABINET | 2 | $ 75.00 | $ 150.00 | $ 75.00 |
| | | | | |
| | | | $ 165,533.88 | $ 82,766.94 |

# Raleigh / Wilmington Wild Wing Café Equipment Inventory
# Public Storage 6441 Westgate Rd Unit # 723, # 725, # 731
# Raleigh, NC 27617

| Description | Quantity | New Purchase Cost | Total | Current 50% Value |
|---|---|---|---|---|
| **DINING ROOM** | | | | |
| DINING ROOM TABLES 4 TOP | | $ 427.88 | $ - | $ - |
| DINING ROOM TABLES 8 TOP | 3 | $ 936.22 | $ 2,808.66 | $ 1,404.33 |
| DINING ROOM TABLE ROUND | | $ 635.19 | $ - | $ - |
| DINING ROOM BOOTHS 4 TOP | 6 | $ 864.98 | $ 5,189.88 | $ 2,594.94 |
| DINING ROOM BOOTHS 6 TOP | 3 | $ 667.89 | $ 2,003.67 | $ 1,001.84 |
| DINING ROOM CORNER BOOTHS | 2 | $ 2,759.18 | $ 5,518.36 | $ 2,759.18 |
| MAHOGANY DINING ROOM CHAIRS | 76 | $ 79.99 | $ 6,079.24 | $ 3,039.62 |
| BLACK METAL DINING ROOM CHAIRS | | $ 49.99 | $ - | $ - |
| MAHOGGANY WOOD BARSTOOLS | 81 | $ 119.99 | $ 9,719.19 | $ 4,859.60 |
| BLACK METAL BARSTOOLS | | $ 89.18 | $ - | $ - |
| HIGH TOP TABLES | 13 | $ 481.33 | $ 6,257.29 | $ 3,128.65 |
| CUSTOM WING BAR | | $ 9,723.15 | $ - | $ - |
| | | | | |
| PATIO TABLES | | $ 481.66 | $ - | $ - |
| PATIO CHAIRS | | $ 217.00 | $ - | $ - |
| ANIRONDACK CHAIRS | | $ 402.77 | $ - | $ - |
| FIRE PITS | 1 | $ 335.00 | $ 335.00 | $ 167.50 |
| | | | | |
| STAGE SOUND EQUIPMENT | 1 | $ 27,350.00 | $ 27,350.00 | $ 13,675.00 |
| STEREO EQUIPMENT | 1 | $ 6,500.00 | $ 6,500.00 | $ 3,250.00 |
| TV'S | 12 | $ 417.22 | $ 5,006.64 | $ 2,503.32 |
| | | | | |
| **BAR EQUIPMENT** | | | | |
| BAR WALK-IN COOLER | | $ 12,475.00 | $ - | $ - |
| TOP LOAD 2 DOOR | | $ 1,669.00 | $ - | $ - |
| TOP LOAD 3 DOOR | | $ 1,999.00 | $ - | $ - |
| FRONT LOAD 2 DOOR | | $ 1,789.00 | $ - | $ - |
| FRONT LOAD 3 DOOR | | $ 2,349.00 | $ - | $ - |
| MUG CHILLER SINGLE | | $ 1,289.00 | $ - | $ - |
| MUG CHILLER DOUBLE | | $ 3,471.00 | $ - | $ - |
| S/S BOTTLE WELL RACKS | 1 | $ 435.00 | $ 435.00 | $ 217.50 |
| S/S ICE BINS | 1 | $ 494.10 | $ 494.10 | $ 247.05 |
| S/S GLASS RACK HOLDERS | 1 | $ 494.00 | $ 494.00 | $ 247.00 |
| | | | | |
| **KITCHEN** | | | | |
| EPOXY WIRE SHELVING W/ POSTS IN KITCHEN | 9 | $ 365.00 | $ 3,285.00 | $ 1,642.50 |
| PREP WORK TABLE 30 X 96 INCH | 2 | $ 1,730.00 | $ 3,460.00 | $ 1,730.00 |
| PREP WORK TABLE 30 X 84 INCH | 1 | $ 1,487.00 | $ 1,487.00 | $ 743.50 |
| PREP WORK TABLE 30 X 72 INCH | 1 | $ 1,137.15 | $ 1,137.15 | $ 568.58 |
| PREP WORK TABLE 30 X 48 INCH | 2 | $ 988.65 | $ 1,977.30 | $ 988.65 |
| PREP WORK TABLE 30 X 36 INCH | 1 | $ 932.40 | $ 932.40 | $ 466.20 |
| S/S 3-COMPARTMENT SINK W/ DRAINBOARDS | | $ 3,966.00 | $ - | $ - |
| S/S WALL SHELF 48" x 16" | | $ 285.00 | $ - | $ - |
| S/S WALL SHELF, 18" X 48" | | $ 315.00 | $ - | $ - |
| S/S WALL SHELF, 12" X 72" | | $ 423.00 | $ - | $ - |
| S/S WALL SHELF, 12" X 60" | | $ 373.16 | $ - | $ - |
| POT RACK | 1 | $ 563.00 | $ 563.00 | $ 281.50 |
| BREAD / BUN RACKS | 1 | $ 175.33 | $ 175.33 | $ 87.67 |
| | | | | |
| WALK-IN COOLER BOX W/ LIGHTS | | $ 50,471.00 | $ - | $ - |
| WALK-IN FREEZER BOX W/ LIGHTS | | | $ - | $ - |
| EPOXY WIRE SHELVING W/ POSTS IN COOLER | 8 | $ 365.00 | $ 2,920.00 | $ 1,460.00 |
| DUNNAGE RACK | 6 | $ 85.00 | $ 510.00 | $ 255.00 |
| | | | | |
| UPRIGHT COOLERS SINGLE DOOR | 1 | $ 2,499.00 | $ 2,499.00 | $ 1,249.50 |
| UPRIGHT COOLER DBL DOOR | | $ 3,699.00 | $ - | $ - |
| UPRIGHT FREEZER SINGLE DOOR | 1 | $ 2,687.15 | $ 2,687.15 | $ 1,343.58 |
| | | | | |
| 28" REFRIGERATED LINE COOLER | | $ 2,032.00 | $ - | $ - |
| 36" REFRIGERATED LINE COOLER | | $ 2,040.99 | $ - | $ - |
| 48" REFRIGERATED PREP TABLE | 2 | $ 2,192.00 | $ 4,384.00 | $ 2,192.00 |
| 60" REFRIGERATED PREP TABLE | | $ 2,615.17 | $ - | $ - |
| 36" LINE FREEZER | | $ 2,233.41 | $ - | $ - |
| 48" LINE FREEZER | | $ 2,551.16 | $ - | $ - |
| | | | | |
| 6 BURNER STOVE / OVEN | 1 | $ 1,449.18 | $ 1,449.18 | $ 724.59 |

| Item | Qty | Price | | |
|---|---|---|---|---|
| 4 BURNER STOVE | | $ 1,169.00 | $ - | $ - |
| 4 BURNER EQUIPMENT STAND | | $ 325.00 | $ - | $ - |
| TURBOFAN | 1 | $ 10,871.33 | $ 10,871.33 | $ 5,435.67 |
| CONVEYOR OVEN | 1 | $ 35,450.00 | $ 35,450.00 | $ 17,725.00 |
| CHEESEMELTER | | $ 2,350.66 | $ - | $ - |
| S/S MICROWAVE SHELF, 24" W | | $ 447.22 | $ - | $ - |
| MICROWAVE | 2 | $ 135.17 | $ 270.34 | $ 135.17 |
| | | | | |
| FLAT TOP GRILL | | $ 2,149.33 | $ - | $ - |
| FLAT TOP GRILL 72" | | $ 3,155.23 | $ - | $ - |
| 36" CHARBROILER | | $ 1,135.66 | $ - | $ - |
| 72" REFRIGERATED EQUIPMENT STAND | 1 | $ 7,561.00 | $ 7,561.00 | $ 3,780.50 |
| 72" NON REFRIGERATED EQUIPMENT STAND | | $ 2,361.55 | $ - | $ - |
| GAS FRYERS | | $ 2,775.18 | $ - | $ - |
| TIMER | 2 | $ 135.17 | $ 270.34 | $ 135.17 |
| SHORTENING CADDY | | $ 857.45 | $ - | $ - |
| | | | | |
| HEATED HOLDING CABINET VERTICAL | | $ 2,699.33 | $ - | $ - |
| HEATED HOLDING / COOLER COMBO | | $ 7,615.22 | $ - | $ - |
| 4 WELL HEATED STEAM TABLE | | $ 1,909.55 | $ - | $ - |
| DRAWER WARMER | | $ 1,317.22 | $ - | $ - |
| FOOD PAN WARMER | 2 | $ 209.00 | $ 418.00 | $ 209.00 |
| | | | | |
| SAUCE TABLE | 1 | $ 4,035.61 | $ 4,035.61 | $ 2,017.81 |
| COUNTER TOP FRENCH FRY WARMER | | $ 1,337.00 | $ - | $ - |
| FRENCH FRY WARMER | | $ 583.00 | $ - | $ - |
| | | | | |
| COOKLINE EXHAUST HOOD | | $ 28,247.99 | $ - | $ - |
| FIRE SYSTEM | | $ 6,542.11 | $ - | $ - |
| EXHAUST HOOD FAN | | $ 8,765.00 | $ - | $ - |
| | | | $ - | |
| ICE BIN | | $ 4,400.00 | $ - | $ - |
| ICE MACHINE | | $ 11,995.00 | $ - | $ - |
| WATER FILTRATION | | $ 840.00 | $ - | $ - |
| | | | | |
| SMALLWARES | 1 | $ 17,566.44 | $ 17,566.44 | $ 8,783.22 |
| | | | | |
| ARTWORK | 1 | $ 500.00 | $ 500.00 | $ 250.00 |
| OFFICE COMPUTER / PRINTER/ MONITOR | 1 | $ 550.00 | $ 550.00 | $ 275.00 |
| OFFICE FURNITURE | | $ 650.00 | $ - | $ - |
| FILE CABINET | 1 | $ 75.00 | $ 75.00 | $ 37.50 |
| SAFE | 1 | $ 850.00 | $ 850.00 | $ 425.00 |
| | | | | |
| | | | $ 146,164.31 | $ 73,082.16 |

# Rock Hill Wild Wing Café Equipment Inventory
# Public Storage Unit # I 54 / 9400 S Tryon
# Extra Space Storage Unit # 115 & Unit # 613
# 10140 S Tryon both Charlotte NC, 28273

| Description | Quantity | New Purchase Cost | Total | Current 50% Value |
|---|---|---|---|---|
| **DINING ROOM** | | | | |
| DINING ROOM TABLES 4 TOP | 12 | $ 427.88 | $ 5,134.56 | $ 2,567.28 |
| DINING ROOM TABLES 6 TOP | 2 | $ 845.16 | $ 1,690.32 | $ 845.16 |
| DINING ROOM TABLE ROUND | 2 | $ 635.19 | $ 1,270.38 | $ 635.19 |
| DINING ROOM BOOTHS 4 TOP | | $ 864.98 | $ - | $ - |
| DINING ROOM BOOTHS 6 TOP | | $ 667.89 | $ - | $ - |
| DINING ROOM CORNER BOOTHS | | $ 2,759.18 | $ - | $ - |
| MAHOGANY DINING ROOM CHAIRS | | $ 79.99 | $ - | $ - |
| BLACK METAL DINING ROOM CHAIRS | 40 | $ 49.99 | $ 1,999.60 | $ 999.80 |
| MAHOGGANY WOOD BARSTOOLS | | $ 119.99 | $ - | $ - |
| BLACK METAL BARSTOOLS | 66 | $ 89.18 | $ 5,885.88 | $ 2,942.94 |
| HIGH TOP TABLES | 5 | $ 481.33 | $ 2,406.65 | $ 1,203.33 |
| CUSTOM WING BAR | | $ 9,723.15 | $ - | $ - |
| | | | | |
| PATIO TABLES | 1 | $ 481.66 | $ 481.66 | $ 240.83 |
| PATIO CHAIRS | | $ 217.00 | $ - | $ - |
| ANIRONDACK CHAIRS | 5 | $ 402.77 | $ 2,013.85 | $ 1,006.93 |
| FIRE PITS | | $ 335.00 | $ - | $ - |
| UMBRELLAS | 4 | $ 410.00 | $ 1,640.00 | $ 820.00 |
| | | | | |
| STAGE SOUND EQUIPMENT | 0.5 | $ 27,350.00 | $ 13,675.00 | $ 6,837.50 |
| STEREO EQUIPMENT | 1 | $ 6,500.00 | $ 6,500.00 | $ 3,250.00 |
| TV'S | 17 | $ 417.22 | $ 7,092.74 | $ 3,546.37 |
| | | | | |
| **BAR EQUIPMENT** | | | | |
| BAR WALK-IN COOLER | | $ 12,475.00 | $ - | $ - |
| TOP LOAD 2 DOOR | 1 | $ 1,669.00 | $ 1,669.00 | $ 834.50 |
| TOP LOAD 3 DOOR | 1 | $ 1,999.00 | $ 1,999.00 | $ 999.50 |
| FRONT LOAD 2 DOOR | | $ 1,789.00 | $ - | $ - |
| FRONT LOAD 3 DOOR | | $ 2,349.00 | $ - | $ - |
| MUG CHILLER SINGLE | 1 | $ 1,289.00 | $ 1,289.00 | $ 644.50 |
| MUG CHILLER DOUBLE | | $ 3,471.00 | $ - | $ - |
| S/S BOTTLE WELL RACKS | 1 | $ 435.00 | $ 435.00 | $ 217.50 |
| S/S ICE BINS | 1 | $ 494.10 | $ 494.10 | $ 247.05 |
| S/S GLASS RACK HOLDERS | 1 | $ 494.00 | $ 494.00 | $ 247.00 |
| | | | | |
| **KITCHEN** | | | | |
| EPOXY WIRE SHELVING W/ POSTS IN KITCHEN | 10 | $ 365.00 | $ 3,650.00 | $ 1,825.00 |
| PREP WORK TABLE 30 X 96 INCH | 1 | $ 1,730.00 | $ 1,730.00 | $ 865.00 |
| PREP WORK TABLE 30 X 84 INCH | 1 | $ 1,487.00 | $ 1,487.00 | $ 743.50 |
| PREP WORK TABLE 30 X 72 INCH | 2 | $ 1,137.15 | $ 2,274.30 | $ 1,137.15 |
| PREP WORK TABLE 30 X 48 INCH | 2 | $ 988.65 | $ 1,977.30 | $ 988.65 |
| PREP WORK TABLE 30 X 36 INCH | 2 | $ 932.40 | $ 1,864.80 | $ 932.40 |
| S/S 3-COMPARTMENT SINK W/ DRAINBOARDS | | $ 3,966.00 | $ - | $ - |
| S/S WALL SHELF 48" x 16" | | $ 285.00 | $ - | $ - |
| S/S WALL SHELF, 18" X 48" | | $ 315.00 | $ - | $ - |
| S/S WALL SHELF, 12" X 72" | 2 | $ 423.00 | $ 846.00 | $ 423.00 |
| S/S WALL SHELF, 12" X 60" | | $ 373.16 | $ - | $ - |
| POT RACK | 1 | $ 563.00 | $ 563.00 | $ 281.50 |
| BREAD / BUN RACKS | 2 | $ 175.33 | $ 350.66 | $ 175.33 |
| | | | | |
| WALK-IN COOLER BOX W/ LIGHTS | | $ 50,471.00 | $ - | $ - |
| WALK-IN FREEZER BOX W/ LIGHTS | | | $ - | $ - |
| EPOXY WIRE SHELVING W/ POSTS IN COOLER | 4 | $ 365.00 | $ 1,460.00 | $ 730.00 |
| DUNNAGE RACK | 4 | $ 85.00 | $ 340.00 | $ 170.00 |
| | | | $ | |
| UPRIGHT COOLERS SINGLE DOOR | 1 | $ 2,499.00 | $ 2,499.00 | $ 1,249.50 |
| UPRIGHT COOLER DBL DOOR | 1 | $ 3,699.00 | $ 3,699.00 | $ 1,849.50 |
| UPRIGHT FREEZER SINGLE DOOR | 1 | $ 2,687.15 | $ 2,687.15 | $ 1,343.58 |
| | | | | |
| 28" REFRIGERATED LINE COOLER | | $ 2,032.00 | $ - | $ - |
| 36" REFRIGERATED LINE COOLER | 1 | $ 2,040.99 | $ 2,040.99 | $ 1,020.50 |
| 48" REFRIGERATED PREP TABLE | 1 | $ 2,192.00 | $ 2,192.00 | $ 1,096.00 |
| 60" REFRIGERATED PREP TABLE | 2 | $ 2,615.17 | $ 5,230.34 | $ 2,615.17 |
| 36" LINE FREEZER | | $ 2,233.41 | $ - | $ - |

| Item | Qty | | | | |
|---|---|---|---|---|---|
| 48" LINE FREEZER | | $ | 2,551.16 | $ | - | $ | - |
| | | | | $ | - |
| 4 BURNER STOVE / OVEN | | $ | 1,449.18 | $ | - | $ | - |
| 4 BURNER STOVE | 1 | $ | 1,169.00 | $ | 1,169.00 | 584.50 |
| 4 BURNER EQUIPMENT STAND | 1 | $ | 325.00 | $ | 325.00 | 162.50 |
| BLODGETT OVEN | | $ | 15,557.31 | $ | - | - |
| CONVEYOR OVEN | 1 | $ | 35,450.00 | $ | 35,450.00 | 17,725.00 |
| GRILL CONVEYOR OVEN | 1 | $ | 8,500.00 | $ | 8,500.00 | 4,250.00 |
| CHEESEMELTER | | $ | 2,350.66 | $ | - | - |
| S/S MICROWAVE SHELF, 24" W | | $ | 447.22 | $ | - | $ | - |
| MICROWAVE | 1 | $ | 135.17 | $ | 135.17 | $ | 67.59 |
| | | | | | |
| FLAT TOP GRILL | | $ | 2,149.33 | $ | - | $ | - |
| FLAT TOP GRILL 72" | | $ | 3,155.23 | $ | - | $ | - |
| 36" CHARBROILER | | $ | 1,135.66 | $ | - | $ | - |
| 72" REFRIGERATED EQUIPMENT STAND | | $ | 7,561.00 | $ | - | $ | - |
| 72" NON REFRIGERATED EQUIPMENT STAND | | $ | 2,361.55 | $ | - | $ | - |
| GAS FRYERS | 6 | $ | 2,775.18 | $ | 16,651.08 | 8,325.54 |
| TIMER | | $ | 135.17 | $ | - | $ | - |
| SHORTENING CADDY | 1 | $ | 857.45 | $ | 857.45 | 428.73 |
| | | | | | |
| HEATED HOLDING CABINET VERTICAL | | $ | 2,699.33 | $ | - | $ | - |
| HEATED HOLDING / COOLER COMBO | | $ | 7,615.22 | $ | - | $ | - |
| 4 WELL HEATED STEAM TABLE | 1 | $ | 1,909.55 | $ | 1,909.55 | $ | 954.78 |
| DRAWER WARMER | | $ | 1,317.22 | $ | - | $ | - |
| FOOD PAN WARMER | | $ | 209.00 | $ | - | $ | - |
| | | | | | |
| SAUCE TABLE | 1 | $ | 4,035.61 | $ | 4,035.61 | 2,017.81 |
| COUNTER TOP FRENCH FRY WARMER | 1 | $ | 1,337.00 | $ | 1,337.00 | 668.50 |
| FRENCH FRY WARMER | 1 | $ | 583.00 | $ | 583.00 | 291.50 |
| | | | | | |
| COOKLINE EXHAUST HOOD | | $ | 28,247.99 | $ | - | $ | - |
| FIRE SYSTEM | | $ | 6,542.11 | $ | - | $ | - |
| EXHAUST HOOD FAN | | $ | 8,765.00 | $ | - | $ | - |
| | | | | | |
| ICE BIN | | $ | 4,400.00 | $ | - | $ | - |
| ICE MACHINE | | $ | 11,995.00 | $ | - | $ | - |
| WATER FILTRATION | | $ | 840.00 | $ | - | $ | - |
| | | | | | |
| SMALLWARES | 1 | $ | 17,566.44 | $ | 17,566.44 | 8,783.22 |
| | | | | | |
| | | | | | |
| OFFICE COMPUTER / PRINTE / MONITOR | 1 | $ | 550.00 | $ | 550.00 | 275.00 |
| OFFICE FURNITURE | | $ | 650.00 | $ | - | $ | - |
| FILE CABINET | 2 | $ | 75.00 | $ | 150.00 | 75.00 |
| | | | | | |
| | | | | $ | 159,398.68 | $ | 79,699.34 |

**Fill in this information to identify the case:**

Debtor name    **Aetius Restaurant Holdings, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-30474**

☑ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Aiken County Treasurer**<br>**PO Box 919**<br>**Aiken, SC 29802** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,783.98** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Anderson County Treasurer**<br>**PO Box 1658**<br>**Anderson, SC 29622** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$54,921.77** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$199,565.97** | **Unknown** |
|---|---|---|---|---|
| | **Beaufort County Treasurer's Office**<br>**PO BOX 105176, Drawer 1228**<br>**Atlanta, GA 30348-5176** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$27,759.10** | **Unknown** |
|---|---|---|---|---|
| | **Charleston County Revenue**<br>**Collections**<br>**4045 Bridge View Drive, #B110**<br>**North Charleston, SC 29405** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,844.83** | **Unknown** |
|---|---|---|---|---|
| | **City of Aiken**<br>**PO Box 2458**<br>**Aiken, SC 29802** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31,590.58** | **Unknown** |
|---|---|---|---|---|
| | **City of Columbia**<br>**Business License Division**<br>**PO Box 7997**<br>**Columbia, SC 29201** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | | Case number (if known) | **23-30474** |
|---|---|---|---|---|
| | Name | | | |

---

**2.7** Priority creditor's name and mailing address

**City of Greenville**
**Business License-Revenue**
**Department**
**PO Box 2207**
**Greenville, SC 29601**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$43,046.29**    **Unknown**

---

**2.8** Priority creditor's name and mailing address

**City of Raleigh**
**PO BOX 71081**
**Charlotte, NC 28272-1081**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$13,018.67**    **Unknown**

---

**2.9** Priority creditor's name and mailing address

**City of Savannah**
**PO Box 1027**
**2 East Bay Street**
**Savannah, GA 31401**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$71,340.55**    **Unknown**

---

**2.10** Priority creditor's name and mailing address

**City of Wilmington**
**PO Box 81010**
**Wilmington, NC 28402**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$265.00**    **Unknown**

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,488.70 | Unknown |
|---|---|---|---|---|

**City-County Tax Collector**
**PO Box 32728**
**Charlotte, NC 28232-2728**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,470.68 | Unknown |
|---|---|---|---|---|

**Dekalb County Tax Commissioner**
**PO Box 100004**
**Decatur, GA 30031-7004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,957.88 | Unknown |
|---|---|---|---|---|

**Duval County Tax Collector**
**PO Box 44009**
**Jacksonville, FL 32231-4009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,905.90 | Unknown |
|---|---|---|---|---|

**FL Department of Revenue**
**P.O. Box 7443**
**Tallahassee, FL 32314-7443**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | | Case number (if known) | **23-30474** |
|---|---|---|---|---|
| | Name | | | |

**2.15** | Priority creditor's name and mailing address
**Gaston County Tax Office**
**128 W. Main Ave.**
**Gastonia, NC 28052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,025.99** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address
**Georgia Department of Revenue**
**Taxpayer Services Division**
**PO BOX 105499**
**Atlanta, GA 30348-5499**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$53,336.12** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address
**Greenville County Tax Collector**
**301 University Ridge, Ste 700**
**Greenville, SC 29601-3659**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$45,501.01** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 9941**
**STOP 5500**
**Ogden, UT 84409**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$261,793.48** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Aetius Restaurant Holdings, LLC** | | Case number (if known) | **23-30474** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,448.04 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Lexington County Treasurer's Office**
**212 S Lake Dr**
**Lexington, SC 29072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,448.04**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Priority creditor's name and mailing address
**Mecklenburg County Tax Collector**
**PO Box 71063**
**Charlotte, NC 28272-1063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,034.76**   **Unknown**

2.20

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Priority creditor's name and mailing address
**NC Department of Revenue**
**PO Box 25000**
**Raleigh, NC 27640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$280,133.02**   **Unknown**

2.21

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Priority creditor's name and mailing address
**New Hanover County Tax Office**
**PO Box 18000**
**Wilmington, NC 28406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,624.27**   **Unknown**

2.22

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,381.58** | **Unknown** |
|---|---|---|---|---|

**Richland County Taxes**
**PO Box 11947**
**Columbia, SC 29211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29,918.60** | **Unknown** |
|---|---|---|---|---|

**Richland County Treasurer**
**PO Box 11947**
**Columbia, SC 29211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$222,666.65** | **Unknown** |
|---|---|---|---|---|

**SC Department of Revenue**
**ATTN: ACS COLLECTIONS**
**300A Outlet Pointe Blvd.**
**Columbia, SC 29210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31,578.90** | **Unknown** |
|---|---|---|---|---|

**Spartanburg County Tax Collector**
**PO Box 3060**
**Spartanburg, SC 29304-3060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,670.00 | Unknown |
|---|---|---|---|---|

**United States Treasury**
**Internal Revenue Service**
**PO Box 267, Stop 812**
**Covington, KY 41019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,711.58 | Unknown |
|---|---|---|---|---|

**Wake County Revenue Department**
**Prepared Food and Beverage**
**Division**
**PO Box 2719**
**Raleigh, NC 27602-2719**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $910.00 |
|---|---|---|---|

**1 Call Plumbing, Inc.**
**7407 Reedy Creek Rd**
**Charlotte, NC 28215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,640.00 |
|---|---|---|---|

**1188 Centre HPR**
**C/O IMC Resort Services Inc**
**PO Box 95187**
**Las Vegas, NV 89133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.29 |
|---|---|---|---|

**485 MEDIA, LLC**
**10612 D Providence Rd # 716**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number *(if known)* | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,769.59** |
|---|---|---|---|

**A & A Refrigeration LLC**
**110 Cherry Hill Avenue**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**A Perfect Pressure Cleaning, Inc.**
**Pedro Abdiel Diaz, Registered Agent**
**217 DAVENTON RD**
**Pelzer, SC 29669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,585.38** |
|---|---|---|---|

**A S Private Security LLC**
**17 Beacon Lane**
**Port Wentworth, GA 31407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AARK Hospitality TK, Inc.**
**6 Red Gravel Circle**
**Sicklerville, NJ 08081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**ACR Master Locksmith LLC**
**7804 Fairview Road, #342**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,038.80** |
|---|---|---|---|

**Action Graphics and SIgns Inc**
**112 Wayne Avenue**
**Chesapeake, VA 23320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,744.87** |
|---|---|---|---|

**ADP SCREENING & SELECTION SERVICES**
**301 Remington Street**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (*if known*) | **23-30474** |

Name

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,810.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**ADP, Inc.**
**One ADP Boulevard**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,124.19 |

**Advanced Disposal**
**PO Box 74008047**
**Chicago, IL 60674-8047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |

**Agency Zero LLC**
**24657 Foothills Drive N**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,565.94 |

**Airgas National Carbonation**
**3101 Stafford Dr**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,242.59 |

**AIRGAS USA,LLC**
**PO Box 9249**
**Marietta, GA 30065-2249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $843.00 |

**Alarm, Fire & Security, LLC**
**PO Box 2072**
**Hilton Head Island, SC 29910-2072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,603.11 |

**Alcohol Beverage Logistical Service, LLC**
**2822 Liatris Lane**
**Charlotte, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | | Case number (if known)  **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,951.83** |
|---|---|---|---|

**Altus Receivables Management**
**2121 Airline Dr, Suite 250**
**Metairie, LA 70001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,776.05** |
|---|---|---|---|

**Ambos Seafoods LLC**
**PO Box 15242**
**Savannah, GA 31401**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**America's Favorite Wing Caf**
**c/o Kim and Lahey Law Firm LLC**
**3620 Pelham Road, PMB #213**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,940.00** |
|---|---|---|---|

**American Express**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,150.00** |
|---|---|---|---|

**Andrea Campoli**
**Rocket Entertainment & Music Booking**
**7267 Sandy Creek Drive**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,756.92** |
|---|---|---|---|

**ARC NWNCHSC0001 LLC**
**c/o Corportion Service Company**
**508 Meeting Street**
**West Columbia, SC 29169**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,784.42** |
|---|---|---|---|

**Armstrong Transfer & Storage Co Inc**
**4400 Westinghouse Blvd**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,477.00 |
|---|---|---|---|

**ARS Rescue Rooter**
**2548 Oscar Johnson Drive**
**N. Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,045.53 |
|---|---|---|---|

**ASC LLC**
**8151 Webbs Road**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,208.28 |
|---|---|---|---|

**ASCAP**
**Attn: Account Services**
**PO BOX 331608**
**Nashville, TN 37203-7515**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.72 |
|---|---|---|---|

**AT&T**
**PO Box 105262**
**Atlanta, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.13 |
|---|---|---|---|

**ATIS Elevator Inspections LLC**
**PO Box 790379**
**St. Louis, MO 63179-0379**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,115.00 |
|---|---|---|---|

**Authentic Elite Power Wash**
**2631 Rufus Ratchford Rd**
**Gastonia, NC 28056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,109.42 |
|---|---|---|---|

**AW Billing Services LLC**
**4431 North Dixie Highway**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$255.00**

**BACKFLOW PREVENTION**
PO Box 667
McDonough, GA 30253

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$931.50**

**Barmalade LLC**
190 E. Stacy Road Suite 306
Allen, TX 75002

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,707.30**

**BCBS Management Inc**
Supporting Strategies Charlotte
2405 Gateway Ln
Lincolnton, NC 28092

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,735.00**

**BCN Telecom Inc**
PO Box 842840
Boston, MA 02284

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,617.44**

**BEAT THE HEAT**
7912 OLDE POND RD
Wilmington, NC 28411

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,525.00**

**Beaufort Design Build LLC**
2 Fire Station Lane
Seabrook, SC 29940

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,616.13**

**BeerBoard**
US Beverage Net, Inc.
225 W Jefferson St
Syracuse, NY 13202

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|

Name

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,001.85**

**Belmont Fire & Safety Products, LLC**
**PO Box 928**
**Belmont, NC 28012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,038.00**

**Best There Is/Scot Mann**
**1274 Old Kimbill Trail**
**Aiken, SC 29805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$543.25**

**Beverage Control Inc**
**5215 South Royal Atlanta Drive**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,720.00**

**Bigart Ecosystems LLC (Wisetail)**
**5301 Riata Park Court F**
**Austin, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,505.69**

**BJWSA**
**PO Box 602919**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,800.00**

**Black Box Intelligence**
**c/o TDn2K, LLC**
**14785 Preston Rd #290**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$290.00**

**Blair Elementary PTA**
**6510 Market Street**
**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,071.86** |
|---|---|---|---|

**Blanchard Refrigeration Contractors Inc**
**DBA Rich's Heating & Air Conditioning**
**109 W Church Street**
**Rose Hill, NC 28458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$678.29** |
|---|---|---|---|

**Blossman Gas & Appliance**
**6109 Wilkinson Blvd**
**Belmont, NC 28012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,955.00** |
|---|---|---|---|

**BLUFFTON ELECTRIC**
**266 RED CEDAR STREET**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128,362.85** |
|---|---|---|---|

**BMI - Broadcast Music Inc**
**7 World Trade Center**
**250 Greenwich Street**
**New York, NY 10007-0030**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,605.00** |
|---|---|---|---|

**Bonnie Hutchison**
**Tri-State Plumbing & Electrical**
**505 Poinsett Hwy**
**Greenville, SC 29609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Brian Peck**
**18 Gladesworth Dr**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Brian Watts**
**9109 Marion Oaks Dr**
**Charlotte, NC 28215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,017.19** |
|---|---|---|---|

**Brier Creek LP**
**Attn: Craig Farkas**
**1900 Avenue of the Stars, Suite 2400**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,843.80** |
|---|---|---|---|

**Brinks Incorporated**
**7373 Solutions CTR.**
**Chicago, IL 60677-7003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Brooke R. Ashman**
**615 Red Cross St**
**Apt A**
**Wilmington, NC 28401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Butch Johnston**
**1041 Willow Grove Ln**
**York, SC 29745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$256.50** |
|---|---|---|---|

**C.E. Holt Refrigeration**
**3316 Gibbon Rd**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,082.70** |
|---|---|---|---|

**Cape Fear Commercial**
**102 Autumn Hall Drive Suite 210**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,330.89** |
|---|---|---|---|

**Cape Fear Public Utility Authority**
**235 Government Center Drive**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,538.00 |
|---|---|---|---|

**Capital Waste Services**
**PO Box 148**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,780.14 |
|---|---|---|---|

**Capitol Coffee Systems**
**1113 Capital Blvd**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,531.00 |
|---|---|---|---|

**Card Marketing Services  llc**
**2026 Johnson Industrial Blvd**
**Nolensville, TN 37135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,061.51 |
|---|---|---|---|

**Cardlytics**
**75 Remittance Drive Dept 3247**
**Chicago, IL 60675-3247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Carlos Odell Scott**
**2812 College Farm Rd**
**Mooresboro, NC 28114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |
|---|---|---|---|

**Carolina Hotwash**
**PO Box 81001**
**Charleston, SC 29416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,840.03 |
|---|---|---|---|

**CBG Draft Services NC LLC**
**1720 Toal St**
**Charlotte, NC 28206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aetius Restaurant Holdings, LLC | Case number (if known) | 23-30474 |
|---|---|---|---|
| | Name | | |

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,794.93 |
|---|---|---|
| **CC Landfall LLC**<br>**1111 Metropolitan Avenue**<br>**Suite 700**<br>**Charlotte, NC 28204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,936.36 |
|---|---|---|
| **Charleston Water Systems**<br>**PO Box 568**<br>**Charleston, SC 29402-0568** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,600.00 |
|---|---|---|
| **Charlotte Alarm**<br>**PO Box 602486**<br>**Charlotte, NC 28260-2486** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,943.87 |
|---|---|---|
| **Charlotte IT Solutions**<br>**PO Box 31066**<br>**Charlotte, NC 28231-1066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|
| **Charlotte Knights**<br>**324 S. MINT STREET**<br>**Charlotte, NC 28202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.67 |
|---|---|---|
| **Charter Communications**<br>**PO Box 6030**<br>**Carol Stream, IL 60197-6030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|
| **Chatham County Health Department**<br>**PO Box 14257**<br>**Savannah, GA 31416** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (*if known*) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,368.00**

CHATMETER INC
PO BOX 675307
Detroit, MI 48267-5307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$699.87**

Christine Harder
201 Lakeshore Drive
Gaffney, SC 29341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00**

Christopher Baxter
PO Box 872
Lowell, NC 28098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$536.25**

Chuck Eaton Photographers
210 Park Square Place
Matthews, NC 28105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$747,714.71**

CIGNA HealthCare
5476 Collections Center Dr
Chicago, IL 60693-0547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,135.54**

Cintas Corporation
6800 Cintas Blvd
Cincinnati, OH 45262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Cintas Corporation No. 2
PO Box 21029
Winston Salem, NC 27120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.81** | **Nonpriority creditor's name and mailing address**
**Cintas Fire 636525**
PO Box 636525
Cincinnati, OH 45263-6525

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,024.06**

---

**3.82** | **Nonpriority creditor's name and mailing address**
**City Electric Supply Co**
PO Box 131811
Dallas, TX 75313-1811

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16,401.81**

---

**3.83** | **Nonpriority creditor's name and mailing address**
**City of Charlotte (Water)**
Billing Center
PO Box 1316
Charlotte, NC 28201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,075.84**

---

**3.84** | **Nonpriority creditor's name and mailing address**
**City of Dunwoody**
4800 Ashford Dunwoody Road
Atlanta, GA 30338

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$544.05**

---

**3.85** | **Nonpriority creditor's name and mailing address**
**City of Gastonia**
Utilities PO Box 580068
Charlotte, NC 28258-0068

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,713.93**

---

**3.86** | **Nonpriority creditor's name and mailing address**
**City of Rock Hill-Utilities**
PO Box 63039
Charlotte, NC 28263-3039

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13,763.66**

---

**3.87** | **Nonpriority creditor's name and mailing address**
**City Wide Exterminating**
907 West Main Street
Locust, NC 28097

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$230.00**

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,337.95 |
|---|---|---|---|

**Classic Vinyl Repair Inc.**
419 N. College Rd.
Wilmington, NC 28405

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,350.00 |
|---|---|---|---|

**CLEAN FLO SEWER AND DRAIN**
100 CONSTRUCTION WAY
Unit 7
Anderson, SC 29625

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,981.92 |
|---|---|---|---|

**Coastal Empire Fire & Security Corp**
2431 Habersham St.
Savannah, GA 31401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.46 |
|---|---|---|---|

**Coca-Cola North America**
PO Box 102703
Atlanta, GA 30368-2703

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,985.42 |
|---|---|---|---|

**Comcast Cable**
PO Box 71211
Charlotte, NC 73736-7728

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,330.00 |
|---|---|---|---|

**COMMERCIAL DOOR WORX INC**
227 W 4th St
Charlotte, NC 28202

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $329.54 |
|---|---|---|---|

**Commercial Refrigeration Company INC**
1133 Commercial Ave
Charlotte, NC 28205

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,291.27** |
|---|---|---|---|

**Compeat Restaurant Mgmt Systems Corp**
**11500 Alterra Parkway, Ste 130**
**Austin, TX 75758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,313.63** |
|---|---|---|---|

**Complete Pymt Recovery**
**PO BOX 30184**
**Tampa, FL 33630-3184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,871.16** |
|---|---|---|---|

**Comporium**
**PO Box 1042**
**Rock Hill, SC 29731-7042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,169.30** |
|---|---|---|---|

**Corley Plumbing Air Electric**
**8501 Pelham Road.**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,808.03** |
|---|---|---|---|

**Corporate Pride LLC**
**1809 E Broadway St**
**Oviedo, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,777.50** |
|---|---|---|---|

**Corporate Services Consultants, LLC**
**PO BOX 1048**
**Dandridge, TN 37725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,119.05** |
|---|---|---|---|

**Courtyard By Marriot Atlanta McDonough**
**115 Mill Road**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$371.50** |
|---|---|---|---|
| | **Cozzini Bros., Inc.**<br>**350 Howard Ave.**<br>**Des Plaines, IL 60018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,146.13** |
|---|---|---|---|
| | **CPI Security Systems Inc.**<br>**4200 Sandy Porter Road**<br>**Charlotte, NC 28273** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **CSC Global**<br>**PO BOX 7410023**<br>**Chicago, IL 60674-5023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,888.43** |
|---|---|---|---|
| | **CT Corporation**<br>**PO Box 4349**<br>**Carol Stream, IL 60197-4349** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$732.90** |
|---|---|---|---|
| | **DALE HARRIS GASKET GUY**<br>**1608 N. WOODSTREAM RD**<br>**Columbia, SC 29212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|
| | **Dallas R. Courtney Jr.**<br>**1218 13th Ave. NE**<br>**Hickory, NC 28601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|
| | **DAVID JENNINGS**<br>**4107 Kettering Dr**<br>**Durham, NC 27713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,534.00** |
|---|---|---|---|

**David Matthew Vaine**
**14 Carmel Dr**
**Statesboro, GA 30458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,867.71** |
|---|---|---|---|

**De Lage Landen Financial Services Inc**
**PO BOX 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,121.71** |
|---|---|---|---|

**Deerwood Park North Owners Association**
**c/o Gerald Dake & Associates**
**13617 Atlantic Blvd**
**Jacksonville, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$759.00** |
|---|---|---|---|

**Dekalb Enviromental Health**
**445 Winn Way, Suite 320**
**Decatur, GA 30030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$736.25** |
|---|---|---|---|

**Demitri's Gourmet Mixes Inc**
**PO Box 84123**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Department of the Navy**
**9053 First St, Suite 100**
**Norfolk, VA 23511-3605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217.50** |
|---|---|---|---|

**DESOTO PROPERTIES, LLC**
**400 Mall Blvd, Suite M**
**Savannah, GA 31406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$540.70**

**Destini Brown**
**330 Gatesbrook Dr**
**Blythewood, SC 29016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00**

**Devin Anthony Greenhill**
**104 Teal Ct**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$164.59**

**Devon Kendall**
**265 Legacy Dr**
**Youngsville, NC 27596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,810.38**

**Dhanraj N Emanuel**
**8 Dundas Circle Suite F**
**Greensboro, NC 27407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,732.25**

**Dilworth Paxson LLP**
**1500 Market St.**
**Suite 3500E**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,197.50**

**Direct Connect Plumbing LLC**
**4363 Shallowford Industrial Pkwy Ste A**
**Marietta, GA 30066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$368,230.03**

**Direct TV**
**PO Box 105249**
**Atlanta, GA 30348-5249**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (*if known*) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $903.20 |
|---|---|---|---|

**Dixie Lock & Safe of Aiken**
**1006 Owens St**
**Aiken, SC 29803**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,627.94 |
|---|---|---|---|

**Dominion Energy**
**PO Box 100255**
**Columbia, SC 29202**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.92 |
|---|---|---|---|

**DOOR MEDIC**
**PO BOX 1642**
**Belmont, NC 28012**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $312.80 |
|---|---|---|---|

**DOVE ELECTRICAL SERVICES INC.**
**PO BOX 19424**
**Charlotte, NC 28219-9424**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,224.48 |
|---|---|---|---|

**Drury Inn & Suites CLT Arrowood**
**8925 Red Oak Blvd**
**Charlotte, NC 28217**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Duane L. Huffman**
**c/o William Walker**
**212 North Laura Street**
**Jacksonville, FL 32202**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,320.80 |
|---|---|---|---|

**Dumpster Depot**
**262 Eastgate Drive, Suite 336**
**Aiken, SC 29803**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.130** Nonpriority creditor's name and mailing address

**East Coast Solutions LLC**
**18357 Seven Creeks Highway**
**Tabor City, NC 28463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$353.04**

---

**3.131** Nonpriority creditor's name and mailing address

**Ecolab Ecosure**
**26397 Network Place**
**Chicago, IL 60673-1263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,630.07**

---

**3.132** Nonpriority creditor's name and mailing address

**Ecolab Pest Elimination Inc.**
**26252 Network Place**
**Chicago, IL 60673-1262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,276.86**

---

**3.133** Nonpriority creditor's name and mailing address

**Ecolab, Inc.**
**PO Box 32027**
**New York, NY 10087-2027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,068.29**

---

**3.134** Nonpriority creditor's name and mailing address

**Edge Air Conditioning Corp**
**PO Box 80**
**Pooler, GA 31322**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,629.32**

---

**3.135** Nonpriority creditor's name and mailing address

**EEC Acquisition LLC**
**Smart Care Equipment Solutions**
**PO Box 74008980**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,289.77**

---

**3.136** Nonpriority creditor's name and mailing address

**Emma Bolen**
**902 JASMINE COVE CIRCLE**
**Simpsonville, SC 29680**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$432.40**

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,845.00** |
|---|---|---|---|

**Environmental Remedies LLC**
**452 Sawtell Ave SE**
**Atlanta, GA 30315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Eplee & Associates Directories LLC**
**PO BOX 27045**
**Greenville, SC 29616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,166.68** |
|---|---|---|---|

**eSite Analytics Inc.**
**528 Johnnie Dodds Blvd, Suite 201**
**Mt Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,092.97** |
|---|---|---|---|

**Factory Cleaning Equipment Inc**
**1578 Beverly Court Ste A**
**Aurora, IL 60502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$690.00** |
|---|---|---|---|

**FAST LOCKSMITH CHARLESTON**
**215 Promenade Vista Street #3056**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,597.28** |
|---|---|---|---|

**Fintech**
**7702 WOODLAND CENTER BLVD**
**STE. 50**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,602.38** |
|---|---|---|---|

**Fire Tech of the Lowcountry, LLC**
**Thomas Fabian Cambron Jr**
**23 Martinggale W**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,501.20**

**FIRST STOP HEALTH, LLC**
**233 NORTH MICHIGAN AVE, UNIT 1400**
**Chicago, IL 60601**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,204.00**

**FIS Global / WorldPay**
**347 Riverside Avenue**
**Jacksonville, FL 32202**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,361.00**

**Fish Window Cleaning**
**2735 Old Atlanta Rd, Ste E**
**PO BOX 171**
**Griffin, GA 30223**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,781.40**

**FLAME ON COOL OFF (FOCO), LLC**
**PO BOX 25854**
**Raleigh, NC 27611-5854**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,545.85**

**Flour-Town Holdings LLC**
**92 Chadwick Street**
**Charleston, SC 29407**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00**

**FOH AND BOH INC**
**3802 Woodmont Ln**
**Nashville, TN 37215**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,632.00**

**Freedom Plumbing INC**
**5569 Platt Springs Rd**
**Lexington, SC 29073**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$837.71** |

**Frontline Insurance**
**PO Box 958405**
**Lake Mary, FL 32795-8405**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$540.00** |

**Fusion Systems LLC**
**119 N MARKLEY ST**
**Greenville, SC 29601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,280.00** |

**FuturePlan by Ascensus**
**200 Dryden Road, Suite 4000**
**Dresher, PA 19025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,575.00** |

**GALVEZ PAINTING AND REMODELING LLC**
**98 UNION CEMETERY RD**
**Hilton Head, SC 29926**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$282.86** |

**GAR Products**
**430 Oberlin Ave. S.**
**Lakewood, NJ 08701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |

**Garrett Huffman**
**2525 Cypress Oak Ln**
**Gastonia, NC 28056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,618.80** |

**Gars Incorporated**
**50 Grayson Industrial Pkwy**
**Grayson, GA 30017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | | Case number (if known) | **23-30474** |
|---|---|---|---|---|

Name

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,832.59** |
|---|---|---|---|

**Gas South**
**PO BOX 530552**
**Atlanta, GA 30353-0552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,269.06** |
|---|---|---|---|

**Gasket Guy of Charlotte (S-Corp)**
**10106 Sardis Oaks Rd**
**Charlotte, NC 28270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,175.48** |
|---|---|---|---|

**Genovese Joblove & Battista**
**100 Southeast Second St 44th Floor**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Georgia Air & Refrigeration, Inc.**
**c/o Andrew J. Becker**
**5775 North Point Pkwy., Ste. 284**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,074.16** |
|---|---|---|---|

**Georgia Power**
**96 Annex**
**Atlanta, GA 30396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,285.11** |
|---|---|---|---|

**GFL Enviromental Corp**
**PO Box 791519**
**Baltimore, MD 21279-1519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,778.00** |
|---|---|---|---|

**Google**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,500.29 |

**Great America Financial Services Corp**
**PO Box 660831**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,142.17 |

**GREATER CHARLOTTE REFRGERATION**
**6120-J Brookshire Blvd.**
**Charlotte, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.00 |

**Greater Columbia Chamber of Commerce**
**1225 Lady Street, Suite 100**
**Columbia, SC 29201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,735.54 |

**Greenville Water Systems**
**PO Box 687**
**Greenville, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,650.00 |

**Groove Town Assault**
**53 Wax Myrtle Court**
**Hilton Head Island, SC 29926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $783.26 |

**GRP City Market LLC**
**198 East Bay St.**
**Suite 300**
**Charleston, SC 29401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |

**Hall Electrical Contractor LLC**
**524 Pennwood Dr.**
**Spartanburg, SC 29306-4252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,553.44**

**Hargray Telephone**
**PO Box 100116**
**Columbia, SC 29202-3116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Henry County Chamber of Commerce**
**1709 Highway 20 West**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Henry County Health Department**
**137 Henry Parkway**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,419.99**

**HIGHSMITH CONSTRUCTION INC.**
**4 EXECUTIVE PARK ROAD**
**Hilton Head Island, SC 29928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,417.23**

**Hilton Garden-Rock Hill**
**650 Tinsley Way**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$657.09**

**HLS Precision Welding**
**2818 Pervis Rd**
**Durham, NC 27704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,422.19**

**Home2 Suites Atlanta South McDonough**
**60 Mill Road**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (*if known*) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,310.76** |
|---|---|---|---|

**Homewood Suites - Greenville SC**
**102 Carolina Point Parkway**
**Greenville, SC 29607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,621.14** |
|---|---|---|---|

**HonorBuilt LLC**
**2010 Avalon Parkway,  Suite 400**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,514.06** |
|---|---|---|---|

**Hoodz of The Triangle**
**5817 Triangle Drive**
**Suite 101**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,868.21** |
|---|---|---|---|

**hrEDGE CONSULTING**
**702 LAFAYETTE BLVD**
**Oldsmar, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,440.00** |
|---|---|---|---|

**iHeartMedia**
**PO Box 406372**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,805.87** |
|---|---|---|---|

**Impact Fire Services**
**340 Crompton St.**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Impact Fire Services**
**PO Box 1307**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | | Case number (if known) | **23-30474** |
|---|---|---|---|---|
| | Name | | | |

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|
| | **InMoment Inc.**<br>**950 East Paces Ferry Road NE**<br>**Suite 2250**<br>**Atlanta, GA 30326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,030.00** |
|---|---|---|---|
| | **Innovate Mobile LLC**<br>**2175 Cumbre Pl**<br>**El Cajon, CA 92020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,420.00** |
|---|---|---|---|
| | **Innovation & Design in Architecture**<br>**115 Pine Ave.**<br>**Suite 250**<br>**Long Beach, CA 90802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Innovation & Design in Architecture**<br>**1712 Euclid Avenue**<br>**Charlotte, NC 28203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|
| | **Integrated Technology Concepts, LLC**<br>**164 Market St Ste 245**<br>**Charleston, SC 29401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,930.00** |
|---|---|---|---|
| | **Integration Network LLC**<br>**PO Box 668**<br>**Chandler, AZ 85244** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,541.00** |
|---|---|---|---|
| | **Intracoastal Fire Protection, Inc.**<br>**22 Holland Drive**<br>**Castle Hayne, NC 28429-5912** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Aetius Restaurant Holdings, LLC** | | Case number (if known) | **23-30474** |
|---|---|---|---|---|
| | Name | | | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Island Pest Control, Inc.**
**142 Island Dr.**
**Hilton Head Island, SC 29926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.23 |
|---|---|---|---|

**ITW Food Equipment Group LLC**
**Hobart Services**
**PO BOX 2517**
**Carol Stream, IL 60132-2517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,587.43 |
|---|---|---|---|

**J.E. S. Equipment Sales & Service**
**19 Midway Dr.**
**Abbeville, SC 29620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,185.64 |
|---|---|---|---|

**JAC Services LLC**
**107 Elks Lodge Lane**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.52 |
|---|---|---|---|

**Jacob Bornman**
**213 Circle Drive, Lot 6**
**Pendleton, SC 29670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,750.00 |
|---|---|---|---|

**James M. Brannigan**
**8305 Bailey Mill Rd**
**Gainesville, GA 30506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,391.99 |
|---|---|---|---|

**James Reeves**
**3003 Starboard Dr**
**Augusta, GA 30909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.200** | **Nonpriority creditor's name and mailing address**
**Jason S Valakis**
**2309 Kings Gate Ln**
**Mount Pleasant, SC 29466**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.201** | **Nonpriority creditor's name and mailing address**
**Jay A. Hansel**
**Advanced Leather Care**
**308 Dogwood Ln**
**Lillington, NC 27546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$14,150.00**

---

**3.202** | **Nonpriority creditor's name and mailing address**
**JEA**
**PO BOX 45047**
**Jacksonville, FL 32232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$27,433.22**

---

**3.203** | **Nonpriority creditor's name and mailing address**
**Jenna Collins**
**1056 GLEN LAUREL DRIVE**
**Fort Mill, SC 29707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,701.79**

---

**3.204** | **Nonpriority creditor's name and mailing address**
**Jennifer Johnston**
**11036 Avalon Ridge Way**
**Winter Garden, FL 34787**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$93.36**

---

**3.205** | **Nonpriority creditor's name and mailing address**
**JEREMY BRYANT MODZELEWSKI**
**7 CHINABERRY CIRCLE**
**HILTON HEAD ISLAND, SC 29926**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,345.00**

---

**3.206** | **Nonpriority creditor's name and mailing address**
**Jeremy Johnson**
**115 Williams Rd**
**Thomaston, GA 30286**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

**3.207**

Nonpriority creditor's name and mailing address

**Joelle Milligan**
**309 Huntsman Dr**
**Goose Creek, SC 29445**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$402.23**

---

**3.208**

Nonpriority creditor's name and mailing address

**Jordan Olshansky, Inc**
**38 Westgate Way**
**San Anselmo, CA 94960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.209**

Nonpriority creditor's name and mailing address

**Joshua Bowers**
**103 Genoa Ct**
**Greenville, SC 29611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.210**

Nonpriority creditor's name and mailing address

**Just Let Me Do It Commercial Services**
**803 Hillcrest St**
**Kannapolis, NC 28083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$36,302.34**

---

**3.211**

Nonpriority creditor's name and mailing address

**JW Shirtworks, LLC**
**1816 Belgrade Ave.**
**Suite D**
**Charleston, SC 29407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,683.02**

---

**3.212**

Nonpriority creditor's name and mailing address

**JW's Precision Lawn Care, LLC**
**220 Edna Ruth Lane**
**McDonough, GA 30253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.213**

Nonpriority creditor's name and mailing address

**Ken Hutchins**
**2217 Matthews Township Parkway**
**Suite D-179**
**Matthews, NC 28105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$376.63**

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number *(if known)* | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**Kenneth Lee George**
**136 Keeper Lane**
**Aiken, SC 29803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Kenneth Wareham**
**3 White Hall Ct**
**Hilton Head Island, SC 29928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.00**

**KEY FIRE PROTECTION ENTERPRISES, LLC**
**3200 MIKE PADGETT HWY**
**Augusta, GA 30906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,831.00**

**KeyBank Real Estate Capital**
**895 Central Ave, Suite 600**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$488.40**

**Kimball's Plumbing Heating Elec & AC LLC**
**1205 Pine Drive NW**
**Aiken, SC 29801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,637.33**

**KMT Systems Inc.**
**2004 Henry Parkway Connector**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00**

**Lawn Lovers LLC**
**144 Kentucky Derby Dr**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number *(if known)* | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Lee Brown**
**2311A Lumina Avenue North**
**Wrightsville Beach, NC 28480**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$257,711.00** |
|---|---|---|---|

**Lexington Insurance Company**
**99 High Street**
**Boston, MA 02110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,544.40** |
|---|---|---|---|

**Life Insurance Company of North America**
**PO Box 782447**
**Philadelphia, PA 19178-2447**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,752.00** |
|---|---|---|---|

**Lockton Companies**
**3280 Peachtree Road NE, Suite 250**
**Atlanta, GA 30305**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Loud Music Company, LLC**
**5500 Market St**
**Unit 140-B**
**Wilmington, NC 28403**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,819.15** |
|---|---|---|---|

**Lowcountry Audio**
**945 Habersham Rd**
**Midway, GA 31320**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**M & D Pressure Washing**
**409 Elm Ave**
**Anderson, SC 29625**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$284.75** |
|---|---|---|---|

**MadPark Designs**
**3809 Beam Road, Suite G**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,461.31** |
|---|---|---|---|

**Magnolia Park Greenville LLC**
**20 South Clark Street, Suite 3000**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,641.93** |
|---|---|---|---|

**Main Street Development II, LLC**
**189 S Converse St**
**Spartanburg, SC 29306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111.49** |
|---|---|---|---|

**Marlin Business Bank**
**2795 E Cottonwood Parkway Suite 120**
**PO Box 13604**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,588.00** |
|---|---|---|---|

**Marsh Bissell Patrick II LLC**
**C/O Northwood Office LLC**
**11605 N. Community House Rd, Suite 600**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,458.51** |
|---|---|---|---|

**Martintown Landco LLC**
**c/o Chelsea Waddell, RA**
**336 Georgia Avenue, Suite 106 #102**
**North Augusta, SC 29841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Mary Catherine Strickland**
**4101 Senegal Ct**
**North Charleston, SC 29420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,879.10** |
|---|---|---|---|

**Mastercard Corp**
**2000 Purchase Street**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$831.19** |
|---|---|---|---|

**Matt Shaver**
**Southern Solutions**
**7500 Babe Stillwell Farm Rd**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.03** |
|---|---|---|---|

**Matthew Christian**
**2741 Jobee Dr**
**APT 3066**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,150.81** |
|---|---|---|---|

**Meetze Plumbing Company Inc**
**10009 Broad River Road**
**Irmo, SC 29063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,450.94** |
|---|---|---|---|

**Melissa Johnson**
**313 MOSES RHYNE DR**
**Mt Holly, NC 28120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,069.07** |
|---|---|---|---|

**MENUWORKS.COM**
**8 SUNBELT BUSINESS PARK DRIVE**
**Greer, SC 29650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,164.18** |
|---|---|---|---|

**Meridian Intelligent Systems**
**483 Commerce Park Dr. SE**
**Suite A**
**Marietta, GA 30060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 42 of 68

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,728.88**

**Meridian Waste**
**PO Box 580231**
**Charlotte, NC 28258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,571.50**

**METROGREENSCAPE INC**
**3026 Stewart Creek Blvd**
**Charlotte, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,275.25**

**Micah Bacon**
**116 SNEAD ROAD**
**Fort Mill, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$760.43**

**Michael & Sons Services**
**140 Dupree St.**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00**

**Michael Ponder**
**5 Beau Ct**
**Beaufort, SC 29907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$509.41**

**Michael T Amburgey - ExpReimb**
**1012 Council Fire Circle**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,975.36**

**Microsoft 365**
**One Microsoft Way**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $82,994.64 |
|---|---|---|---|

**MIMEO.COM,INC.**
**PO BOX 654018**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,884.05 |
|---|---|---|---|

**Modern Plumbing Co.of Charlotte Inc.**
**513 Woodlawn St**
**Mount Holly, NC 28120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $29,413.68 |
|---|---|---|---|

**MomentFeed UB Inc.**
**c/o Uberall, Inc.**
**600 California St**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $807.40 |
|---|---|---|---|

**Mowry Electric Inc**
**9347 Kent Ave**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,088.94 |
|---|---|---|---|

**MR. ROOTER**
**PO BOX 369**
**Oak Island, NC 28465-6853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,738.07 |
|---|---|---|---|

**Mr. Rooter Plumbing**
**3330 Marathon Ct, Ste B**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,737.80 |
|---|---|---|---|

**Mr. Rooter Plumbing of Greenville**
**1341 Rutherford Road**
**Greenville, SC 29609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Multi Unit Analytics, LLC**
**679 Fraser St SE**
**Atlanta, GA 30315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,487.00 |
|---|---|---|---|

**Music Will (fka Little Kids Rock Inc.)**
**PO Box 43369**
**Montclair NJ 07043, NJ 07043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,855.00 |
|---|---|---|---|

**My Jacksonville Landscaper**
**1719 Penman Rd**
**Jacksonville Beach, FL 32250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nateara Glover**
**1237 Sumner Ave, Unit D11**
**29406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.70 |
|---|---|---|---|

**NC Department of Labor**
**Budget and Management Division**
**1101 Mail Service Center**
**Raleigh, NC 27699-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.50 |
|---|---|---|---|

**NC Labor Law Poster Service**
**4501 New Bern Ave, Suite 130**
**Raleigh, NC 27610-1550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,366.77 |
|---|---|---|---|

**NCR CORP.**
**864 Spring St NW**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,705.24** |
|---|---|---|---|
| | **New Market Waste Solutions LLC**<br>**PO Box 603843**<br>**Charlotte, NC 28260-3843** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|
| | **Nobody Entertainment LLC**<br>**200 Brushy Creek Road**<br>**Easley, SC 29642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|
| | **North Charleston Sewer District**<br>**PO BOX 63009**<br>**North Charleston, SC 29419-3009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,125.42** |
|---|---|---|---|
| | **OBCO Corp**<br>**PO Box 61119**<br>**North Charleston, SC 29419** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,642.21** |
|---|---|---|---|
| | **Old Forum LLC**<br>**9224 Kings Parade Blvd, Suite 2101**<br>**Charlotte, NC 28273** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Old Forum LLC**<br>**2127 Ayrsley Blvd., Suite 302**<br>**Charlotte, NC 28273** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,297.18** |
|---|---|---|---|
| | **Olo Inc.**<br>**285 Fulton St, Floor 82**<br>**New York, NY 10007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,007.00** |
|---|---|---|---|

**On Call Plumbing, Heating & Air (Corp)**
**3770 Fernandina Rd.**
**Columbia, SC 29210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$834.26** |
|---|---|---|---|

**ONE LOCKSMITH**
**4626 KETTLEWELL RDG**
**Rock Hill, SC 29732**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,553.00** |
|---|---|---|---|

**Orange Door Music Video, Inc.**
**1860 Chicago Ave**
**Ste G7**
**Riverside, CA 92507**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00** |
|---|---|---|---|

**Orkin**
**6650 Rivers Avenue**
**Charleston, SC 29406**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,984.17** |
|---|---|---|---|

**Palmetto Electric**
**PO Box 530812**
**Atlanta, GA 30353-0812**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,179.83** |
|---|---|---|---|

**Palmetto Utilities, Inc.**
**1713 Woodcreek Farms Rd, Suite A**
**Elgin, SC 29045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**Panthers Football**
**800 South Mint Street**
**Charlotte, NC 28202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.277**

Nonpriority creditor's name and mailing address

**PARAGON PROPANE**
**PO BOX 77724**
**Charlotte, NC 28271**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,558.41

---

**3.278**

Nonpriority creditor's name and mailing address

**Patrick Cristaldi**
**23 South Forest Beach Dr**
**Apt 284**
**Hilton Head, SC 29928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,800.00

---

**3.279**

Nonpriority creditor's name and mailing address

**Pearson Heating & Air LLC**
**357 South Ave.**
**Spartanburg, SC 29306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,079.48

---

**3.280**

Nonpriority creditor's name and mailing address

**Peevey Inc. (Roto-Rooter Charleston)**
**3630 State Rd. S-10-1024**
**Johns Island, SC 29455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$15,542.69

---

**3.281**

Nonpriority creditor's name and mailing address

**Phoenix Signs**
**2940 Champaign St.**
**Charlotte, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,250.00

---

**3.282**

Nonpriority creditor's name and mailing address

**Piedmont Natural Gas**
**PO Box 1246**
**Charlotte, NC 28201-1246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$11,437.93

---

**3.283**

Nonpriority creditor's name and mailing address

**PINNACLE PRESSURE WASHING & PROPERTY**
**107 Brookmeade Dr.**
**Statesville, NC 28625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.284** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,471.22**

**Pinnacle Roofing Contractors Inc**
PO Box 56826
Jacksonville, FL 32241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

**Piper Plumbing LLC (S-Corp)**
PO BOX 5264
Hilton Head, SC 29938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,627.63**

**PipeTechs Plumbing Inc.**
6600 Mt Herman Rd
Raleigh, NC 27617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,061.95**

**Pitney Bowes Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,804.05**

**Plumb Pro**
111 A Lumber Lane
Goose Creek, SC 29445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$888.67**

**Preferred Benefit Administrators**
PO Box 916188
Longwood, FL 32791-6188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,510.71**

**Premier Grease Inc**
PO Box 3535
Alpharetta, GA 30023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (*if known*) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.291**

**Nonpriority creditor's name and mailing address**

**PricewaterhouseCoopers LLP**
**PO Box 932011**
**Altanta, GA 31193-2011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$49,935.00**

---

**3.292**

**Nonpriority creditor's name and mailing address**

**Pro Chef Inc**
**PO BOX 4057**
**Mooresville, NC 28117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$665.04**

---

**3.293**

**Nonpriority creditor's name and mailing address**

**Pro Disposal**
**5237 N Okatie Hwy**
**Ridgeland, SC 29936**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,155.00**

---

**3.294**

**Nonpriority creditor's name and mailing address**

**PRO KITCHEN SALES AND SERVICE**
**2115 COMMERCE DRIVE**
**Cayce, SC 29033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,963.61**

---

**3.295**

**Nonpriority creditor's name and mailing address**

**PROSERVE FIRE PROTECTION INC.**
**4849 Linksland Drive**
**Holly Springs, NC 27540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,335.44**

---

**3.296**

**Nonpriority creditor's name and mailing address**

**PROSERVE HOOD & DUCT SERVICES**
**1000 North Main Street**
**Fuquay-Varina, NC 27526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,217.00**

---

**3.297**

**Nonpriority creditor's name and mailing address**

**Public Storage 25908**
**5607 S TRYON ST**
**Charlotte, NC 28217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,182.25**

---

Debtor　**Aetius Restaurant Holdings, LLC**　　　　　　Case number (if known)　**23-30474**
Name

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228,671.75 |
|---|---|---|---|

**Punchh Inc**
**PO Box 536257**
**Pittsburgh, PA 15253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $823.15 |
|---|---|---|---|

**Pye Barker Fire & Safety LLC**
**PO Box 503**
**Piedmont, SC 29673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,480.78 |
|---|---|---|---|

**Quality Electric Construction Inc.**
**726 Brogan Avenue**
**Anderson, SC 29625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,830.00 |
|---|---|---|---|

**Quality of Charleston**
**5524 Dutton Av**
**Unit B-8**
**North Charleston, SC 29406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,100.00 |
|---|---|---|---|

**RAY GOODMAN**
**PO BOX 1225**
**Jonesboro, GA 30237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $747.73 |
|---|---|---|---|

**RC REFRIGERATION, LLC**
**13534 Plaza Rd. Ext**
**Charlotte, NC 28215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.50 |
|---|---|---|---|

**Ready Lock Inc**
**PO Box 2081**
**Cumming, GA 30028-2081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,571.75** |
|---|---|---|---|

**RECORDERS COURT OF CHATHAM COUNTY**
**133 MONTGOMERY ST**
**Room 308**
**Savannah, GA 31401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$508.82** |
|---|---|---|---|

**Records Reduction Inc**
**2032-F Independence Commerce Dr**
**Matthews, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,309.60** |
|---|---|---|---|

**Refrigeration Heroes, Inc**
**426 S Buncombe Road**
**Greer, SC 29650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,383.36** |
|---|---|---|---|

**Regency Centers Corporation**
**3715 Northside Parkway NW, Suite 400**
**Atlanta, GA 30327**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166,956.47** |
|---|---|---|---|

**Regions Bank**
**1900 Fifth Avenue North**
**Birmingham, AL 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,066.69** |
|---|---|---|---|

**Republic Services #742 (125)**
**PO Box 9001099**
**Louisville, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,676.94** |
|---|---|---|---|

**Republic Services #800 (123)**
**For BFI Waste Services LLC**
**PO Box 9001099**
**Louisville, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.312**

**Nonpriority creditor's name and mailing address**

**Residence Inn Raleigh-Durham Airport**
**10600 Little Brier Creek**
**Raleigh, NC 27617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$1,031.60**

---

**3.313**

**Nonpriority creditor's name and mailing address**

**Restaurant365**
**500 Technology Dr, Suite 200**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$71,304.61**

---

**3.314**

**Nonpriority creditor's name and mailing address**

**REWARDS NETWORK ESTABLISHMENT**
**SERVICES**
**540 W. MADISON ST, ST 2400**
**Chicago, IL 60661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$11,224.99**

---

**3.315**

**Nonpriority creditor's name and mailing address**

**Richard Murdaugh**
**2003 Greene St**
**Columbia, SC 29205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$394.72**

---

**3.316**

**Nonpriority creditor's name and mailing address**

**Richard Turner Seekford**
**301 E. Bedford Rd**
**Wilmington, NC 28411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$175.00**

---

**3.317**

**Nonpriority creditor's name and mailing address**

**RM Services & Sales Inc.**
**1930 Castle Hayne Rd, Ste 5**
**Wilmington, NC 28401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$944.81**

---

**3.318**

**Nonpriority creditor's name and mailing address**

**Roger West LLC**
**303 Perimeter Center North**
**Suite 300**
**Atlanta, GA 30346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$1,775.00**

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,281.20** |
|---|---|---|---|

**Rolland Reash Plumbing Inc.**
**11606 Columbia Park Dr E**
**Jacksonville, FL 32258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,735.64** |
|---|---|---|---|

**Ronald Cureton**
**RC Refrigeration LLC**
**10407 Battle Ct**
**Charlotte, NC 28215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$893.00** |
|---|---|---|---|

**Rooter Man Plumbing**
**PO Box 30098**
**Charleston, SC 29417-0098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,336.38** |
|---|---|---|---|

**Roto Rooter**
**5672 Collections Center Drive**
**Chicago, IL 60693-0056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,500.00** |
|---|---|---|---|

**RSM US LLP**
**300 S Tryon St #1500**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$724.45** |
|---|---|---|---|

**RWT Marketing, LLC**
**2508 Monarch Bay Dr**
**Las Vegas, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$457.23** |
|---|---|---|---|

**Rytec Electric**
**100 Old Cherokee Road, Suite F #329**
**Lexington, SC 29072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,204.00** |
|---|---|---|---|

**Sandhill Center LLC**
**c/o Stiles Property Management**
**481 Town Center Place, Suite 2**
**Columbia, SC 29229**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$565.67** |
|---|---|---|---|

**Sandy Springs Water District, Inc.**
**6910 US-76**
**Pendleton, SC 29670**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,435.06** |
|---|---|---|---|

**Sard & Leff, LLC**
**3789 Roswell Road NE**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Sargent Pest Solutions**
**PO BOX 718**
**Mauldin, SC 29662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**SC Dept of Health and Enviro Control**
**2600 BULL ST**
**Columbia, SC 29201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|

**SC Dept. Rev. Alcohol Licensing**
**P.O. Box 125**
**Columbia, SC 29214-0907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$663.30** |
|---|---|---|---|

**Scott Rule**
**219 Newport Dr**
**Jacksonville, NC 28540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Aetius Restaurant Holdings, LLC** | | Case number (if known) | **23-30474** |
|---|---|---|---|---|
| | Name | | | |

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$769.11** |
|---|---|---|---|
| | **Securitas Technology Corporation**<br>**8350 Sunlight Drive**<br>**Fishers, IN 46037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$481.60** |
|---|---|---|---|
| | **SECURITY CENTRAL**<br>**PO Box 602371**<br>**Charlotte, NC 28260-2371** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251,106.00** |
|---|---|---|---|
| | **Segra Communications**<br>**PO Box 631140**<br>**Cincinnati, OH 45263-1140** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,861.74** |
|---|---|---|---|
| | **SESAC INC**<br>**PO Box 5246**<br>**New York, NY 10008-5246** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,444.44** |
|---|---|---|---|
| | **Sharp Electronics Corporation**<br>**100 Paragon Drive**<br>**Montvale, NJ 07645** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$223,771.89** |
|---|---|---|---|
| | **Shiv Shakti Investments LLC**<br>**2030 Avalon Parkway, Suite 200**<br>**McDonough, GA 30253** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,616.00** |
|---|---|---|---|
| | **Silliker, Inc.**<br>**401 N Michigan Ave, Ste 1400**<br>**Chicago, IL 60611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $484.92 |
|---|---|---|---|

**SIR RALEIGH ELECTRIC, INC.**
**26 Apothecary Ct**
**Garner, NC 27529**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,230.07 |
|---|---|---|---|

**Sir Speedy**
**436 South Center Street**
**Statesville, NC 28677**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,871.12 |
|---|---|---|---|

**Snagajob.com, Inc.**
**32978 Collections Center Dr.**
**Chicago, IL 60693-0329**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Soggy Dollar Pressure Washing**
**7937 Country Lakes Rd.**
**Wilmington, NC 28411**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Solid Entertainment Group LLC**
**c/o David Britt, Registered Agent**
**615 Lady Street**
**Columbia, SC 29201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**SOMPO International**
**13146 Ballantyne Corporate Pl, Suite 300**
**Charlotte, NC 28277**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,100.00 |
|---|---|---|---|

**South East Landscape Services**
**PO Box 444**
**Bluffton, SC 29910**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,859.25**

**SOUTH ISLAND PUBLIC SERVICE DISTRICT**
PO BOX 5148
Hilton Head Island, SC 29928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,690.49**

**Southeastern Electrical Specialists LLC**
2855 Pineview Road
Augusta, GA 30909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,868.44**

**Southern Lighting Services, Inc.**
PO BOX 7599
Ocean Isle Beach, NC 28469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,439.61**

**Southern Realty Development Group**
c/o Ben D. Arnold, Registered Agent
700 Gervais Street, Suite 175
Columbia, SC 29201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,578.90**

**Spartanburg Water System**
PO BOX 251
Spartanburg, SC 29304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,602.29**

**St. John's Fire Equipment Inc.**
6000 Philips Highway, Suite 10
Jacksonville, FL 32216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,324.00**

**Stanley Convergent Security SolutionNOW9**
Dept Ch 10651
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | | Case number (if known) | **23-30474** |
|---|---|---|---|---|
| | Name | | | |

---

**3.354**

**Nonpriority creditor's name and mailing address**

**Staples**
**500 Staples Drive**
**Framingham, MA 01702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,630.91**

---

**3.355**

**Nonpriority creditor's name and mailing address**

**State Employees Health Plan**
**1516 Dawson Street**
**Wilmington, NC 28401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,459.25**

---

**3.356**

**Nonpriority creditor's name and mailing address**

**Stewart Jenkins and Clekis Law Firm**
**Clekis Law Firm**
**PO Box 1867**
**Charleston, SC 29402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,667.50**

---

**3.357**

**Nonpriority creditor's name and mailing address**

**STORE Master Funding VII, LLC**
**8377 E. Hartford Dr, Ste 100**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.358**

**Nonpriority creditor's name and mailing address**

**Stuart A. Sauls**
**439 Washboard Ln**
**Ridgeland, SC 29936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$300,981.16**

---

**3.359**

**Nonpriority creditor's name and mailing address**

**Sullivan PTO**
**1825 Eden Terrace**
**Rock Hill, SC 29730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.360**

**Nonpriority creditor's name and mailing address**

**Summit Consulting LLC**
**Bridgefield Casualty Insurance Co**
**PO Box 988**
**Lakeland, FL 33802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,128.51**

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $729.00 |
|---|---|---|---|

**Superior Services TM LLC**
**36 Persimmon, St #202**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,111.74 |
|---|---|---|---|

**Swift Curie McGhee & Hiers LLP**
**1420 Peachtree St NE #800**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $985.00 |
|---|---|---|---|

**Swift Fire Protection**
**2450 Satellite Blvd**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,195.81 |
|---|---|---|---|

**Synergi Partners Inc.**
**PO Box 5599**
**Florence, SC 29501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,703.25 |
|---|---|---|---|

**Szabo Associates, Inc.**
**3355 Lenox Road NE, Suite 945**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**T. Cooper Hull Photography LLC**
**4119 Brandie Glen Rd**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Take 44 Presents, LLC**
**3175 Country Rd 108**
**Building 2, Suite A**
**Gonzales, TX 78629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | | Case number (if known) | **23-30474** |
|---|---|---|---|---|
| | Name | | | |

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,537.74**

**Tattoo Projects**
**704 Morris St**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,625.41**

**TavernTrak LLC**
**9540 Garland Road, STE 381-312**
**Dallas, TX 75218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,246.27**

**Team Mechanical LLC**
**3585 Centre Circle**
**Fort Mill, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$488.94**

**Technocom Business Systems Inc.**
**3330 Monroe Rd**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$978.79**

**TECO Peoples Gas**
**PO Box 31318**
**Tampa, FL 33631-3318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,493.26**

**Tersh Enterprise LLC DBA Service Emperor**
**Service Emperor**
**8578 Greenhouse Rd**
**Metter, GA 30439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.374** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,332.04**

**The 20 LLC**
**6600 Chase Oaks Blvd Suite 100**
**Plano, TX 75023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.375** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**The Insta Copy Shop, Ltd dba ici Printin**
4311 South Blvd., Suite D
Charlotte, NC 28209

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**The Merchants Company, LLC**
c/o Craig N. Orr
535 North Fifth Avenue
Post Office 1289
Laurel, MS 39441

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,255.32**

**The Seat Doctor**
c/o Auto Body Technologies, Inc
110 Herndon Springs

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,725.81**

**Thomas Restaurant Equipment Inc.**
1210 Alleghany Street
Charlotte, NC 28208

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,500.00**

**Threadgill Agency LLC**
4145 Travis Street
Suite 300
Dallas, TX 75204

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$278.86**

**THYSSENKRUPP ELEVATOR CORP**
PO BOX 933004
Atlanta, GA 31193

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$315.00**

**TIDELANDS AC & REFRIGERATION INC**
83 RILEY FARMS RD
Ridgeland, SC 29936

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,029.43 |
|---|---|---|---|

**Time Warner Cable**
**7815 Crescent Executive Dr**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $804.07 |
|---|---|---|---|

**Tinder Box**
**4400 Sharon Road**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,877.50 |
|---|---|---|---|

**TJS Deemer Dana LLP (Corp)**
**118 Park of Commerce Dr, Ste 200**
**Savannah, GA 31405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,152.31 |
|---|---|---|---|

**TK Elevator**
**PO Box 3796**
**Carol Stream, IL 60132-3796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.77 |
|---|---|---|---|

**Town of Hilton Head Island**
**One Town Center Court**
**Hilton Head Island, SC 29928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $582.94 |
|---|---|---|---|

**Trash Gurl**
**327 Cypress Gardens Road**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.80 |
|---|---|---|---|

**Travelers**
**Travelers CL Remittance Center**
**PO Box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number *(if known)* | **23-30474** |
|---|---|---|---|
| | Name | | |

---

**3.389** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,545.00**

**Triadex Services, LLC**
**5334 Primrose Lake Cir.**
**Tampa, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,688.00**

**TriMark USA**
**2801 South Valley Parkway, Suite 200**
**Lewisville, TX 75067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,017.37**

**TWC Services Inc.**
**14036 S. Lakes Dr.**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00**

**U.S. Small Business Administration**
**409 3rd St., SW**
**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,452.37**

**UniFi Equipment Finance, Inc.**
**801 W. Ellsworth Road**
**Ann Arbor, MI 48108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$397.69**

**Unifirst First Aid and Safety**
**3499 Rider Trail S**
**St. Louis, MO 63045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,436.00**

**United Healthcare**
**UHS Premium Billing**
**PO BOX 94017**
**Palatine, IL 60094-4017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$965.15** |
|---|---|---|---|

**UNITED MILITARY MARKETING, LLC.**
**2080 NORTHBROOK BLVD**
**North Charleston, SC 29406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,800.00** |
|---|---|---|---|

**Up On a Tuesday LLC**
**16302 Autumn Cove Ln**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.99** |
|---|---|---|---|

**UPS**
**55 GLENLAKE PKWY**
**Atlanta, GA 30328-3474**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,365.00** |
|---|---|---|---|

**US Assure Insurance Svs of FL, Inc.**
**PO Box 935597**
**Atlanta, GA 31193-5597**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,135.00** |
|---|---|---|---|

**Valley Proteins Inc.**
**PO BOX 643393**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Vaughn T. Hall**
**220 Drawdebil Rd**
**Gilbert, SC 29054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$978.34** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,335.00** |
|---|---|---|---|

**Villa's Lawncare LLC**
**133 Eastbrook Park Dr.**
**Aiken, SC 29801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,615.40** |
|---|---|---|---|

**Vital Records Control**
**PO Box 11407**
**Dept. 5874**
**Birmingham, AL 35246-5874**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,108.54** |
|---|---|---|---|

**Waste Connections of Charlotte**
**5516 Rozzelles Ferry Rd**
**Charlotte, NC 28214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$290.00** |
|---|---|---|---|

**We Wash Windows SC LLC**
**104 Papa Lane West**
**Columbia, SC 29172**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,529.80** |
|---|---|---|---|

**Weavetec - Benchmark**
**PO Box 579**
**Blacksburg, SC 29702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|

**Weiss Creative Inc**
**189 Wind Chime Ct  Ste 104**
**Raleigh, NC 27615-6572**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,048.66** |
|---|---|---|---|

**WHALEY FOOD SERVICE**
**PO Box 615**
**Lexington, SC 29071-0615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (*if known*) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$648.86** |
|---|---|---|---|

**William Parrish Plumbing**
**7900 Brier Creek Parkway**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,578.65** |
|---|---|---|---|

**Windstream Communication**
**REGISTERED AGENT SOLUTIONS, INC.**
**828 LANE ALLEN ROAD, SUITE 219**
**Lexington, KY 40504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,708.43** |
|---|---|---|---|

**Wrightsville Beach Landscaping Inc**
**PO Box 805**
**Wrightsville Beach, NC 28480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,629.51** |
|---|---|---|---|

**Xerographic Digital Printing Inc**
**1948 33rd Street**
**Orlando, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,992.00** |
|---|---|---|---|

**Yelp Inc**
**350 Mission Street**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,480.00** |
|---|---|---|---|

**Yohe Plumbing of Aiken Inc**
**PO Box 3836**
**Aiken, SC 29802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,220.74** |
|---|---|---|---|

**York County Treasurer**
**1070 Heckle Blvd Box 14, Ste 1100**
**Rock Hill, SC 29732**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number (if known) | **23-30474** |
|---|---|---|---|
| | Name | | |

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,505.00 |
|---|---|---|---|

**York Natural Gas**
**PO Box 11907**
**Rock Hill, SC 29731-1907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,935.31 |
|---|---|---|---|

**Zenith Insurance Company**
**4415 Collections Center Drive**
**PO Box 9055**
**Van Nuys, CA 91499-4076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.00 |
|---|---|---|---|

**Zeta Tua Alpha Foundation, Inc**
**1036 S Rangeline Rd**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Attn: Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.18**<br><br>☐ Not listed. Explain _ | _ |
| 4.2 | **Nateara Glover**<br>**c/o India D. Shaw**<br>**Poulin Willey Anastopoulo, LLC**<br>**32 Ann Street**<br>**Charleston, SC 29403** | Line **3.259**<br><br>☐ Not listed. Explain _ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 1,516,783.90 |
| **5b. Total claims from Part 2** | 5b. + | $ | 7,661,932.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 9,178,715.93 |

**Fill in this information to identify the case:**

Debtor name  **Aetius Restaurant Holdings, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **23-30474**

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | $32,556.00 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | $74,675.00 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $135,914.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor  **Aetius Restaurant Holdings, LLC**                    Case number *(if known)* **23-30474**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See attached** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Axum Capital Partners**<br>**See attached breakdown** | | $12,332.00 | **Lease Payments** |
| 4.2.  **Mark Cote**<br>**See attached breakdown** | | $119,873.00 | **Wages and Expenses** |
| 4.3.  **Muhsin Muhammad II**<br>**See attached breakdown** | | $50,000.00 | **Expense Reimbursement** |
| 4.4.  **Denis Ackhah-Yensu**<br>**See attached breakdown** | | $495,586.00 | **Expense Reimbursement** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   **Aetius Restaurant Holdings, LLC**                               Case number *(if known)* **23-30474**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Chatmeter v. Wild Wing Café, Inc.** | | **California** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Insta Copy Shop LTD v. Wild Wing Café** | | **Mecklenburg County, NC** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **SC Liquor License** | **Notice of Intent to Suspend** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Honorbuilt, LLC v. Wild Wing Cafe and Axum Capital Partners, LLC**<br>**22-CV-04525** | | **District Court, Northern District of GA** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Shipe Dosik Law, LLC v. Aetius**<br>**Case #23-M-11732** | | **Georgia** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **HomeTrust Bank vs. Aetius Companies, LLC, Aetius Intermediate Company, LLC, Aetius Franchising, LLC, Aetius Restaurant Holdings, LLC, Aetius Restaurant Group, LLC, Jacksonville WWC, LLC, Savannah WWC, LLC, SW Charlotte, LLC, Charlotte Uptown Wings LLC, Gastonia Wings LLC, Raleigh Wings, LLC, Wilmington Wings LLC, Anderson Wings, LLC, Columbiana Wings, LLC, Sandhill Wing LLC, Vista Wings LLC, Greenville WWC LLC, Wild Wing of Hilton Head LLC, Wings Over Spartanburg LLC, Wings Over Spartanburg II,**<br>**Case #23CV02549** | | **Buncombe County, NC Superior Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Chuy's Opco, Inc. v. Jacksonville Wings / Aetius**<br>**Case #23 CVS 1397** | **Breach of Contract - Lease** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Wild Wings of Charlotte** | **Dhanraj Emanuel and Benjamin Spence Albright (Photographer)** | **NC** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Aetius Restaurant Holdings, LLC**                                  Case number *(if known)*  **23-30474**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **Wild Wings of Charlotte, LLC**<br>**Case #23 N 287** | **Tax Liability** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10.<br>. | **Innovation & Design in Architecture (IDA) v. Aetius Companies, LLC and Aetius Restaurant Holdings, LLC**<br>**Case #23 CVD 11468** | **Breach of Contract** | **Mecklenburg County, NC District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11.<br>. | **Sandhills Center v. Sandhill Wing, LLC (Richland County)**<br>**Case #2022-CP-40-1094** | **Judgment** | **SC** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12.<br>. | **Main Street Development, II, LLC v. Wings Over Spartanburg / Aetius**<br>**Case #2023 CV 4210100604** | **Settlement Agreement** | **SC** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13.<br>. | **Aetius Companies / Columbiana Wings, LLC / Vista Wings, LLC** | **Balance Due to Travelers Ins.** | **SC** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14.<br>. | **Wild Wing of Hilton Head**<br>**Case # 23 CVS 1397** | | **SC** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15.<br>. | **The Merchants Company, LLC v. Aetius Restaurant Holdings, LLC**<br>**23-369** | | **County Court, Forrest County, MS** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16.<br>. | **Georgia Air & Refrigeration, Inc. v. Aetius Restaurant Holdings LLC**<br>**23-A-03114-11** | | **Superior Court Gwinett County, GA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17.<br>. | **Nateara Glover v. Jim Russell, et al.**<br>**2023-CP-10-03588** | **Personal Injury** | **Charleston County Common Pleas Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number *(if known)* | **23-30474** |

---

<div style="background:black; color:white">**Part 5:**</div>   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

<div style="background:black; color:white">**Part 6:**</div>   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 04/28/2023: $2,650.83<br>04/28/2023: $3,126.67<br>04/28/2023: $3,354.17<br>05/19/2023: $10,000.00<br>06/02/2023: $5,715.00 | |
| | **Blystone & Donaldson LLC<br>211 East Boulevard<br>Charlotte, NC 28203** | | | **$24,847.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Axum Partners LLC** | | | |
| 11.2. | | | 5/10/2023: $40,000<br>07/18/2023: $11,000<br>07/18/2023: $34,760 (filing fees) | |
| | **Hamilton Stephens Steele + Martin, PLLC<br>525 North Tryon Street, Suite 1400<br>Charlotte, NC 28202** | | | **$85,760.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

Debtor    **Aetius Restaurant Holdings, LLC**                                      Case number *(if known)*  **23-30474**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **205 Regency Exec Park Dr Suite 204 Charlotte, NC 28217** | **5/25/16 - 2/23/21** |
| 14.2. | **10800 Sikes Place Suite 370 Charlotte, NC 28277** | **2/23/21 - 2/22/23** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

Debtor    **Aetius Restaurant Holdings, LLC**    Case number *(if known)*  **23-30474**

cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Fifth Third Bank** | **XXXX-** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | **Unknown** |
| 18.2. | **Regions Bank** | **XXXX-3740** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **7/22/22** | **$27,098.00** |
| 18.3. | **Regions Bank** | **XXXX-3759** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **7/22/22** | **$571.00** |
| 18.4. | **Regions Bank** | **XXXX-3775** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **7/25/22** | **$48,323.00** |
| 18.5. | **Regions Bank** | **XXXX-3783** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **8/9/22** | **$42,087.00** |
| 18.6. | **Regions Bank** | **XXXX-3791** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **7/25/22** | **$146.00** |
| 18.7. | **Regions Bank** | **XXXX-3813** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **7/27/22** | **$11.00** |
| 18.8. | **Regions Bank** | **XXXX-3848** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **7/22/22** | **$13,624.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Aetius Restaurant Holdings, LLC**    Case number *(if known)* **23-30474**

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage** **9400 S. Tryon St** **Unit E50 and F65** **Charlotte, NC 28273** | **Howard Auen** **Jeff Wakem** | **Ayrsley restaurant equipment** | ☐ No ■ Yes |
| **Extra Space Storage** **10140 S. Tryon St** **Unit #501** **Charlotte, NC 28217** | **Howard Auen** **Jeff Wakem** | **Hilton Head restaurant equipment** | ☐ No ■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

---

Debtor    **Aetius Restaurant Holdings, LLC**                                    Case number *(if known)* **23-30474**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Aetius Restaurant Group, LLC**<br>**6100 Fairview Road, Suite 1156**<br>**Charlotte, NC 28210** | | EIN:<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **RSM US LLP**<br>**300 S Tryon St, #1500**<br>**Charlotte, NC 28202** | 1/25/21-12/31/22 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **RSM US, LLP**<br>**300 S Tryon St, #1500**<br>**Charlotte, NC 28202** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Tris, LLC**<br>**200 Central Ave Ste 325**<br>**Saint Petersburg, FL 33701** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **Aetius Restaurant Holdings, LLC** | Case number *(if known)* **23-30474** |
|---|---|---|

☐ None

| **Name and address** |
|---|
| 26d.1. | **HomeTrust Bank**<br>**100 Queens Road**<br>**Charlotte, NC 28204** |
| 26d.2. | **Store Master Funding X, LLC**<br>**8377 E. Hartford Drive, Suite 100**<br>**Scottsdale, AZ 85255** |
| 26d.3. | **Lockton**<br>**3280 Peachtree Road NE**<br>**Suite 250**<br>**Atlanta, GA 30305** |
| 26d.4. | **Sysco Columbia, LLC**<br>**PO Box 9224**<br>**Columbia, SC 29290** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. |  | **As of 12/26/21** | **$511,266**<br>**Lower of cost or market (cost measured on a FIFO basis)** |
|  | Name and address of the person who has possession of inventory records<br>**RSM as part of FY21 audit** |  |  |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Denis Ackah-Yensu,** |  | **Manager** |  |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Muhsin Muhammad II** |  | **Manager** |  |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Cote** |  | **CEO** |  |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Debtor | Aetius Restaurant Holdings, LLC | | Case number *(if known)* | **23-30474** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Steven Weigel** | | **Officer** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Timothy Walsh** | | **Officer** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Aetius Companies, LLC** | **EIN:** 45-3856613 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 30, 2023**

**/s/ Mark Cote**                                   **Mark Cote**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Official Form 207              Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy              page **11**

**Statement of Financial Affairs Part 2:**
**Question 3:**

ON BEHALF OF THE FOLLOWING:

**105 - North Charleston Wings LLC only:**

| Creditor Name/Address | Dates | Value | Reasons for Transfer |
|---|---|---|---|
| Bottles Beverage | Various | $ 10,048 | Vendor - COGS |
| Columbia Meats Inc | Various | $ 34,010 | Vendor - COGS |
| Micky Finn's | Various | $ 11,961 | Vendor - COGS |
| SYSCO Columbia LLC | Various | $ 82,377 | Vendor - COGS |

**108 - Bluffton Wings LLC only:**

| Creditor Name/Address | Dates | Value | Reasons for Transfer |
|---|---|---|---|
| Columbia Meats Inc | Various | $ 39,855 | Vendor - COGS |
| Patels ABC LLC | Various | $ 9,112 | Vendor - COGS |
| SYSCO Columbia LLC | Various | $ 93,400 | Vendor - COGS |

**110 - Vista Wings LLC only:**

| Creditor Name/Address | Dates | Value | Reasons for Transfer |
|---|---|---|---|
| SYSCO Columbia LLC | Various | $ 21,163 | Vendor - COGS |

**114 - Anderson Wings LLC only:**

| Creditor Name/Address | Dates | Value | Reasons for Transfer |
|---|---|---|---|
| Greenville Meats Inc | Various | $ 47,840 | Vendor - COGS |
| KW Beverage (Budweiser) | Various | $ 7,790 | Vendor - COGS |
| SYSCO Columbia LLC | Various | $ 89,649 | Vendor - COGS |

**117 - Gastonia Wings LLC only:**

| Creditor Name/Address | Dates | Value | Reasons for Transfer |
|---|---|---|---|
| ABC Liquor Store | Various | $ 14,393 | Vendor - COGS |
| Columbia Meats Inc | Various | $ 17,443 | Vendor - COGS |
| Standard Distributors | Various | $ 9,417 | Vendor - COGS |
| Sysco Charlotte | Various | $ 40,013 | Vendor - COGS |

**118 - Greenville WWC LLC only:**

| Creditor Name/Address | Dates | Value | Reasons for Transfer |
|---|---|---|---|
| Green Co. | Various | $ 9,942 | Vendor - COGS |
| Greenville Meats Inc | Various | $ 82,437 | Vendor - COGS |
| KW Beverage (Budweiser) | Various | $ 11,201 | Vendor - COGS |
| Lee Distributors | Various | $ 7,709 | Vendor - COGS |
| Magnolia Park Greenville LLC | | $ 70,806 | Rent |
| Micky Finn's | Various | $ 23,449 | Vendor - COGS |
| SYSCO Columbia LLC | Various | $180,704 | Vendor - COGS |

**119 - Raleigh Wings LLC only:**

| Creditor Name/Address | Dates | Value | Reasons for Transfer |
|---|---|---|---|

| | | | |
|---|---|---|---|
| ABC Liquor Store | Various | $ 15,368 | Vendor - COGS |
| Brier Creek LP | | $ 69,685 | Rent |
| LONG BEVERAGE | Various | $ 16,771 | Vendor - COGS |
| RH Barringer Distributing Co. | Various | $ 11,321 | Vendor - COGS |
| Sysco Charlotte | Various | $127,538 | Vendor - COGS |

**124 - Wild Wings of Charlotte LLC only:**

| Creditor Name/Address | Dates | Value | Reasons for Transfer |
|---|---|---|---|
| Sysco Charlotte | Various | $ 17,931 | Vendor - COGS |

**903 - Aetius Restaurant Holdings LLC only:**

| Creditor Name/Address | Dates | Value | Reasons for Transfer |
|---|---|---|---|
| Airgas National Carbonation | Various | $ 11,338 | TBU |
| Andrea Campoli | Various | $ 12,250 | TBU |
| ASC LLC | 6/9/23 | $ 8,976 | TBU |
| BCN Telecom Inc | Various | $ 38,975 | Internet Services |
| Charleston County Revenue Collections | Various | $ 31,234 | Taxes |
| Chris Mechanical LLC | Various | $ 28,900 | TBU |
| City of Gastonia | Various | $ 10,540 | TBU |
| City of Greenville | 6/23/23 | $ 8,656 | TBU |
| Direct TV | Various | $ 23,818 | TV Services |
| Dominion Energy | Various | $ 24,262 | Utilities |
| Duke Energy | Various | $ 42,541 | Utilities |
| Elaine Gardner | Various | $ 27,097 | TBU |
| Equitable Life Ins Co of America | Various | $ 26,912 | Insurance |
| Gaston County Tax Office | 6/29/23 | $ 35,823 | Taxes |
| Harford Mutual Insurance Company | 7/14/23 | $ 20,914 | Insurance |
| hrEDGE CONSULTING | Various | $ 11,500 | TBU |
| IPFS Corporation | Various | $ 70,106 | Insurance |
| Khayat Law Firm Inc. | 7/13/23 | $ 19,711 | Legal Services |
| Lockton Companies | 5/25/23 | $ 40,000 | Insurance |
| NC Department of Revenue | Various | $104,309 | Taxes |
| NCR Corporation | Various | $ 28,869 | TBU |
| Palmetto Electric | Various | $ 10,596 | Utilities |
| Punchh Inc | Various | $ 9,560 | TBU |
| Sandy Springs Water District, Inc. | 4/26/23 | $ 15,398 | Utilities |
| SC Department of Revenue | Various | $238,691 | Taxes |
| Smith Gambrell & Russell LLP | Various | $ 16,051 | Legal Services |
| SouthPark Towers PropCo LLC | 7/18/23 | $ 10,323 | Rent |
| STORE Master Funding VII LLC | Various | $156,000 | Rent |
| Summit Consulting LLC | 6/26/23 | $ 23,125 | TBU |
| The 20 LLC | 7/17/23 | $ 9,041 | TBU |
| The Charleston Group | 6/9/23 | $ 23,000 | TBU |
| United Healthcare | Various | $ 88,844 | Insurance |
| Wake County Tax Administration | 4/24/23 | $ 30,993 | Taxes |
| Worldpay | 4/30/23 | $ 10,000 | TBU |

**Statement of Financial Affairs Part 2**
<u>Question 4:</u>

| <u>Insider Name/Address</u> | <u>Dates</u> | <u>Value</u> | <u>Reasons for Transfer</u> |
|---|---|---|---|
| Axum Capital Partners | 5/25/23 | $ 605 | 1st Half System Installation |
| | 5/31/23 | $ 1,150 | Final System Installation |
| | 6/1/23 | $ 90 | 6 Fobs |
| | 7/1/23 | $ 121 | TV/Internet |
| | 7/1/23 | $ 5,030 | Prorated June Rent |
| | 7/1/23 | $ 5,203 | July Rent |
| | 6/24/23 | $ 134 | Printer cartridges |
| Axum Capital Partners | Various | $ 12,332 | Sublease expenses |
| Mark Cote | 2022 | $ 5,361 | Wages - Paycom |
| | 01/11/2023 | $ 316 | Wages - ADP |
| | 01/11/2023 | $ 4,505 | Wages - ADP |
| | 01/25/2023 | $ 4,505 | Wages - ADP |
| | 02/08/2023 | $ 4,505 | Wages - ADP |
| | 02/08/2023 | $ 316 | Wages - ADP |
| | 02/22/2023 | $ 4,505 | Wages - ADP |
| | 03/08/2023 | $ 316 | Wages - ADP |
| | 03/08/2023 | $ 4,505 | Wages - ADP |
| | 03/22/2023 | $ 4,505 | Wages - ADP |
| | 04/05/2023 | $ 316 | Wages - ADP |
| | 04/05/2023 | $ 4,505 | Wages - ADP |
| | 04/19/2023 | $ 4,505 | Wages - ADP |
| | 05/03/2023 | $ 357 | Wages - ADP |
| | 05/03/2023 | $ 4,505 | Wages - ADP |
| | 05/17/2023 | $ 4,505 | Wages - ADP |
| | 05/31/2023 | $ 4,505 | Wages - ADP |
| | 06/14/2023 | $ 5,065 | Wages - ADP |
| | 06/14/2023 | $ 357 | Wages - ADP |
| | 06/28/2023 | $ 5,065 | Wages - ADP |
| | 07/12/2023 | $ 357 | Wages - ADP |
| | 07/12/2023 | $ 5,065 | Wages - ADP |
| | 07/26/2023 | $ 5,065 | Wages - ADP |
| | 08/09/2023 | $ 357 | Wages - ADP |
| | 08/09/2023 | $ 5,065 | Wages - ADP |
| | 11/02/2022 | $ 326 | Wages - ADP |
| | 11/02/2022 | $ 4,467 | Wages - ADP |
| | 11/16/2022 | $ 4,467 | Wages - ADP |
| | 11/30/2022 | $ 4,467 | Wages - ADP |
| | 12/14/2022 | $ 322 | Wages - ADP |
| | 12/14/2022 | $ 4,467 | Wages - ADP |
| | 12/28/2022 | $ 4,467 | Wages - ADP |
| Mark Cote | Various | $105,919 | Wages |
| Mark Cote | Oct '22 | $ 970 | Reimbursed expenses |
| | Nov '22 | $ 564 | Reimbursed expenses |

|  | Dec '22 | $ | 1,994 | Reimbursed expenses |
|  | Dec '22 #2 | $ | 751 | Reimbursed expenses |
|  | Jan '23 | $ | 1,392 | Reimbursed expenses |
|  | Feb '23 | $ | 1,856 | Reimbursed expenses |
|  | Mar '23 | $ | 546 | Reimbursed expenses |
|  | Apr '23 | $ | 1,548 | Reimbursed expenses |
|  | May '23 | $ | 2,255 | Reimbursed expenses |
|  | Jun '23 | $ | 2,078 | Reimbursed expenses |
| Mark Cote | Various | $ | 13,954 | Reimbursed expenses |

**Expense Reimbursment Schedule for Denis Ackah-Yensu**

| Date | Vendor | Credit Card Charges | Payment on Credit Card |
|---|---|---|---|
| 7/21/2022 | | | |
| 7/22/2022 | Sysco | 12,350.00 | |
| 7/28/2022 | | | |
| 7/28/2022 | Sysco | 5,800.00 | |
| 7/28/2022 | Melio Supporting STR646-6654684 AR | 324.80 | |
| 7/28/2022 | Melio Supporting STR646-6654684 AR | 11,200.00 | |
| 8/2/2022 | Credit Card Payments | | (86,730.65) |
| 8/2/2022 | Credit Card Payments | | 86,730.65 |
| 8/2/2022 | CT Corp - Aetius Holdings | 515.00 | |
| 8/5/2022 | CSC - Aetius Intermediate | 515.00 | |
| 8/5/2022 | | | |
| 8/8/2022 | Fish Window Cleaning SC 803-902-2223 | 864.00 | |
| 8/9/2022 | | | |
| 8/12/2022 | | | |
| 8/15/2022 | | | |
| 8/18/2022 | | | |
| 8/19/2022 | | | |
| 8/19/2022 | Duke Energy | 1,707.77 | |
| 8/19/2022 | Melio Supporting STR646-6654684 AR | 18,289.08 | |
| 8/19/2022 | Melio Supporting STR646-6654684 AR | 530.38 | |
| 8/20/2022 | Duke Energy | 10,008.50 | |
| 8/20/2022 | Duke Energy | 6,141.48 | |
| 8/20/2022 | South Island Public | 745.22 | |
| 8/22/2022 | | | |
| 8/23/2022 | | | |
| 8/23/2022 | Direct TV | 20,000.00 | |
| 8/23/2022 | Trash Gurl | 2,060.85 | |
| 8/23/2022 | Palmetto Electric | 9,503.00 | |
| 8/24/2022 | Georgia Power | 392.08 | |
| 8/24/2022 | Georgia Power | 1,000.00 | |
| 8/24/2022 | Georgia Power | 999.97 | |
| 8/24/2022 | Georgia Power | 999.99 | |
| 8/24/2022 | Georgia Power | 999.98 | |
| 8/26/2022 | | | |
| 8/26/2022 | Sani-Can | 2,800.00 | |
| 8/27/2022 | Charter Services | 313.55 | |
| 8/29/2022 | | | |
| 8/29/2022 | On Call Plumbing & HVAC | 2,695.00 | |
| 8/29/2022 | Credit Card Payments | | (120,000.00) |
| 8/30/2022 | | | |
| 8/30/2022 | Town of Hilton Head | 2,696.01 | |
| 8/30/2022 | Town of Hilton Head | 2,184.91 | |
| 8/30/2022 | Town of Hilton Head | 2,049.26 | |

| Date | Description | Amount | |
|---|---|---|---|
| 8/31/2022 | Southern Climate Solution | 5,000.00 | |
| 8/31/2022 | Upstate Climate Solutions | 5,000.00 | |
| 9/1/2022 | | | |
| 9/2/2022 | | | |
| 9/7/2022 | Trash Gurl | 515.00 | |
| 9/9/2022 | | | |
| 9/12/2022 | | | |
| 9/13/2022 | | | |
| 9/13/2022 | Southern Climate Solution | 14,420.00 | |
| 9/15/2022 | | | |
| 9/15/2022 | Credit Card Payments | | (53,574.30) |
| 9/15/2022 | MSFT | 955.51 | |
| 9/15/2022 | Spectrum | 197.36 | |
| 9/16/2022 | Credit Card Payments | | (115.12) |
| 9/16/2022 | Credit Card Payments | | (115.12) |
| 9/16/2022 | | | |
| 9/17/2022 | Beaufort County RE Tax | 47,976.34 | |
| 9/17/2022 | City of Rock Hill | 5,548.74 | |
| 9/19/2022 | Whaley Food Service | 2,985.00 | |
| 9/19/2022 | Direct TV | 6,500.00 | |
| 9/20/2022 | Duke Energy | 3,803.72 | |
| 9/20/2022 | Duke Energy | 5,168.81 | |
| 9/22/2022 | | | |
| 9/22/2022 | Sysco | 11,000.00 | |
| 9/26/2022 | | | |
| 9/26/2022 | | | |
| 9/26/2022 | Beaufort County RE Tax | 29,284.43 | |
| 9/27/2022 | Greenville Meats | 10,000.00 | |
| 9/27/2022 | Georgia Power | 755.18 | |
| 9/27/2022 | Georgia Power | 999.98 | |
| 9/27/2022 | Georgia Power | 999.99 | |
| 9/27/2022 | Georgia Power | 1,000.00 | |
| 9/28/2022 | Greenville Meats | 9,000.00 | |
| 9/28/2022 | Ambos Seafood | 21,630.00 | |
| 9/28/2022 | Cape Fear PUA | 286.00 | |
| 9/28/2022 | Cape Fear PUA | 302.99 | |
| 9/28/2022 | Cape Fear PUA | 303.00 | |
| 9/29/2022 | Ford and Harrison LLP | 8,905.00 | |
| 9/30/2022 | | | |
| 9/30/2022 | Whaley Food Service | 2,984.31 | |
| 10/3/2022 | City of Greenville (Magnolia Hospitality Tax) | 35,003.95 | |
| 10/3/2022 | City of Greenville (Magnolia Hospitality Tax) | 927.61 | |
| 10/5/2022 | Corporation services | 50.00 | |
| 10/6/2022 | | | |
| 10/6/2022 | Ambos Seafood | 12,655.50 | |
| 10/6/2022 | Greenville Meats | 12,468.00 | |
| 10/7/2022 | | | |

| Date | Description | Amount | |
|---|---|---|---|
| 10/7/2022 | MSFT | 12.27 | |
| 10/7/2022 | MSFT | 516.00 | |
| 10/7/2022 | Melio Supporting STR646-6654684 AR | 18,502.58 | |
| 10/7/2022 | Melio Supporting STR646-6654684 AR | 536.57 | |
| 10/9/2022 | Greenville Meats | 10,000.00 | |
| 10/11/2022 | | | |
| 10/11/2022 | Caromont Health Gastonia | 5,556.68 | |
| 10/12/2022 | 811 Hilton Head Regl Med | 92.21 | |
| 10/12/2022 | Greenville Meats | 10,000.00 | |
| 10/13/2022 | | | |
| 10/13/2022 | South Island Public | 1,503.71 | |
| 10/14/2022 | | | |
| 10/14/2022 | Southern Climate Solution | 2,783.00 | |
| 10/14/2022 | Abode Home Design | 2,267.28 | |
| 10/15/2022 | Greenville Meats | 6,464.40 | |
| 10/23/2022 | Credit Card Payments | | (5,000.00) |
| 10/26/2022 | Public Storage | 808.50 | |
| 10/27/2022 | | | |
| 10/28/2022 | | | |
| 10/28/2022 | Greenville Meats | 5,000.00 | |
| 10/31/2022 | | | |
| 11/1/2022 | | | |
| 11/3/2022 | | | |
| 11/3/2022 | | | |
| 10/28/2022 | TeamViewer Business | 500.64 | |
| 11/3/2022 | Propane Serv (Amerigas) | 8,723.13 | |
| 11/3/2022 | Propane Serv (Amerigas) | 1,484.83 | |
| 11/4/2022 | | | |
| 11/4/2022 | | | |
| 11/4/2022 | | | |
| 11/4/2022 | Unifour Fire & Safety | 4,261.67 | |
| 11/7/2022 | | | |
| 11/7/2022 | MSFT | 516.00 | |
| 11/7/2022 | MSFT | 8.00 | |
| 11/8/2022 | | | |
| 11/9/2022 | | | |
| 11/9/2022 | | | |
| 11/9/2022 | Facebook | 418.23 | |
| 11/10/2022 | | | |
| 11/11/2022 | Plumbing Pro | 902.00 | |
| 11/15/2022 | Facebook | 900.00 | |
| 11/16/2022 | | | |
| 11/16/2022 | | | |
| 11/17/2022 | | | |
| 11/18/2022 | Facebook | 900.00 | |
| 11/20/2022 | Facebook | 900.00 | |
| 11/20/2022 | Wild Wing Café Anderson | 7.28 | |

| Date | Description | Amount | Amount |
|---|---|---|---|
| 11/22/2022 | | | |
| 11/22/2022 | Dumpster Depot | 3,467.29 | |
| 11/25/2022 | | | |
| 11/28/2022 | | | |
| 11/30/2022 | | | |
| 12/14/2022 | | | |
| 12/14/2022 | | | |
| 12/14/2022 | | | |
| 12/16/2022 | | | |
| 12/20/2022 | | | |
| 12/27/2022 | | | |
| 12/30/2022 | | | |
| 12/30/2022 | | | |
| 1/5/2023 | | | |
| 1/6/2023 | | | |
| 1/10/2023 | | | |
| 1/10/2023 | | | |
| 1/11/2023 | | | |
| 1/12/2023 | | | |
| 1/12/2023 | | | |
| 1/13/2023 | | | |
| 1/17/2023 | | | |
| 1/18/2023 | Staples | 100.82 | |
| 1/20/2023 | | | |
| 1/20/2023 | Duke Energy (Raleigh) | 5,969.43 | |
| 1/21/2023 | Greenville Meats | 71,400.00 | |
| 1/18/2023 | Charlotte Fire Marshal's Office | 403.65 | |
| 1/24/2023 | | | |
| 2/17/2023 | City Wide Exterminating | 930.00 | |
| 6/30/2023 | Credit Card Payments | | (114,755.39) |
| 6/30/2023 | Credit Card Payments | | (86,035.90) |
| 6/30/2023 | Credit Card Payments | | (115,990.50) |
| **Total Post Petition One Year LookBack (7-20-22 to 7-19-23)** | | **$        540,148** | **$        (495,586)** |

**Expense Reimbursment Schedule for Muhsin Muhammad**

| Date | Vendor | Credit Card Charges | Payment on Credit Card |
|------|--------|--------------------:|----------------------:|
| 8/9/2022 | Southern Climate Solutions | 19,420.00 | |
| 9/2/2022 | Roto Rooter of Savannah | 95.29 | |
| 9/3/2022 | Roto Rooter of Savannah | 350.90 | |
| 9/6/2022 | Roto Rooter of Savannah | 638.38 | |
| 9/16/2022 | SIR Raleigh Electric | 1,476.88 | |
| 9/20/2022 | Roto Rooter of Savannah | 467.13 | |
| 9/22/2022 | SYSCO | 25,000.00 | |
| 10/3/2022 | Roto Rooter of Savannah | 1,913.80 | |
| 10/13/2022 | Roto Rooter of Savannah | 1,163.54 | |
| 11/30/2022 | Roto Rooter of Savannah | 391.92 | |
| 6/29/2023 | Payment to Muhsin for Credit Card Charges Reimbursement | | (50,000.00) |
| **Total Post Petition One Year LookBack (7-20-22 to 7-19-23)** | | **$      50,917.84** | **$      (50,000.0)** |

44837  Roto Rooter of Savannah                                        Plumbing

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Aetius Restaurant Holdings, LLC**

                                    Debtor(s)

Case No.   **23-30474**
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:   **October 30, 2023**

**/s/ Mark Cote**

**Mark Cote**/**CEO**
Signer/Title

1 Call Plumbing, Inc.
7407 Reedy Creek Rd
Charlotte, NC 28215


1188 Centre HPR
C/O IMC Resort Services Inc
PO Box 95187
Las Vegas, NV 89133


485 MEDIA, LLC
10612 D Providence Rd # 716
Charlotte, NC 28277


A & A Refrigeration LLC
110 Cherry Hill Avenue
Goose Creek, SC 29445


A Perfect Pressure Cleaning, Inc.
Pedro Abdiel Diaz, Registered Agent
217 DAVENTON RD
Pelzer, SC 29669


A S Private Security LLC
17 Beacon Lane
Port Wentworth, GA 31407


AARK Hospitality TK, Inc.
6 Red Gravel Circle
Sicklerville, NJ 08081


ACR Master Locksmith LLC
7804 Fairview Road, #342
Charlotte, NC 28226


Action Graphics and SIgns Inc
112 Wayne Avenue
Chesapeake, VA 23320


ADP SCREENING & SELECTION SERVICES
301 Remington Street
Fort Collins, CO 80524


ADP, Inc.
One ADP Boulevard
Roseland, NJ 07068

Advanced Disposal
PO Box 74008047
Chicago, IL 60674-8047


AETIUS COMPANIES, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


AETIUS FRANCHISING, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


AETIUS INTERMEDIATE COMPANY, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


AETIUS RESTAURANT GROUP, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


Agency Zero LLC
24657 Foothills Drive N
Golden, CO 80401


Aiken County Treasurer
PO Box 919
Aiken, SC 29802


Airgas National Carbonation
3101 Stafford Dr
Charlotte, NC 28208


AIRGAS USA,LLC
PO Box 9249
Marietta, GA 30065-2249


Alarm, Fire & Security, LLC
PO Box 2072
Hilton Head Island, SC 29910-2072


Alcohol Beverage Logistical Service, LLC
2822 Liatris Lane
Charlotte, NC 28213

Altus Receivables Management
2121 Airline Dr, Suite 250
Metairie, LA 70001


Ambos Seafoods LLC
PO Box 15242
Savannah, GA 31401


America's Favorite Wing Caf
c/o Kim and Lahey Law Firm LLC
3620 Pelham Road, PMB #213
Greenville, SC 29615


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Anderson County Treasurer
PO Box 1658
Anderson, SC 29622


ANDERSON WINGS, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


Andrea Campoli
Rocket Entertainment & Music Booking
7267 Sandy Creek Drive
Raleigh, NC 27615


ARC NWNCHSC0001 LLC
c/o Corportion Service Company
508 Meeting Street
West Columbia, SC 29169


Armstrong Transfer & Storage Co Inc
4400 Westinghouse Blvd
Charlotte, NC 28273


ARS Rescue Rooter
2548 Oscar Johnson Drive
N. Charleston, SC 29405

ASC LLC
8151 Webbs Road
Denver, NC 28037


ASCAP
Attn: Account Services
PO BOX 331608
Nashville, TN 37203-7515


AT&T
PO Box 105262
Atlanta, GA 30348-5262


ATIS Elevator Inspections LLC
PO Box 790379
St. Louis, MO 63179-0379


Authentic Elite Power Wash
2631 Rufus Ratchford Rd
Gastonia, NC 28056


AW Billing Services LLC
4431 North Dixie Highway
Boca Raton, FL 33431


BACKFLOW PREVENTION
PO Box 667
McDonough, GA 30253


Barmalade LLC
190 E. Stacy Road Suite 306
Allen, TX 75002


BCBS Management Inc
Supporting Strategies Charlotte
2405 Gateway Ln
Lincolnton, NC 28092


BCN Telecom Inc
PO Box 842840
Boston, MA 02284


BEAT THE HEAT
7912 OLDE POND RD
Wilmington, NC 28411

Beaufort County Treasurer's Office
PO BOX 105176, Drawer 1228
Atlanta, GA 30348-5176


Beaufort Design Build LLC
2 Fire Station Lane
Seabrook, SC 29940


BeerBoard
US Beverage Net, Inc.
225 W Jefferson St
Syracuse, NY 13202


Belmont Fire & Safety Products, LLC
PO Box 928
Belmont, NC 28012


Best There Is/Scot Mann
1274 Old Kimbill Trail
Aiken, SC 29805


Beverage Control Inc
5215 South Royal Atlanta Drive
Tucker, GA 30084


Bigart Ecosystems LLC (Wisetail)
5301 Riata Park Court F
Austin, TX 78727


BJWSA
PO Box 602919
Charlotte, NC 28260


Black Box Intelligence
c/o TDn2K, LLC
14785 Preston Rd #290
Dallas, TX 75254


Blair Elementary PTA
6510 Market Street
Wilmington, NC 28405

Blanchard Refrigeration Contractors Inc
DBA Rich's Heating & Air Conditioning
109 W Church Street
Rose Hill, NC 28458


Blossman Gas & Appliance
6109 Wilkinson Blvd
Belmont, NC 28012


BLUFFTON ELECTRIC
266 RED CEDAR STREET
Bluffton, SC 29910


BLUFFTON WINGS, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


BMI - Broadcast Music Inc
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0030


Bonnie Hutchison
Tri-State Plumbing & Electrical
505 Poinsett Hwy
Greenville, SC 29609


Brian Peck
18 Gladesworth Dr
Greenville, SC 29615


Brian Watts
9109 Marion Oaks Dr
Charlotte, NC 28215


Brier Creek LP
Attn: Craig Farkas
1900 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067


Brinks Incorporated
7373 Solutions CTR.
Chicago, IL 60677-7003

Brooke R. Ashman
615 Red Cross St
Apt A
Wilmington, NC 28401


Butch Johnston
1041 Willow Grove Ln
York, SC 29745


C.E. Holt Refrigeration
3316 Gibbon Rd
Charlotte, NC 28269


Cape Fear Commercial
102 Autumn Hall Drive Suite 210
Wilmington, NC 28403


Cape Fear Public Utility Authority
235 Government Center Drive
Wilmington, NC 28403


Capital Waste Services
PO Box 148
Columbia, SC 29202


Capitol Coffee Systems
1113 Capital Blvd
Raleigh, NC 27603


Card Marketing Services  llc
2026 Johnson Industrial Blvd
Nolensville, TN 37135


Cardlytics
75 Remittance Drive Dept 3247
Chicago, IL 60675-3247


Carlos Odell Scott
2812 College Farm Rd
Mooresboro, NC 28114


Carolina Hotwash
PO Box 81001
Charleston, SC 29416

CBG Draft Services NC LLC
1720 Toal St
Charlotte, NC 28206


CC Landfall LLC
1111 Metropolitan Avenue
Suite 700
Charlotte, NC 28204


Charleston County Revenue Collections
4045 Bridge View Drive, #B110
North Charleston, SC 29405


Charleston Water Systems
PO Box 568
Charleston, SC 29402-0568


Charlotte Alarm
PO Box 602486
Charlotte, NC 28260-2486


Charlotte IT Solutions
PO Box 31066
Charlotte, NC 28231-1066


Charlotte Knights
324 S. MINT STREET
Charlotte, NC 28202


CHARLOTTE UPTOWN WINGS LLC
210 East Trade Street, Suite D-262
Charlotte, NC 28202


Charter Communications
PO Box 6030
Carol Stream, IL 60197-6030


Chatham County Health Department
PO Box 14257
Savannah, GA 31416


CHATMETER INC
PO BOX 675307
Detroit, MI 48267-5307

Christine Harder
201 Lakeshore Drive
Gaffney, SC 29341

Christopher Baxter
PO Box 872
Lowell, NC 28098

Chuck Eaton Photographers
210 Park Square Place
Matthews, NC 28105

CIGNA HealthCare
5476 Collections Center Dr
Chicago, IL 60693-0547

Cintas Corporation
6800 Cintas Blvd
Cincinnati, OH 45262

Cintas Corporation No. 2
PO Box 21029
Winston Salem, NC 27120

Cintas Fire 636525
PO Box 636525
Cincinnati, OH 45263-6525

City Electric Supply Co
PO Box 131811
Dallas, TX 75313-1811

City of Aiken
PO Box 2458
Aiken, SC 29802

City of Charlotte (Water)
Billing Center
PO Box 1316
Charlotte, NC 28201

City of Columbia
Business License Division
PO Box 7997
Columbia, SC 29201

City of Dunwoody
4800 Ashford Dunwoody Road
Atlanta, GA 30338

City of Gastonia
Utilities PO Box 580068
Charlotte, NC 28258-0068

City of Greenville
Business License-Revenue Department
PO Box 2207
Greenville, SC 29601

City of Raleigh
PO BOX 71081
Charlotte, NC 28272-1081

City of Rock Hill-Utilities
PO Box 63039
Charlotte, NC 28263-3039

City of Savannah
PO Box 1027
2 East Bay Street
Savannah, GA 31401

City of Wilmington
PO Box 81010
Wilmington, NC 28402

City Wide Exterminating
907 West Main Street
Locust, NC 28097

City-County Tax Collector
PO Box 32728
Charlotte, NC 28232-2728

Classic Vinyl Repair Inc.
419 N. College Rd.
Wilmington, NC 28405

CLEAN FLO SEWER AND DRAIN
100 CONSTRUCTION WAY
Unit 7
Anderson, SC 29625


Coastal Empire Fire & Security Corp
2431 Habersham St.
Savannah, GA 31401


Coca-Cola North America
PO Box 102703
Atlanta, GA 30368-2703


COLUMBIANA WINGS, LLC
1150 Bower Parkway
Columbia, SC 29212


Comcast Cable
PO Box 71211
Charlotte, NC 73736-7728


COMMERCIAL DOOR WORX INC
227 W 4th St
Charlotte, NC 28202


Commercial Refrigeration Company INC
1133 Commercial Ave
Charlotte, NC 28205


Compeat Restaurant Mgmt Systems Corp
11500 Alterra Parkway, Ste 130
Austin, TX 75758


Complete Pymt Recovery
PO BOX 30184
Tampa, FL 33630-3184


Comporium
PO Box 1042
Rock Hill, SC 29731-7042


Corley Plumbing Air Electric
8501 Pelham Road.
Greenville, SC 29615

Corporate Pride LLC
1809 E Broadway St
Oviedo, FL 32765


Corporate Services Consultants, LLC
PO BOX 1048
Dandridge, TN 37725


Courtyard By Marriot Atlanta McDonough
115 Mill Road
McDonough, GA 30253


Cozzini Bros., Inc.
350 Howard Ave.
Des Plaines, IL 60018


CPI Security Systems Inc.
4200 Sandy Porter Road
Charlotte, NC 28273


CSC Global
PO BOX 7410023
Chicago, IL 60674-5023


CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349


DALE HARRIS GASKET GUY
1608 N. WOODSTREAM RD
Columbia, SC 29212


Dallas R. Courtney Jr.
1218 13th Ave. NE
Hickory, NC 28601


DAVID JENNINGS
4107 Kettering Dr
Durham, NC 27713


David Matthew Vaine
14 Carmel Dr
Statesboro, GA 30458

De Lage Landen Financial Services Inc
PO BOX 41602
Philadelphia, PA 19101-1602

Deerwood Park North Owners Association
c/o Gerald Dake & Associates
13617 Atlantic Blvd
Jacksonville, FL 32225

Dekalb County Tax Commissioner
PO Box 100004
Decatur, GA 30031-7004

Dekalb Enviromental Health
445 Winn Way, Suite 320
Decatur, GA 30030

Demitri's Gourmet Mixes Inc
PO Box 84123
Seattle, WA 98124

Department of the Navy
9053 First St, Suite 100
Norfolk, VA 23511-3605

DESOTO PROPERTIES, LLC
400 Mall Blvd, Suite M
Savannah, GA 31406

Destini Brown
330 Gatesbrook Dr
Blythewood, SC 29016

Devin Anthony Greenhill
104 Teal Ct
Summerville, SC 29483

Devon Kendall
265 Legacy Dr
Youngsville, NC 27596

Dhanraj N Emanuel
8 Dundas Circle Suite F
Greensboro, NC 27407

Dilworth Paxson LLP
1500 Market St.
Suite 3500E
Philadelphia, PA 19102


Direct Connect Plumbing LLC
4363 Shallowford Industrial Pkwy Ste A
Marietta, GA 30066


Direct TV
PO Box 105249
Atlanta, GA 30348-5249


Dixie Lock & Safe of Aiken
1006 Owens St
Aiken, SC 29803


Dominion Energy
PO Box 100255
Columbia, SC 29202


DOOR MEDIC
PO BOX 1642
Belmont, NC 28012


DOVE ELECTRICAL SERVICES INC.
PO BOX 19424
Charlotte, NC 28219-9424


Drury Inn & Suites CLT Arrowood
8925 Red Oak Blvd
Charlotte, NC 28217


Duane L. Huffman
c/o William Walker
212 North Laura Street
Jacksonville, FL 32202


Dumpster Depot
262 Eastgate Drive, Suite 336
Aiken, SC 29803


DUNWOODY WINGS LLC
4768 Ashford Dunwoody Road
Atlanta, GA 30338

Duval County Tax Collector
PO Box 44009
Jacksonville, FL 32231-4009


East Coast Solutions LLC
18357 Seven Creeks Highway
Tabor City, NC 28463


Ecolab Ecosure
26397 Network Place
Chicago, IL 60673-1263


Ecolab Pest Elimination Inc.
26252 Network Place
Chicago, IL 60673-1262


Ecolab, Inc.
PO Box 32027
New York, NY 10087-2027


Edge Air Conditioning Corp
PO Box 80
Pooler, GA 31322


EEC Acquisition LLC
Smart Care Equipment Solutions
PO Box 74008980
Chicago, IL 60674


Emma Bolen
902 JASMINE COVE CIRCLE
Simpsonville, SC 29680


Environmental Remedies LLC
452 Sawtell Ave SE
Atlanta, GA 30315


Eplee & Associates Directories LLC
PO BOX 27045
Greenville, SC 29616


Equitable Financial Life Insurance Compa
2999 North 44th Street, Suite 250
Phoenix, AZ 85018

Equitable's Employee Benefits Group
8501 IBM Dr., Ste. 150-B
Charlotte, NC 28262


eSite Analytics Inc.
528 Johnnie Dodds Blvd, Suite 201
Mt Pleasant, SC 29464


Factory Cleaning Equipment Inc
1578 Beverly Court Ste A
Aurora, IL 60502


FAST LOCKSMITH CHARLESTON
215 Promenade Vista Street #3056
Charleston, SC 29412


Fintech
7702 WOODLAND CENTER BLVD
STE. 50
Tampa, FL 33614


Fire Tech of the Lowcountry, LLC
Thomas Fabian Cambron Jr
23 Martinggale W
Bluffton, SC 29910


FIRST STOP HEALTH, LLC
233 NORTH MICHIGAN AVE, UNIT 1400
Chicago, IL 60601


FIS Global / WorldPay
347 Riverside Avenue
Jacksonville, FL 32202


Fish Window Cleaning
2735 Old Atlanta Rd, Ste E
PO BOX 171
Griffin, GA 30223


FL Department of Revenue
P.O. Box 7443
Tallahassee, FL 32314-7443

FLAME ON COOL OFF (FOCO), LLC
PO BOX 25854
Raleigh, NC 27611-5854


Flour-Town Holdings LLC
92 Chadwick Street
Charleston, SC 29407


FOH AND BOH INC
3802 Woodmont Ln
Nashville, TN 37215


Freedom Plumbing INC
5569 Platt Springs Rd
Lexington, SC 29073


Frontline Insurance
PO Box 958405
Lake Mary, FL 32795-8405


Fusion Systems LLC
119 N MARKLEY ST
Greenville, SC 29601


FuturePlan by Ascensus
200 Dryden Road, Suite 4000
Dresher, PA 19025


GALVEZ PAINTING AND REMODELING LLC
98 UNION CEMETERY RD
Hilton Head, SC 29926


GAR Products
430 Oberlin Ave. S.
Lakewood, NJ 08701


Garrett Huffman
2525 Cypress Oak Ln
Gastonia, NC 28056


Gars Incorporated
50 Grayson Industrial Pkwy
Grayson, GA 30017

Gas South
PO BOX 530552
Atlanta, GA 30353-0552

Gasket Guy of Charlotte (S-Corp)
10106 Sardis Oaks Rd
Charlotte, NC 28270

Gaston County Tax Office
128 W. Main Ave.
Gastonia, NC 28052

GASTONIA WINGS LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

Genovese Joblove & Battista
100 Southeast Second St 44th Floor
Miami, FL 33131

Georgia Air & Refrigeration, Inc.
c/o Andrew J. Becker
5775 North Point Pkwy., Ste. 284
Alpharetta, GA 30022

Georgia Department of Revenue
Taxpayer Services Division
PO BOX 105499
Atlanta, GA 30348-5499

Georgia Power
96 Annex
Atlanta, GA 30396

GFL Enviromental Corp
PO Box 791519
Baltimore, MD 21279-1519

Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

Great America Financial Services Corp
PO Box 660831
Dallas, TX 75266

GREATER CHARLOTTE REFRGERATION
6120-J Brookshire Blvd.
Charlotte, NC 28216

Greater Columbia Chamber of Commerce
1225 Lady Street, Suite 100
Columbia, SC 29201

Greenville County Tax Collector
301 University Ridge, Ste 700
Greenville, SC 29601-3659

Greenville Water Systems
PO Box 687
Greenville, SC 29601

GREENVILLE WWC LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

Groove Town Assault
53 Wax Myrtle Court
Hilton Head Island, SC 29926

GRP City Market LLC
198 East Bay St.
Suite 300
Charleston, SC 29401

Hall Electrical Contractor LLC
524 Pennwood Dr.
Spartanburg, SC 29306-4252

Hargray Telephone
PO Box 100116
Columbia, SC 29202-3116

Henry County Chamber of Commerce
1709 Highway 20 West
McDonough, GA 30253

Henry County Health Department
137 Henry Parkway
McDonough, GA 30253

HIGHSMITH CONSTRUCTION INC.
4 EXECUTIVE PARK ROAD
Hilton Head Island, SC 29928


Hilton Garden-Rock Hill
650 Tinsley Way
Rock Hill, SC 29730


HLS Precision Welding
2818 Pervis Rd
Durham, NC 27704


Home2 Suites Atlanta South McDonough
60 Mill Road
McDonough, GA 30253


HomeTrust Bank
10 Woodfin Street
PO Box 10
Asheville, NC 28802


Homewood Suites - Greenville SC
102 Carolina Point Parkway
Greenville, SC 29607


HonorBuilt LLC
2010 Avalon Parkway, Suite 400
McDonough, GA 30253


Hoodz of The Triangle
5817 Triangle Drive
Suite 101
Raleigh, NC 27617


hrEDGE CONSULTING
702 LAFAYETTE BLVD
Oldsmar, FL 34677


iHeartMedia
PO Box 406372
Atlanta, GA 30384


Impact Fire Services
340 Crompton St.
Charlotte, NC 28273

Impact Fire Services
PO Box 1307
Morrisville, NC 27560


InMoment Inc.
950 East Paces Ferry Road NE
Suite 2250
Atlanta, GA 30326


Innovate Mobile LLC
2175 Cumbre Pl
El Cajon, CA 92020


Innovation & Design in Architecture
115 Pine Ave.
Suite 250
Long Beach, CA 90802


Innovation & Design in Architecture
1712 Euclid Avenue
Charlotte, NC 28203


Integrated Technology Concepts, LLC
164 Market St Ste 245
Charleston, SC 29401


Integrated Technology Services, LLC
164 Market St, Suite 245
Charleston, SC 29401


Integration Network LLC
PO Box 668
Chandler, AZ 85244


Internal Revenue Service
PO Box 9941
STOP 5500
Ogden, UT 84409


Internal Revenue Service
Attn: Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Intracoastal Fire Protection, Inc.
22 Holland Drive
Castle Hayne, NC 28429-5912

Island Pest Control, Inc.
142 Island Dr.
Hilton Head Island, SC 29926

ITW Food Equipment Group LLC
Hobart Services
PO BOX 2517
Carol Stream, IL 60132-2517

J.E. S. Equipment Sales & Service
19 Midway Dr.
Abbeville, SC 29620

JAC Services LLC
107 Elks Lodge Lane
Summerville, SC 29483

JACKSONVILLE WWC, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

Jacob Bornman
213 Circle Drive, Lot 6
Pendleton, SC 29670

James M. Brannigan
8305 Bailey Mill Rd
Gainesville, GA 30506

James Reeves
3003 Starboard Dr
Augusta, GA 30909

Jason S Valakis
2309 Kings Gate Ln
Mount Pleasant, SC 29466

Jay A. Hansel
Advanced Leather Care
308 Dogwood Ln
Lillington, NC 27546

JEA
PO BOX 45047
Jacksonville, FL 32232


Jenna Collins
1056 GLEN LAUREL DRIVE
Fort Mill, SC 29707


Jennifer Johnston
11036 Avalon Ridge Way
Winter Garden, FL 34787


JEREMY BRYANT MODZELEWSKI
7 CHINABERRY CIRCLE
HILTON HEAD ISLAND, SC 29926


Jeremy Johnson
115 Williams Rd
Thomaston, GA 30286


Joelle Milligan
309 Huntsman Dr
Goose Creek, SC 29445


John Hancock Life Insurance Company


Jordan Olshansky, Inc
38 Westgate Way
San Anselmo, CA 94960


Joshua Bowers
103 Genoa Ct
Greenville, SC 29611


Just Let Me Do It Commercial Services
803 HIllcrest St
Kannapolis, NC 28083


JW Shirtworks, LLC
1816 Belgrade Ave.
Suite D
Charleston, SC 29407

JW's Precision Lawn Care, LLC
220 Edna Ruth Lane
McDonough, GA 30253


Ken Hutchins
2217 Matthews Township Parkway
Suite D-179
Matthews, NC 28105


Kenneth Lee George
136 Keeper Lane
Aiken, SC 29803


Kenneth Wareham
3 White Hall Ct
Hilton Head Island, SC 29928


KEY FIRE PROTECTION ENTERPRISES, LLC
3200 MIKE PADGETT HWY
Augusta, GA 30906


KeyBank Real Estate Capital
895 Central Ave, Suite 600
Cincinnati, OH 45202


Kimball's Plumbing Heating Elec & AC LLC
1205 Pine Drive NW
Aiken, SC 29801


KMT Systems Inc.
2004 Henry Parkway Connector
McDonough, GA 30253


Lawn Lovers LLC
144 Kentucky Derby Dr
Clayton, NC 27520


Lee Brown
2311A Lumina Avenue North
Wrightsville Beach, NC 28480


Lexington County Treasurer's Office
212 S Lake Dr
Lexington, SC 29072

Lexington Insurance Company
99 High Street
Boston, MA 02110


Life Insurance Company of North America
PO Box 782447
Philadelphia, PA 19178-2447


Lockton Companies
3280 Peachtree Road NE, Suite 250
Atlanta, GA 30305


Loud Music Company, LLC
5500 Market St
Unit 140-B
Wilmington, NC 28403


Lowcountry Audio
945 Habersham Rd
Midway, GA 31320


M & D Pressure Washing
409 Elm Ave
Anderson, SC 29625


MadPark Designs
3809 Beam Road, Suite G
Charlotte, NC 28217


Magnolia Park Greenville LLC
20 South Clark Street, Suite 3000
Chicago, IL 60603


Main Street Development II, LLC
189 S Converse St
Spartanburg, SC 29306


Marlin Business Bank
2795 E Cottonwood Parkway Suite 120
PO Box 13604
Salt Lake City, UT 84121

Marsh Bissell Patrick II LLC
C/O Northwood Office LLC
11605 N. Community House Rd, Suite 600
Charlotte, NC 28277


Martintown Landco LLC
c/o Chelsea Waddell, RA
336 Georgia Avenue, Suite 106 #102
North Augusta, SC 29841


Mary Catherine Strickland
4101 Senegal Ct
North Charleston, SC 29420


Mastercard Corp
2000 Purchase Street
Purchase, NY 10577


Matt Shaver
Southern Solutions
7500 Babe Stillwell Farm Rd
Huntersville, NC 28078


Matthew Christian
2741 Jobee Dr
APT 3066
Charleston, SC 29414


Mecklenburg County Tax Collector
PO Box 71063
Charlotte, NC 28272-1063


Meetze Plumbing Company Inc
10009 Broad River Road
Irmo, SC 29063


Melissa Johnson
313 MOSES RHYNE DR
Mt Holly, NC 28120


MENUWORKS.COM
8 SUNBELT BUSINESS PARK DRIVE
Greer, SC 29650

Meridian Intelligent Systems
483 Commerce Park Dr. SE
Suite A
Marietta, GA 30060


Meridian Waste
PO Box 580231
Charlotte, NC 28258


METROGREENSCAPE INC
3026 Stewart Creek Blvd
Charlotte, NC 28216


Micah Bacon
116 SNEAD ROAD
Fort Mill, SC 29715


Michael & Sons Services
140 Dupree St.
Charlotte, NC 28208


Michael Ponder
5 Beau Ct
Beaufort, SC 29907


Michael T Amburgey - ExpReimb
1012 Council Fire Circle
Indian Trail, NC 28079


Microsoft 365
One Microsoft Way
Redmond, WA 98052


MIMEO.COM,INC.
PO BOX 654018
Dallas, TX 75265


Modern Plumbing Co.of Charlotte Inc.
513 Woodlawn St
Mount Holly, NC 28120


MomentFeed UB Inc.
c/o Uberall, Inc.
600 California St
San Francisco, CA 94108

Mowry Electric Inc
9347 Kent Ave
Huntersville, NC 28078


MR. ROOTER
PO BOX 369
Oak Island, NC 28465-6853


Mr. Rooter Plumbing
3330 Marathon Ct, Ste B
North Charleston, SC 29418


Mr. Rooter Plumbing of Greenville
1341 Rutherford Road
Greenville, SC 29609


Multi Unit Analytics, LLC
679 Fraser St SE
Atlanta, GA 30315


Music Will (fka Little Kids Rock Inc.)
PO Box 43369
Montclair NJ 07043, NJ 07043


My Jacksonville Landscaper
1719 Penman Rd
Jacksonville Beach, FL 32250


Nateara Glover
1237 Sumner Ave, Unit D11
 29406


Nateara Glover
c/o India D. Shaw
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403


NC Department of Labor
Budget and Management Division
1101 Mail Service Center
Raleigh, NC 27699-1101

NC Department of Revenue
PO Box 25000
Raleigh, NC 27640


NC Labor Law Poster Service
4501 New Bern Ave, Suite 130
Raleigh, NC 27610-1550


NCR CORP.
864 Spring St NW
Atlanta, GA 30308


New Hanover County Tax Office
PO Box 18000
Wilmington, NC 28406


New Market Waste Solutions LLC
PO Box 603843
Charlotte, NC 28260-3843


Nobody Entertainment LLC
200 Brushy Creek Road
Easley, SC 29642


North Charleston Sewer District
PO BOX 63009
North Charleston, SC 29419-3009


NORTH CHARLESTON WINGS, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


OBCO Corp
PO Box 61119
North Charleston, SC 29419


Old Forum LLC
9224 Kings Parade Blvd, Suite 2101
Charlotte, NC 28273


Old Forum LLC
2127 Ayrsley Blvd., Suite 302
Charlotte, NC 28273

Olo Inc.
285 Fulton St, Floor 82
New York, NY 10007

On Call Plumbing, Heating & Air (Corp)
3770 Fernandina Rd.
Columbia, SC 29210

ONE LOCKSMITH
4626 KETTLEWELL RDG
Rock Hill, SC 29732

Orange Door Music Video, Inc.
1860 Chicago Ave
Ste G7
Riverside, CA 92507

Orkin
6650 Rivers Avenue
Charleston, SC 29406

Palmetto Electric
PO Box 530812
Atlanta, GA 30353-0812

Palmetto Utilities, Inc.
1713 Woodcreek Farms Rd, Suite A
Elgin, SC 29045

Panthers Football
800 South Mint Street
Charlotte, NC 28202

PARAGON PROPANE
PO BOX 77724
Charlotte, NC 28271

Patrick Cristaldi
23 South Forest Beach Dr
Apt 284
Hilton Head, SC 29928

Pearson Heating & Air LLC
357 South Ave.
Spartanburg, SC 29306

Peevey Inc. (Roto-Rooter Charleston)
3630 State Rd. S-10-1024
Johns Island, SC 29455


Phoenix Signs
2940 Champaign St.
Charlotte, NC 28210


Piedmont Natural Gas
PO Box 1246
Charlotte, NC 28201-1246


PINNACLE PRESSURE WASHING & PROPERTY
107 Brookmeade Dr.
Statesville, NC 28625


Pinnacle Roofing Contractors Inc
PO Box 56826
Jacksonville, FL 32241


Piper Plumbing LLC (S-Corp)
PO BOX 5264
Hilton Head, SC 29938


PipeTechs Plumbing Inc.
6600 Mt Herman Rd
Raleigh, NC 27617


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Plumb Pro
111 A Lumber Lane
Goose Creek, SC 29445


Preferred Benefit Administrators
PO Box 916188
Longwood, FL 32791-6188


Premier Grease Inc
PO Box 3535
Alpharetta, GA 30023

PricewaterhouseCoopers LLP
PO Box 932011
Altanta, GA 31193-2011


Pro Chef Inc
PO BOX 4057
Mooresville, NC 28117


Pro Disposal
5237 N Okatie Hwy
Ridgeland, SC 29936


PRO KITCHEN SALES AND SERVICE
2115 COMMERCE DRIVE
Cayce, SC 29033


PROSERVE FIRE PROTECTION INC.
4849 Linksland Drive
Holly Springs, NC 27540


PROSERVE HOOD & DUCT SERVICES
1000 North Main Street
Fuquay-Varina, NC 27526


Public Storage 25908
5607 S TRYON ST
Charlotte, NC 28217


Punchh Inc
PO Box 536257
Pittsburgh, PA 15253


Pye Barker Fire & Safety LLC
PO Box 503
Piedmont, SC 29673


Quality Electric Construction Inc.
726 Brogan Avenue
Anderson, SC 29625


Quality of Charleston
5524 Dutton Av
Unit B-8
North Charleston, SC 29406

RALEIGH WINGS, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


RAY GOODMAN
PO BOX 1225
Jonesboro, GA 30237


RC REFRIGERATION, LLC
13534 Plaza Rd. Ext
Charlotte, NC 28215


Ready Lock Inc
PO Box 2081
Cumming, GA 30028-2081


RECORDERS COURT OF CHATHAM COUNTY
133 MONTGOMERY ST
Room 308
Savannah, GA 31401


Records Reduction Inc
2032-F Independence Commerce Dr
Matthews, NC 28105


Refrigeration Heroes, Inc
426 S Buncombe Road
Greer, SC 29650


Regency Centers Corporation
3715 Northside Parkway NW, Suite 400
Atlanta, GA 30327


Regions Bank
1900 Fifth Avenue North
Birmingham, AL 35203


Republic Services #742 (125)
PO Box 9001099
Louisville, KY 40290-1099


Republic Services #800 (123)
For BFI Waste Services LLC
PO Box 9001099
Louisville, KY 40290-1099

Residence Inn Raleigh-Durham Airport
10600 Little Brier Creek
Raleigh, NC 27617


Restaurant365
500 Technology Dr, Suite 200
Irvine, CA 92618


REWARDS NETWORK ESTABLISHMENT SERVICES
540 W. MADISON ST, ST 2400
Chicago, IL 60661


Richard Murdaugh
2003 Greene St
Columbia, SC 29205


Richard Turner Seekford
301 E. Bedford Rd
Wilmington, NC 28411


Richland County Taxes
PO Box 11947
Columbia, SC 29211


Richland County Treasurer
PO Box 11947
Columbia, SC 29211


RM Services & Sales Inc.
1930 Castle Hayne Rd, Ste 5
Wilmington, NC 28401


Roger West LLC
303 Perimeter Center North
Suite 300
Atlanta, GA 30346


Rolland Reash Plumbing Inc.
11606 Columbia Park Dr E
Jacksonville, FL 32258


Ronald Cureton
RC Refrigeration LLC
10407 Battle Ct
Charlotte, NC 28215

Rooter Man Plumbing
PO Box 30098
Charleston, SC 29417-0098


Roto Rooter
5672 Collections Center Drive
Chicago, IL 60693-0056


RSM US LLP
300 S Tryon St #1500
Charlotte, NC 28202


RWT Marketing, LLC
2508 Monarch Bay Dr
Las Vegas, NV 89128


Rytec Electric
100 Old Cherokee Road, Suite F #329
Lexington, SC 29072


Sandhill Center LLC
c/o Stiles Property Management
481 Town Center Place, Suite 2
Columbia, SC 29229


SANDHILL WING LLC
480 Town Center Place, Suite 2
Charlotte, NC 28229


Sandy Springs Water District, Inc.
6910 US-76
Pendleton, SC 29670


Sard & Leff, LLC
3789 Roswell Road NE
Atlanta, GA 30342


Sargent Pest Solutions
PO BOX 718
Mauldin, SC 29662


SAVANNAH WWC, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210

SC Department of Revenue
ATTN: ACS COLLECTIONS
300A Outlet Pointe Blvd.
Columbia, SC 29210


SC Dept of Health and Enviro Control
2600 BULL ST
Columbia, SC 29201


SC Dept. Rev. Alcohol Licensing
P.O. Box 125
Columbia, SC 29214-0907


Scott Rule
219 Newport Dr
Jacksonville, NC 28540


Securitas Technology Corporation
8350 Sunlight Drive
Fishers, IN 46037


SECURITY CENTRAL
PO Box 602371
Charlotte, NC 28260-2371


Segra Communications
PO Box 631140
Cincinnati, OH 45263-1140


SESAC INC
PO Box 5246
New York, NY 10008-5246


Sharp Electronics Corporation
100 Paragon Drive
Montvale, NJ 07645


Shiv Shakti Investments LLC
2030 Avalon Parkway, Suite 200
McDonough, GA 30253


Silliker, Inc.
401 N Michigan Ave, Ste 1400
Chicago, IL 60611

SIR RALEIGH ELECTRIC, INC.
26 Apothecary Ct
Garner, NC 27529


Sir Speedy
436 South Center Street
Statesville, NC 28677


Snagajob.com, Inc.
32978 Collections Center Dr.
Chicago, IL 60693-0329


Soggy Dollar Pressure Washing
7937 Country Lakes Rd.
Wilmington, NC 28411


Solid Entertainment Group LLC
c/o David Britt, Registered Agent
615 Lady Street
Columbia, SC 29201


SOMPO International
13146 Ballantyne Corporate Pl, Suite 300
Charlotte, NC 28277


South East Landscape Services
PO Box 444
Bluffton, SC 29910


SOUTH ISLAND PUBLIC SERVICE DISTRICT
PO BOX 5148
Hilton Head Island, SC 29928


Southeastern Electrical Specialists LLC
2855 Pineview Road
Augusta, GA 30909


Southern Lighting Services, Inc.
PO BOX 7599
Ocean Isle Beach, NC 28469


Southern Realty Development Group
c/o Ben D. Arnold, Registered Agent
700 Gervais Street, Suite 175
Columbia, SC 29201

Spartanburg County Tax Collector
PO Box 3060
Spartanburg, SC 29304-3060


Spartanburg Water System
PO BOX 251
Spartanburg, SC 29304


St. John's Fire Equipment Inc.
6000 Philips Highway, Suite 10
Jacksonville, FL 32216


Stanley Convergent Security SolutionNOW9
Dept Ch 10651
Palatine, IL 60055


Staples
500 Staples Drive
Framingham, MA 01702


State Employees Health Plan
1516 Dawson Street
Wilmington, NC 28401


Stewart Jenkins and Clekis Law Firm
Clekis Law Firm
PO Box 1867
Charleston, SC 29402


STORE Master Funding VII, LLC
8377 E. Hartford Dr, Ste 100
Scottsdale, AZ 85255


Stuart A. Sauls
439 Washboard Ln
Ridgeland, SC 29936


Sullivan PTO
1825 Eden Terrace
Rock Hill, SC 29730


Summit Consulting LLC
Bridgefield Casualty Insurance Co
PO Box 988
Lakeland, FL 33802

Superior Services TM LLC
36 Persimmon, St #202
Bluffton, SC 29910


SW CHARLOTTE, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


Swift Curie McGhee & Hiers LLP
1420 Peachtree St NE #800
Atlanta, GA 30309


Swift Fire Protection
2450 Satellite Blvd
Duluth, GA 30096


Synergi Partners Inc.
PO Box 5599
Florence, SC 29501


Sysco Columbia, LLC
PO Box 9224
Columbia, SC 29290-9224


Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326


T. Cooper Hull Photography LLC
4119 Brandie Glen Rd
Charlotte, NC 28269


Take 44 Presents, LLC
3175 Country Rd 108
Building 2, Suite A
Gonzales, TX 78629


Tattoo Projects
704 Morris St
Charlotte, NC 28202


TavernTrak LLC
9540 Garland Road, STE 381-312
Dallas, TX 75218

Team Mechanical LLC
3585 Centre Circle
Fort Mill, SC 29715


Technocom Business Systems Inc.
3330 Monroe Rd
Charlotte, NC 28205


TECO Peoples Gas
PO Box 31318
Tampa, FL 33631-3318


Tersh Enterprise LLC DBA Service Emperor
Service Emperor
8578 Greenhouse Rd
Metter, GA 30439


The 20 LLC
6600 Chase Oaks Blvd Suite 100
Plano, TX 75023


The Insta Copy Shop, Ltd dba ici Printin
4311 South Blvd., Suite D
Charlotte, NC 28209


The Merchants Company, LLC
c/o Craig N. Orr
535 North Fifth Avenue
Post Office 1289
Laurel, MS 39441


The Seat Doctor
c/o Auto Body Technologies, Inc
110 Herndon Springs


Thomas Restaurant Equipment Inc.
1210 Alleghany Street
Charlotte, NC 28208


Threadgill Agency LLC
4145 Travis Street
Suite 300
Dallas, TX 75204

THYSSENKRUPP ELEVATOR CORP
PO BOX 933004
Atlanta, GA 31193


TIDELANDS AC & REFRIGERATION INC
83 RILEY FARMS RD
Ridgeland, SC 29936


Time Warner Cable
7815 Crescent Executive Dr
Charlotte, NC 28217


Tinder Box
4400 Sharon Road
Charlotte, NC 28211


TJS Deemer Dana LLP (Corp)
118 Park of Commerce Dr, Ste 200
Savannah, GA 31405


TK Elevator
PO Box 3796
Carol Stream, IL 60132-3796


Town of Hilton Head Island
One Town Center Court
Hilton Head Island, SC 29928


Trash Gurl
327 Cypress Gardens Road
Moncks Corner, SC 29461


Travelers
Travelers CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317


Triadex Services, LLC
5334 Primrose Lake Cir.
Tampa, FL 33647


TriMark USA
2801 South Valley Parkway, Suite 200
Lewisville, TX 75067

TWC Services Inc.
14036 S. Lakes Dr.
Charlotte, NC 28273

U.S. Small Business Administration
409 3rd St., SW
Washington, DC 20416

UniFi Equipment Finance, Inc.
801 W. Ellsworth Road
Ann Arbor, MI 48108

Unifirst First Aid and Safety
3499 Rider Trail S
St. Louis, MO 63045

United Healthcare
UHS Premium Billing
PO BOX 94017
Palatine, IL 60094-4017

United Healthcare Choice Plus
185 Asylum Street
Hartford, CT 06103-0450

United Healthcare PPO Dental
185 Asylum Street
Hartford, CT 06103-0450

UNITED MILITARY MARKETING, LLC.
2080 NORTHBROOK BLVD
North Charleston, SC 29406

United States Treasury
Internal Revenue Service
PO Box 267, Stop 812
Covington, KY 41019

Up On a Tuesday LLC
16302 Autumn Cove Ln
Huntersville, NC 28078

UPS
55 GLENLAKE PKWY
Atlanta, GA 30328-3474

US Assure Insurance Svs of FL, Inc.
PO Box 935597
Atlanta, GA 31193-5597


Valley Proteins Inc.
PO BOX 643393
Cincinnati, OH 45264


Vaughn T. Hall
220 Drawdebil Rd
Gilbert, SC 29054


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Villa's Lawncare LLC
133 Eastbrook Park Dr.
Aiken, SC 29801


VISTA WINGS, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


Vital Records Control
PO Box 11407
Dept. 5874
Birmingham, AL 35246-5874


Wake County Revenue Department
Prepared Food and Beverage Division
PO Box 2719
Raleigh, NC 27602-2719


Waste Connections of Charlotte
5516 Rozzelles Ferry Rd
Charlotte, NC 28214


We Wash Windows SC LLC
104 Papa Lane West
Columbia, SC 29172


Weavetec - Benchmark
PO Box 579
Blacksburg, SC 29702

Weiss Creative Inc
189 Wind Chime Ct  Ste 104
Raleigh, NC 27615-6572


WHALEY FOOD SERVICE
PO Box 615
Lexington, SC 29071-0615


WILD WING OF AIKEN, LLC
470 Fabian Drive
Aiken, SC 29803


WILD WING OF HILTON HEAD LLC
72 Pope Ave
Hilton Head Island, SC 29928


WILD WINGS OF MCDONOUGH, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


William Parrish Plumbing
7900 Brier Creek Parkway
Raleigh, NC 27617


WILMINGTON WINGS LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


Windstream Communication
REGISTERED AGENT SOLUTIONS, INC.
828 LANE ALLEN ROAD, SUITE 219
Lexington, KY 40504


WINGS OVER SPARTANBURG II, LLC
111 W. Main Street
Spartanburg, SC 29306


WINGS OVER SPARTANBURG, LLC
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


Wrightsville Beach Landscaping Inc
PO Box 805
Wrightsville Beach, NC 28480

Xerographic Digital Printing Inc
1948 33rd Street
Orlando, FL 32839


Yelp Inc
350 Mission Street
San Francisco, CA 94105


Yohe Plumbing of Aiken Inc
PO Box 3836
Aiken, SC 29802


York County Treasurer
1070 Heckle Blvd Box 14, Ste 1100
Rock Hill, SC 29732


York Natural Gas
PO Box 11907
Rock Hill, SC 29731-1907


Zenith Insurance Company
4415 Collections Center Drive
PO Box 9055
Van Nuys, CA 91499-4076


Zeta Tua Alpha Foundation, Inc
1036 S Rangeline Rd
Carmel, IN 46032